B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| CENTRAL    District of CALIFORNIA | VOLUNTARY PETITION |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| CLEARWATER NURSERY, INC. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> 77-0080855 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): <br> 887 Mesa Road, Nipomo, California <br><br> ZIP CODE 93444 | Street Address of Joint Debtor (No. and Street, City, and State): <br><br> ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): <br> PO Box 1170, Nipomo, California <br><br> ZIP CODE 93444 | Mailing Address of Joint Debtor (if different from street address): <br><br> ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): | |
|---|---|
| | ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☒ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☒ Other | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests: _____ <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1

B1 (Official Form 1) (04/13)                                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): CLEARWATER NURSERY, INC. |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed: None | | |
| Location | Case Number: | Date Filed: |
| Where Filed: | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| None | | |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                              Page 3

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s):  CLEARWATER NURSERY, INC. |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _Jon Gura_ (signature)
 Signature of Attorney for Debtor(s)
**Jonathan Gura**
Printed Name of Attorney for Debtor(s)
**Hollister & Brace, APC**
Firm Name
**1126 Santa Barbara Street**
Address
**Santa Barbara, CA  93101**

**805-963-6711**
Telephone Number
**February 9, 2015**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _John E. Djafroodi_ (signature)
 Signature of Authorized Individual
**John E. Djafroodi**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**February 6, 2015**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Peter Susi, State Bar No. 62957<br>Hollister & Brace, APC<br>1126 Santa Barbara Street, Santa Barbara, CA 93101<br>Phone: (805) 963-6711; Fax: (805) 965-0329<br><br>☒ *Attorney for:* Clearwater Nursery, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: CLEARWATER NURSERY, INC. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     February 6, 2015
Signature of Authorized Signatory of Filing Party        Date

John E. Djafroodi
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     February 7, 2015
Signature of Attorney for Filing Party        Date

Jonathan Gura
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**CERTIFICATE OF RESOLUTION OF**
BOARD OF DIRECTORS OF

CLEARWATER NURSERY, INC.

I certify that the following resolution was unanimously adopted by the Board of Directors of Clearwater Nursery, Inc., a California corporation, without a meeting pursuant to the California Corporations Code and the bylaws of the corporation:

**RESOLVED** that the corporation forthwith file a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code; and

**RESOLVED FURTHER** that the corporation employ Hollister & Brace, a Professional Corporation, to represent it in said bankruptcy proceedings; and

**RESOLVED FURTHER** that John E. Djafroodi, Secretary and President, is hereby authorized to sign all documents of the corporation in connection with said Chapter 11 proceedings.

Dated:   February *6* , 2015.

John E. Djafroodi, Secretary and President

Official Form 4 (12/07)                              UNITED STATES BANKRUPTCY COURT - DISTRICT OF CALIFORNIA

| Debtor: **CLEARWATER NURSERY, INC.** | Case No. (if known): Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. B ankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  Custom Labor Services, Inc.<br>125 W. Mill Street<br>Santa Maria, CA  93458 | (805) 310-5970 | Trade Debt | | 429,586.23 |
| 2  Sheppard West, Inc.<br>Redfeather Ridge<br>27850 Lady Slipper Loop<br>Eugene, OR  97405 | (541) 343-4730 | Trade Debt | | 258,307.24 |
| 3  Ball Seed Co.<br>622 Town Road<br>West Chicago, IL  60185 | Attn:  Kate Walsh<br>(800) 879-2255 | Trade Debt | | 214,257.04 |
| 4  American Horticultural Supply, Inc.<br>2901 Sturgis Road<br>Oxnard, CA  93030 | (800) 247-1184 | Trade Debt | | 207,116.75 |
| 5  Aris Horticulture, Inc.<br>PO Box 76096<br>Cleveland, OH  44101-4755 | (800) 321-9573, ext. 670 | Trade Debt | Disputed | 127,691.15 |
| 6  Jafroodi Properties, LP<br>2901 Sturgis Road<br>Oxnard, CA  93030 | (805) 389-6513 | Rent | | 125,476.16 |
| 7  The Arbory Ltd.<br>4079 Thirteenth Street<br>Jordan Station<br>Ontario L0R 1S0 CANADA | (905) 933-1011 | Trade Debt | | 118,840.14 |
| 8  Sun Gro Horticulture<br>36212 Treasury Center<br>Chicago, IL  60694-6200 | | Trade Debt | | 99,412.00 |
| 9  ASA Flower Bulbs<br>Hameyasdim 1st<br>Moshav Bitzaron<br>60946 ISRAEL | | Trade Debt | | 87,796.96 |
| 10  Gloeckner and Co., Inc.<br>600 Mamaroneck Ave.<br>Harrison, NY  10528 | (914) 698-2300 | Trade Debt | | 86,148.00 |

Official Form 4 (12/07)          UNITED STATES BANKRUPTCY COURT – DISTRICT OF HAWAII                    Page 2

Debtor:   **CLEARWATER NURSERY, INC.**

Case No. (if known)

Chapter 11

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11  Robert Mann Packaging, Inc.<br>Department 39000<br>PO Box 39000<br>San Francisco, CA  94139-4379 | (805) 483-5331 | Trade Debt | | 82,804.87 |
| 12  DecoWraps<br>8900 NW 33rd St., Suite 100<br>Doral, FL  33172 | (305) 436-1415 | Trade Debt | | 78,987.36 |
| 13  Helena Chemical Company<br>PO Box 742558<br>Los Angeles, CA 90074-2558 | (805) 240-3237 | Trade Debt | | 77,061.03 |
| 14  CJ Ruigrok & Sons<br>Zilkerbinnenweg 58<br>2191 AD De Silk<br>THE NETHERLANDS | 011-31-252-215454 | Trade Debt | | 66,849.50 |
| 15  Southern California Gas Co.<br>PO Box C<br>Monterey Park, CA  91756 | (213) 244-4337 | Trade Debt | | 124,831.38 |
| 16  AGRx<br>751 South Rose Avenue<br>Oxnard, CA  93030 | (805) 487-0696 | Trade Debt | | 65,025.21 |
| 17  4 Elements, Inc.<br>6665 Cote De Liesse<br>Montreal, Quebec<br>CANADA H4T 1Z5 | (514) 343-0044 | Trade Debt | | 51,500.00 |
| 18  Pindstrup Mosebrug A/S<br>c/o Altradius Collections, Inc.<br>1200 Arlington Hts Rd  Suite 410<br>Itasca, IL  60143 | Attn:  Kim Grobeski<br>(760) 845-2336 | Trade Debt | | 50,060.00 |
| 19  Griffin Greenhouse Supplies<br>PO Box 842937<br>Boston , MA  02884-2937 | (800) 454-8159 | Trade Debt | | 48,959.62 |
| 20  Seaside Packaging<br>1450 E. Wooly Road<br>Oxnard, CA  93030 | (805) 483-4240 | Trade Debt | | 44,524.54 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  February 11, 2015

/s/ _____
Signature

John E. Djafroodi, President
Print Name and Title

Form B2
6/90

## Form 2.  DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

### UNITED STATES BANKRUPTCY COURT

_____ CENTRAL __  DISTRICT OF  CALIFORNIA _____

In re CLEARWATER NURSERY, INC. _____,          Case No. _____
                                    Debtor

                                                    Chapter    11 _____

      I, John E. Djafroodi _____
      [the  president  or  other  officer  or  an  authorized  agent  of  the  corporation]  [or  a
member  or  an  authorized  agent  of  the  partnership]  named  as  the  debtor  in  this  case,
declare under penalty of perjury that I have read the foregoing  LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS _____
[list or schedule or amendment or other document (describe)] and that it is true and correct to the best of
my  information  and  and  belief.

Date February 6, 2015 _____

                              Signature _____

                              John E. Djafroodi, President
                              Clearwater Nursery, Inc.

                              _____
                              (Print Name and Title)

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Peter Susi, State Bar No. 62957<br>Hollister & Brace, APC<br>1126 Santa Barbara Street<br>Santa Barbara, CA 93101<br><br>805-963-6711; psusi@hbsb.com | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:  CLEARWATER NURSERY, INC.<br><br><br><br>Debtor. | CHAPTER 11 11<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
   CLEARWATER NURSERY, INC.
   887 Mesa Road
   Nipomo, CA   93444

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   CLEARWATER NURSERY, INC.
   2901 Sturgis Road
   Oxnard, CA   93030

3. Disclose the current business address(es) for all corporate officers:
   SAME AS #1

4. Disclose the current business address(es) where the Debtor's books and records are located:
   SAME AS #1

---

| In re CLEARWATER NURSERY, INC. | CHAPTER 11  11 |
|---|---|
| Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
SAME AS #1

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
John E. Djafroodi
1412 Oak Knoll Road
Santa Maria, CA  93455
President and Secretary of Clearwater Nursery, Inc.

8.    Total number of attached pages of supporting documentation: _____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the *6* day of February_____ , 2015 , at Nipomo_____ , California.

John E. Djafroodi_____
*Type Name of Officer*

President and Secretary_____
*Position or Title of Officer*

Signature of Declarant

B 203
(12/94)

# United States Bankruptcy Court

_____ CENTRAL _____ District Of _ CALIFORNIA _____

In re CLEARWATER NURSERY, INC.

Case No. _____

**Debtor**

Chapter _ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ ___ as allowed _

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ ___ $74,570.00 _

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ unknown _

2.  The source of the compensation paid to me was:

    [X] Debtor              [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor              [ ] Other (specify)

4.  [X]   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B203

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

February  9  , 2015
_____
Date

_____
Signature of Attorney
Jonathan Gura

Hollister & Brace, APC
_____
Name of law firm

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter Susi<br>Hollister & Brace, APC<br>1126 Santa Barbara Street<br>Santa Barbara, CA  93101<br><br>805-963-6711<br>805-965-0329<br>62957<br>psusi@hbsb.com<br>☐ Debtor(s) appearing without attorney<br>X Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re: CLEARWATER NURSERY, INC. | CASE NO.:<br>CHAPTER:11 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 13 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: February 9, 2015 _____

_____
Debtor's signature
John E. Djafroodi, President

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: February 6, 2015 _____

_____
Attorney's signature (if applicable)
Jonathan Gura

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

July 2014

**MAILING.LIST.VERIFICATION**
BK-105

SLO County Tax Collector
1055 Monterey Street Room D290
San Luis Obispo, CA  93408


Farm Credit West
Attn  Chris Brumfield
1478 Stone Point Dr Suite 450
Roseville, CA  95661


Custom Labor Services Inc
125 W Mill Street
Santa Maria, CA  93458


Sheppard West Inc
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR  97405


Ball Seed Co
Attn  Kate Walsh
622 Town Road
West Chicago, IL  60185


American Horticultural Supply Inc
2901 Sturgis Road
Oxnard, CA  93030


Aris Horticulture Inc
PO Box 76096
Cleveland, OH  44101-4755


Jafroodi Properties LP
2901 Surgis Road
Oxnard, CA  93030

The Arbory Ltd
4079 Thirteenth Street
Jordan Station
Ontario L0R 1S0 CANADA


Sun Gro Horticulture
36212 Treasury Center
Chicago, IL  60694-6200


ASA Flower Bulbs
Hameyasdim 1st
Moshav Bitzaron
60946 ISRAEL


Gloeckner and Co Inc
600 Mamaroneck Ave
Harrison, NY  10528


Robert Mann Packaging Inc
Department 39000
PO Box 39000
San Francisco, CA  94139-4379


DecoWraps
8900 NW 33rd St Suite 100
Doral, FL  33172


Helena Chemical Company
PO Box 742558
Los Angeles, CA 90074-2558


CJ Ruigrok & Sons
Zilkerbinnenweg 58
2191 AD De Silk HOLLAND

Southern California Gas Co
PO Box C
Montery Park, CA  91756


AGRx
751 South Rose Avenue
Oxnard, CA  93030


4 Elements Inc
6665 Cote De Liesse
Montreal, Quebec
CANADA H4T 1Z5


Pindstrup Mosebrug A/S
Attn  Kim Groberski
1200 Arlington Hts Rd Suite 410
Itasca, IL  60143


Griffin Greenhouse Supplies
PO Box 842937
Boston, MA  02884-2937


Seaside Packaging
1450 E Wooly Road
Oxnard, CA  93030


Royalty Administration International
10175 Six Mile Cypress Ste 3
Fort Myers, FL 33966-6993


Triflor Export BV
Tulpenkade 1 1733
1734 JP Oude Niedorp
The Netherlands

Berger Horticultural Products LTD
PO Box 656
Sulpher Springs, TX 75483-0656


American Express Corp (JED)
c/o Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016-1901


Ginegar Plastics Inc
PO Box 837
Chester, SC 29706


Koen Pack USA
c/o First Capital
PO Box 643382
Cincinnati, OH 45264-3382


Penning Freesia BV
Postbus 9 2675 ZG
Honselersdijk
HOLLAND


Quality Packaging & Supplies Inc
2400 Statham Blvd
Oxnard, CA 93033


Sun Land Garden Products Inc
90 Pioneer Road
Watsonville, CA 95076


Westerbeek Bulb Company Inc
PO Box 9577
Terra Haute, IN 47808-0157

Flamingo Holland Inc
1250 Avenida Chelsea
Vista, CA 92081


Rabo Visa
Cardmember Service
P O Box 790408
St Louis, MO  63179-0408


Driscoll Strawberry Associates Inc
Payment Processing Center
PO Box 201261
Dallas, TX 75320-1261


Central Plastics & Manufac LLC
1905 North MacArthur Dr Ste 100
Tracy, CA 95376


Chase Card Services
PO Box 94014
Palatine, IL 60094-4014


Highland Supply Corporation
1111 Sixth Street
Highland, IL 62249


MasterTag
PO Box 67
Montague, MI 49437-0067


Bank of America Business Card
PO Box 982238
El Paso, TX  79998-2238

Pacifica Personnel Inc
PO Box 725
Santa Maria, CA 93456

Milgro Nursery LLC
PO Box 6069
Oxnard, CA 93031

Hortica Insurance
PO Box 428
Edwardsville, IL 62025

Parks Company
2511 Grant Ave
San Leandro, CA 94579

PG&E
PO Box 997300
Sacramento, CA 95899-7300

California Floral Transport
PO Box 990
Mabelvale, AR 72103

Biobest
2020 Fox Run Road RR4
Leamington ON N8H 3V7
CANADA

Zabo Plant Inc
c/o The LaSource Group
PO Box 422
North East, PA 16428

Packaging Credit Company LLC
PO Box 51584
Los Angeles, CA 90051-5884


Temkin International Inc
213 South Temkin Way
Payson, UT 84651


Luz Properties LLC
301 W. Church St
Santa Maria, CA 93458


Seaview Nursery Inc
PO Box 60110
Santa Barbara, CA  93610


Easy Fuel Inc
1346 East Taylor Street
San Jose, CA 95133


Advanced Emission Control LP
PO Box 12907
Fresno, CA 93779-2907


Garden Marketing Group LLC
Primary Color LLC
9239 Premier Row
Dallas, TX 75247


Andre Morris & Buttery
Attn  Kathryn Eppright
1102 Laurel Lane
San Luis Obispo, CA 93401

Glenn  Burdette
1150 Palm Street
San Luis Obispo, CA 93401


James K Gribaudo
Gribaudo Farms
P O Box 2720
Lodi, CA 95241


Foremost Co
P O Box 162068
Miami, FL 33116-2068


Robertson Supply Inc
PO Box 1140
Pismo Beach, CA 93448


Horace Anderson Greenhouses
375 La Costa Avenue
Encinitas, CA  92024


Joan Perry
Reefer Trailer Rents
P O Box 2779
Orcutt, CA 93457


EZ Shipper Racks Inc
P O Box 31001-1221
Pasadena, CA 91110-1221


Grower Logistical Services
AUW Ventures Inc
PO Box 580
Watsonville, CA  95077

Twin Oaks Growers Inc
1969 Marilyn Lane
San Marcos, CA 92069


Fides
PO Box 26 2678 ZG
De Lier, Nederland
The Netherlands


Home Depot Credit Services
Dept. 32-2008475257
P O Box 183175
Columbus, OH 43218-3175


JB Dewar, Inc.
75 Prado Road
PO Box 3059
San Luis Obispo, CA 93403-3059


Target Specialty Products
PO Box 3408
Santa Fe Springs, CA 90670-1408


American Industrial Supply
543C W Betteravia Road
Santa Maria, CA 93455


Greenex United States Inc
5485 Wiles Road #406
Coconut Creek, FL 33073


Coastal Nursery
117 Rancho Road
Watsonville, CA 95076

Perrys Elec Motors and Controls Inc
414 S Western Avenue
Santa Maria, CA  93458


Lift Truck Repair Service
558 E Santa Cruz Ct
Santa Maria, CA 93455


Brian Wick dba Boiler Works Co
PO Box 3223
San Luis Obispo, CA 93405


Central Coast Greenhouse Growers
PO Box 980
Nipomo, CA 94344


RS Fire Protection
PO Box 334
Atascadero, CA 93423


SAUVE-GUITTET
BP 40071
72302 Sable Cedex
Courtillers France


Kisco Sales
301 Sumner Street
Bakersfield, CA  93305-5141


Plant Source Inc
P O Box 50245
Bellevue, WA 98015-0245

Sensitech Inc
PO Box 742000
Los Angeles, CA  90074-2000


Costco HRS USA
Retail Services
PO Box 5219
Carol Stream, IL 60197-5219


Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368-9020


Guadalupe Hardware Co Inc
393 Guadalupe St.
PO Box 337
Guadalupe, CA 93434


Fence Factory Santa Maria
2709 Santa Maria Way
Santa Maria, CA 93455-1796


MMC Emery Phys Med Group
PO Box 94913
Oklahoma City, OK 73143-4913


International Freight Serv Inc
1610 Rollins Road
Burlingame, CA 94010


California Electric Supply
Credit Office
PO Box 14196
Orange CA 92863

Escrow for Merchandisers
High Rise Balloons & Floral
9101 Wall St Suite 1080
Austin, Tx 78754


Agdia Inc
52642 County Road 1
Elkhart, IN 46514


Kaman Industrial Technologies
PO Box 25356
Los Angeles, CA 90074-5356


CA Chamber of Commerce
PO Box 526020
Sacramento, CA 95852-6020


John Snyder Landowner Group
PO Box 6997
Santa Maria, CA 93456


Nipomo Chamber of Commerce
671 West Tefft Street #8
Nipomo, CA 93444


LLT Bar Code & Label Inc
Laser Label Technologies
P.O. Box 945837
Atlanta, GA 30394-5837


Retail Merchandising Solutions
Attn Cindy Dalton
325 Cleveland Rd.
Bogart, GA 30622

Sunlet Nursery Inc
3636 Luneta Lane
Fallbrook, CA 92028


Rays Auto Parts
225 A West Betteravia Road
Santa Maria, CA 93455


John E. Djafroodi President
Clearwater Nursery Inc
2901 Sturgis Road
Oxnard, CA  93030


Allen K Hutkin
Hutkin Law Firm
1229 Higuera St 1st Floor
San Luis Obispo, CA  93401