1

**HOLLISTER & BRACE**

A Professional Corporation

2          ATTORNEYS AT LAW

1126 SANTA BARBARA STREET

3     SANTA BARBARA, CALIFORNIA 93101

Telephone: (805) 963-6711

4          Facsimile:   (805)

Jonathan G. Gura, Bar No. 214240

5       Peter Susi, Bar No. 62957

6   Attorneys for Debtor and Debtor-in-Possession

(SPACE BELOW FOR FILING STAMP ONLY)

7

8              **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

10

11   In re                          )   BK No. 9:15-bk-10251-DS
                                     )
12   CLEARWATER NURSERY INC.,        )   Chapter 11
                                     )
13                Debtor.            )   DEBTOR'S EMERGENCY MOTION FOR
                                     )   ORDER AUTHORIZING PAYMENT
14                                   )   AND/OR HONORING OF
                                     )   PREPETITION EMPLOYEE
15                                   )   COMPENSATION, BENEFITS,
                                     )   REIMBURSEMENTS, WITHHOLDING
16                                   )   TAXES, ACCRUED VACATION, AND
                                     )   RELATED EMPLOYEE CLAIMS;
17                                   )   DECLARATION OF JOHN E.
                                     )   DJAFROODI
18                                   )
                                     )
19                                   )   Date:    [TO BE SET]
                                     )   Time:    [TO BE SET]
20                                   )   Place:   255. E. Temple St.
                                     )            Courtroom 1339
21                                   )            Los Angeles, CA
22   ─────────────────────────────

23

24

25

26

27

28

- 1 -

# I.

## INTRODUCTION AND SUMMARY OF RELIEF REQUESTED

Clearwater Nursery, Inc. (the "Company" or "CWN") filed for protection under Chapter 11 of the Bankruptcy Code on February 11, 2015 (the "Petition Date"). The Company remains in possession of its assets and continues to operate and manage its business pursuant to Bankruptcy Code Sections 1107 and 1108.

The Company is an operating business with approximately 160 employees. As a consequence of the bankruptcy filing, the Company is precluded from paying unsecured claims that arose prior to the commencement of the case without Court authorization. This prohibition applies to amounts owed to the Company's employees that relate to the pay period that had not concluded at the time the case was filed. Pursuant to this motion, the Company requests Court authorization to pay prepetition wages, benefits, reimbursements, withholding taxes, accrued vacation, and related employee benefits.

# II.

## BACKGROUND

The Company, a California corporation located at 887 Mesa Road in Nipomo, California, is a wholesale grower of premium quality blooming plants, foliage plants, and seasonal living favorites. Mahmood Jafroodi is the Company's Chairman of the Board of Directors and owns 99 percent of the Company's stock. John E. Djafroodi is the President of the Company and owns the remaining 1 percent of the Company's stock. The Company leases the land, improvements and greenhouse facilities upon which it

1  operates (the "Mesa Road Property") from Jafroodi Properties,

2  L.P. ("Jafroodi Properties").  Mahmood Jafroodi is the general

3  partner of Jafroodi Properties.

4      The Company's secured lender is Farm Credit West ("FCW").

5  As of February 1, 2015, the outstanding balance owed by the

6  Company to FCW was approximately $5,275,000 in principal and

7  approximately $116,000 in unpaid interest for February 2015,

8  for a total of approximately $5,391,000 (the "CWN Debt").

9  Jafroodi Properties and a Mahmood Jafroodi family trust (the

10 "Family Trust") are also indebted to FCW.  The Company,

11 Jafroodi Properties, the Family Trust and Mahmood Jafroodi are

12 collectively referred to herein as the "Jafroodi Borrowers."

13 The total debt owed to FCW by the Jafroodi Borrowers is, as of

14 February 1, 2015, approximately $14,949,500 in principal and

15 approximately $595,000 in unpaid interest for February 2015,

16 for a total of approximately $15,554,500 (the "Jafroodi Debt").

17 The Jafroodi Debt is secured and cross-collateralized by all of

18 the Company's personal property and real and personal property

19 owned by Jafroodi Properties and the Family Trust, and

20 personally guaranteed by Mahmood Jafroodi.

21     The Company's facilities on Mesa Road include

22 approximately one million square feet of modern greenhouses,

23 each outfitted with highly sophisticated computerized climate

24 controls to ensure the production of consistent, high quality

25 products.  The products grown by the Company include potted

26 chrysanthemums, hydrangeas, calla lilies, cyclamen, kalanchoes,

27 poinsettias, Easter lilies, tulips, azaleas, and ivy in several

28

1   configurations and are primarily sold to grocery store chains

2   and big box stores.

3      The Company built a brand based on high quality products,

4   and has historically obtained premium pricing as a result.

5   However, year after year, increases in the costs of inputs such

6   as raw materials and labor have outpaced increases in the sale

7   prices of the Company's products.  In fact, the purchasing

8   power of large box retail stores and consolidated grocery

9   chains have forced the Company to reduce the prices of many of

10  its premium items.

11     Through the first half of 2014, the Company produced a

12  large variety and volume of plants on speculation in an effort

13  to reduce costs on a per unit basis.  However, the market did

14  not support the Company's output, and many grocery chains

15  either did not place orders as anticipated or cancelled orders.

16  As a result, the Company was forced to sell premium products at

17  discounts, further eroding already negative margins.  The

18  Company's cash flow had deteriorated to the point where, in

19  January 2015, it determined that it would be unable to make its

20  February 2015 debt service payment to FCW.  Moreover, the

21  Company has been sued by a group of former employees who allege

22  that the Company violated labor laws and health and safety

23  regulations (the "Wage & Hour Litigation").  CWN denies the

24  allegations, but no longer has the resources to defend the

25  litigation.  The Company has sought protection under Chapter 11

26  of the Bankruptcy Code in order to stay the Wage & Hour

27  Litigation, restructure its debts and remain a viable going

28  concern.

**III.**

**THE EMPLOYEES**

The Company has two categories of employees:  (a) administrative and managerial employees (the "Office Employees") and (b) employees who work in the greenhouses and tend directly to the crops (the "Field Employees").  The Company employs approximately 17 Office Employees and approximately 144 Field Employees.

The Office Employees are paid through a related company, 906 Eucalyptus Nursery, Inc. ("906 Eucalyptus").  906 Eucalyptus is essentially a shell company indirectly owned by Mahmood Jafroodi.  Its sole purpose is to facilitate payroll benefits for CWN's administrative and managerial employees. 906 Eucalyptus has no assets or liabilities, and its only bank account is a zero balance account used to fund the Office Employees' payroll and benefits.  The Company pays its Field Employees directly.

All of the Company's employees are paid biweekly, and have been paid for work performed during the pay period ended January 31, 2015.  The pay period during which this bankruptcy case was filed began on Sunday, February 1, 2015 and ends on Saturday, February 14, 2015.  The Company wishes to fund payroll for this pay period on Thursday, February 19 and distribute paychecks on Friday, February 20.

The Company also wishes to fund payroll for work done on January 31, 2015 for certain Field Employees who, until January 31, 2015, were paid by a third party labor contracting company. Until January 31, 2015, the Company utilized Custom Labor

1   Services for seasonal and contract labor.  However, Farm Labor

2   Services did not pay the Company's Field Employees for work

3   done on Saturday, January 31, 2015.  This prompted the Company

4   to quickly convert these employees to direct employees of the

5   Company.  As of February 1, 2015, all employees are paid

6   directly by the Company.  However, payroll for this one day

7   remains outstanding, and the Company wishes to fund payroll for

8   this day.  There are 74 employees owed wages for January 31,

9   and the total amount of the wages owed for that day is

10  $6,702.71.

11       By this Motion, the Company is requesting authority to pay

12  all employees for the pay period beginning February 1 and

13  ending February 14, 2015; pay those employees that are owed

14  wages for work performed on January 31, 2015; and honor

15  prepetition employment procedures and benefits.

16                              **IV.**

17       **INFORMATION REQUIRED BY LBR 2081-1(A)(6)**

18       Pursuant to this Motion, the Company seeks authority to

19  pay prepetition payroll and to honor prepetition employment

20  procedures and benefits.  Local Bankruptcy Rule 2081-1(a)(6)

21  sets forth a list of evidence that must be provided by the

22  Debtor in support of a motion to pay prepetition payroll and to

23  honor prepetition employment procedures.  The evidence must

24  establish: (a) that the employees are still employed, (b) the

25  necessity for payment, (c) the benefit of the procedure, (d)

26  the prospect of reorganization, (e) whether the employees are

27  insiders, (f) whether the employees' claims are within the

28

1  limits established by 11 U.S.C. § 507, and (g) that the payment

2  will not render the estate administratively insolvent.

3  **A.    The Employees are Still Employed**

4        The Company currently employs each of the employees for

5  whom the Company requests the relief in this Motion.   The

6  Company will not pay prepetition wages or claims to any

7  employee who is no longer employed, or to any employee that has

8  provided notice that they will be leaving.

9  **B.    The Necessity for Payment**

10        See discussion in Section V below.

11  **C.    The Benefit of the Procedures**

12        See discussion in Section V below.

13  **D.    The Prospect of Reorganization**

14        The Company believes that paying and/or honoring employee

15  claims and benefits will allow the Company to retain necessary

16  employees, maximize the value of the Company's business and

17  assets, and leave the Company in a position where it can

18  restructure its business operations and debt on a viable basis.

19  The Company's business is seasonal, and the Company has secured

20  the funding necessary to operate through the low season

21  (February, March, April) and will generate sufficient cash in

22  the high season (May, June, July, August, and September) to

23  continue its operations and meet all obligations incurred in

24  connection with this reorganization.   The Company is in the

25  process of restructuring its business model by discontinuing

26  inefficient and unprofitable items and reducing the supply of

27  profitable items.   Reducing the supply of profitable items has

28  enabled the Company to keep its price on these items at a level

1   that enables the Company to operate at a profit.  The Company

2   has also entered into new partnerships with other brands that

3   have enabled the Company to enter new markets such as produce.

4   In 2015, the Company will produce and sell blueberries and

5   peppers under other brand names and will continue to look for

6   new opportunities to leverage the Clearwater Nursery brand.

7        In conjunction with operational changes, the Company will,

8   through this chapter 11 bankruptcy case, restructure its debts

9   so that it will emerge from bankruptcy as a viable going

10  concern.  These restructuring strategies provide the Company a

11  reasonable prospect for a successful reorganization.

12  **E.    Whether the Employees are Insiders**

13       The following is a list of employees of the Company who

14  are "insiders" as that term is defined in the Bankruptcy Code:

15       • Mahmood Jafroodi, Chairman of the Board of Directors

16         and 99 percent owner.

17       • John E. Djafroodi, President and 1 percent owner.

18  **F.    Whether the Employees' Claims are Within the Limits**

19  **Established by 11 U.S.C. § 507(a)**

20       Bankruptcy Code Section 507(a)(4) provides that employees

21  of the Company will have a priority claim to the extent of

22  $12,475 per employee for wages, salary or commissions earned

23  within 180 days of the filing of the petition, or the cessation

24  of the Company's business, whichever is earlier.

25       Exhibit A includes four reports setting forth the payroll

26  information for the Field Employees for the week ending January

27  31, 2015.  The total payroll obligation set forth in the four

28  reports is $65,823.70.  The Company anticipates that the

- 8 -

1  payroll obligation for the two-week period ending February 14,

2  2015 will be approximately double this amount, or $131,647.40

3      Exhibit B includes a chart setting forth the payroll

4  information for the Office Employees for the two-week period

5  ending January 31, 2015.  The total obligation set forth in the

6  report is $32,650.90.  The Company anticipates that the payroll

7  obligation for the pay period ending February 14, 2015 will be

8  about the same amount.  The sum of the anticipated payroll for

9  the pay period ending February 14, 2015 is approximately

10 $164,298.30.

11     The pay period runs bi-weekly.  The current pay period

12 began on Sunday, February 1, 2015 and ends on Saturday,

13 February 14, 2015.  Payroll is to be funded on Thursday,

14 February 19 and paid to the employees on Friday, February 20.

15     Exhibit C is a list of those employees who are owed wages

16 for work performed on January 31, 2015.  The total amount of

17 wages owed for work done on that day is $6,702.71, and the

18 total amount of all prepetition wages due is estimated to equal

19 $171,000.

20     The Company is not seeking to pay out the vacation pay to

21 the employees, but only honor accrued vacation days in the

22 ordinary course of business.  The Company submits that it is

23 appropriate to honor such claims, provided, however, that the

24 vacation pay is not actually paid out.  Moreover, the Company

25 will not pay any employee any amount for prepetition claims in

26 excess of the $12,475 priority limit.

27

28

-9-

1  **G.    The Payment Will Not Render the Estate Administratively**

2      **Insolvent**

3      The Company has sufficient funds to make the payments

4  pursuant to this Motion, and the ability to continue to operate

5  its business without threatening the administrative solvency of

6  the estate.  The Company's business is seasonal, and February

7  through April is the low season.  The Company has received a

8  commitment from FCW to loan the Company $500,000 to finance the

9  Company's operations through the low season.  Concurrently

10  herewith, the Company will be seeking Bankruptcy Court approval

11  for the loan pursuant to Bankruptcy Code Section 364.  The

12  Company anticipates that it will generate sufficient cash in

13  the high season (May through September) to continue its

14  operations and meet all obligations in connection with this

15  reorganization.

16                                **V.**

17        **PAYMENT OF PREPETITION EMPLOYEE-RELATED EXPENSES**

18      **AND BENEFITS IS ESSENTIAL AND IN THE BEST INTEREST**

19             **OF THE DEBTOR AND THE ESTATE**

20      As a result of the commencement of this chapter 11 case,

21  unless authorized by the Court, the Company will be restricted

22  from paying and/or honoring accrued and unpaid wages, salaries,

23  vacation and other compensation and benefits attributable to

24  the prepetition period.  In large part, the Company's ongoing

25  operations, the Company's ability to maximize the value of the

26  estate, and the Company's ability to meet its obligations is

27  dependent upon a stable and productive workforce.  In order to

28  maintain employee stability, morale, and loyalty and to sustain

1  the work effort and ethic being demonstrated by its employees,

2  the Company believes that it is imperative that payment to all

3  employees and honoring of all employee benefits remains

4  current.  Many of the Company's employees simply cannot afford

5  to miss a pay period or be deprived of benefits they receive in

6  the ordinary course of their employment.

7       The stability of the Company's employee pool is tenuous.

8  The labor pool is mobile.  If there is a delay in meeting

9  payroll obligations, the Company's employees may shift to a

10  work environment where there is perceived to be less risk to

11  wage and employment stability.  At the same time, it may be

12  difficult for the Company to find qualified replacement

13  employees in an environment with the unfavorable publicity of

14  disrupted pay or benefits.  Even if replacements could be

15  hired, it could take significant time before they could be

16  fully trained and qualified for the jobs, resulting in further

17  disruption and harm to the Company's business operations and

18  opportunity and ability to maximize the value of the estate.

19  Any interruption in the Company's business or downturn in

20  productivity would likely detrimentally impact the value of the

21  estate to the detriment of all creditors of the Company.

22       If prepetition compensation, reimbursements amounts and

23  customary benefits are not received and honored in the ordinary

24  course, some of the employees will suffer extreme personal

25  hardship and in many cases may be unable to pay basic living

26  expenses.  Such a result would obviously devastate employee

27  morale.  At this time, any serious deterioration in employee

28  morale would substantially and adversely impact the Company and

1  its ability to move forward in a manner that maximizes the

2  value of the estate.   The Company submits that the total amount

3  to be paid to or for the benefit of its employees if the

4  requested relief is granted is substantially outweighed by the

5  importance and necessity of the employees and the magnitude of

6  loss of business value the Company would suffer if those

7  amounts are not paid.

8       The Company seeks to pay the compensation, benefits, and

9  reimbursement obligations described in detail below in

10  accordance with the policies, plans, and programs that were in

11  place before the Petition Date.   Authorization of such payment

12  by the Court shall not be deemed to constitute postpetition

13  assumption or adoption of any policy, plan, or program.   The

14  Company reserves all of its rights under the Bankruptcy Code

15  with respect to such matters.

16                              **VI.**

17                 **DETAIL OF RELIEF REQUESTED**

18       A.   Compensation of Employees.

19       The Company's employees receive compensation for services

20  rendered in amounts that are competitive within the Company's

21  industry.   The Company's employees are compensated in arrears

22  on a biweekly basis.   Therefore, this motion seeks authority to

23  pay compensation earned during the pay period underway at the

24  time the Chapter 11 Petition was filed.   The Company further

25  requests that the Court direct the Company's bank to honor any

26  outstanding checks issued to employees for work performed prior

27  to the bankruptcy filing in an amount not to exceed $12,475 per

28  employee.

B.   <u>Employee Benefits</u>.

The Company customarily reimburses employees who incur business expenses in the ordinary course of the Company's business, which includes expenses relating to travel advances, airline tickets, automobile travel, meals on business trips, and travel accommodations for business trips.  It is estimated that some of the Company's employees will not have timely submitted receipts and/or other documentation for a minimal amount of reimbursement of business expenses as of the Petition Date.  Further some checks that were issued prior to the Petition Date will likely not have been cased before the bankruptcy was filed.  The Company estimates that the total of both the unpaid expenses and outstanding checks for expenses already paid will total less than $5,000.  The Company requests that the Court authorize the Company to pay any outstanding expense reimbursements as of the Petition Date, and direct the Company's bank to honor any outstanding checks issued to employees for reimbursement of expenses.

## VII.

### IT IS NECESSARY AND APPROPRIATE THAT

### THE COURT AUTHORIZE THE COMPANY TO HONOR

### EMPLOYEE AND EMPLOYEE-RELATED OBLIGATIONS

Except as referenced above, the prepetition employee-related expenses that the Company seeks authorization to pay would in any event be entitled to priority treatment. Bankruptcy Code section 507, as amended by Section 1401 of the BAPCPA, sets forth the disbursement priorities of expenses and

claims.   Subsection 507(a)(4) describes the priority provided

employee-related claims and expenses as follows:

> (4)   Fourth, allowed unsecured claims, but
> only to the extent of $12,475 for each
> individual . . . earned within 180 days
> before the date of the filing of the
> petition . . . for –
>
> > (A)  wages, salaries, or
> > commissions, including vacation,
> > severance, and sick leave pay
> > earned by an individual . . .
>
> (5)   Fifth, allowed unsecured claims for
> contributions to an employee benefit plan –
>
> > (A)   arising from services
> > rendered within 180 days before
> > the date of the filing of the
> > petition . . . but only
> >
> > (B)   for each such plan, to the
> > extent of –
> >
> > > (i)   the number of employees
> > > covered by each such plan
> > > multiplied by $12,475; less
> > >
> > > (ii)   the aggregate amount
> > > to be paid to such employees
> > > under paragraph (3) of this
> > > subsection, plus the
> > > aggregate amount paid by the
> > > estate on behalf of such
> > > employees to any other
> > > employee benefit plan.

11 U.S.C. §§ 507(a)(4).

Payroll taxes are also entitled to priority treatment.

The priority includes the so-called "trust fund taxes," that

is, withheld income taxes and the employee's share of social

security taxes.   See 4 Collier on Bankruptcy, ¶ 507.10(3)(c),

p. 507-72 (15 Ed.Rev.2001).

> With respect to wages earned before the petition but
> actually paid by the trustee (Debtor-in-Possession)
> after the title 11 case commenced, taxes required to
> be withheld receives the same priority as the wages

-14-

1  themselves.  Thus, the employees' share of taxes on
   third priority wages also receives third priority.

2

3  S.Rep.No. 95-989, 95th Cong., 2d Sess., 71-72 (1982).

4      Trust fund taxes are given fourth priority of the

5  underlying wages receive fourth priority.  They are part of the

6  wage claims and, therefore, are entitled to a fourth priority,

7  although the government is paid rather than the employee.  No

8  express provision is contained in section 507 to that effect,

9  because it is unnecessary.  Section 346(f) requires that a

10 debtor-in-possession withhold from any payment of claims for

11 wages in the amount required to be withheld or collected under

12 applicable state or local tax law and pay it to the appropriate

13 governmental unit, with the same priority as the claim from

14 which such amount was withheld.  The employer's portion of the

15 employment tax and the employer's portion of the social

16 security tax on forth priority compensation are included in the

17 eighth priority for taxes.

18     Bankruptcy courts have granted the relief sought in this

19 matter in may other cases Moreover, such relief is generally

20 granted on a routine "first day" basis in many cases.  See,

21 e.g.,, *In re Gulf Air, Inc.*, 112 B.R. 152 (Bankr. W.D. La.

22 1989); *In re Ionosphere Clubs, Inc.*, 98 B.R. 174 (Bankr.

23 S.D.N.Y. 1989).  Allowing relief for the payment of the

24 employee-related expenses sought herein is based on the

25 recognition that the Company's employees are indispensably

26 necessary to the continued operation of the Company's business

27 and the success of this chapter 11 case.  Accordingly, such

28 payment will ultimately benefit all creditors.  As state by the

1  court in *In re CEI Roofing, Inc.*, 315 B.R. 50 (Bankr. N.D.Tex.

2  2004);

> "[T]here has evolved a rule for the payment of
> prepetition wages and benefits which is based on both
> common sense and the express provisions of the
> Bankruptcy Code.  If employees are not paid, they
> will leave.  If they leave the Debtor's business, the
> bankruptcy case fails shortly after the filing.  No
> one will benefit from the process.  The Code gives
> employees a statutory priority that elevates the
> claims above the general unsecured claims, and, in
> fact, most claims in the bankruptcy case.  To the
> extent that the existing holders of claims of higher
> priority than the wage claims consent or do not
> timely object, such priority claims may be made
> during the pendency of the bankruptcy case.  The
> treatment and payment of such claims before
> confirmation does no violence to the Code or existing
> case law . . . in fact, such orders are usually
> "necessary" and "appropriate" to implement a debtor's
> reorganization under Chapter 11.

13 *Id.*, at 60.

14      The "necessity of payment" doctrine "recognizes the

15 existence of the judicial power to authorize a debtor in a

16 reorganization case to pay prepetition claims where such

17 payment is essential to the continued operation of the debtor."

18 *In re Ionosphere Clubs, Inc.*, 98 B.R. at 176.  The Third

19 Circuit, in *In re Lehigh & New England Railway Co.*, 657 F.2d

20 570, 581 (3rd Cir. 1981), described the doctrine as follows:

> [T]he 'necessity of payment' doctrine . . . [permits]
> immediate payment of claims of creditors where those
> creditors will not supply services or materials
> essential to the conduct of the business until their
> pre-reorganization claims shall have been paid.

24 *In re Lehigh & New England Railway Co.*, 657 F.2d at 581

25 (*quoting In re Penn Central Transp. Co.*, 467 F.2d 100, 102, n.1

26 (3rd Cir. 1972)).  While the "necessity of payment" doctrine

27 originally developed in the context of railroad reorganizations

28 under the Bankruptcy Act, it has been applied in nonrailroad

1  bankruptcies.  See *In re Gulf Air, Inc.*, 112 B.R. at 153; *In re*

2  *Eagle-Picher Indus., Inc.*, 124 B.R. 1021, 1023 (Bankr. S.D.

3  Ohio 1991) ("[T]o justify payment of a pre-petition unsecured

4  creditor, a debtor must show that the payment is necessary to

5  avert a serious threat to the Chapter 11 process."); *In re*

6  *Ionosphere Clubs, Inc.*, 98 B.R. at 176 ("The rationale for the

7  'necessity of payment' rule, i.e., facilitating the continued

8  operation and rehabilitation of the debtor in railroad

9  reorganization cases, is also a paramount goal of Chapter 11.")

10 In *Dudley v. Mealey*, 147 F.2d 268 (2nd Cir. 1945), *cert. denied*,

11 325 U.S. 873, 65 S.Ct. 1415, 80 L.Ed 1991 (1945), a

12 reorganization case involving a hotel, Judge Learned Hand, in

13 applying the necessity of payment doctrine, stated:

14      Let it [a hotel] once be shut down, and it will lose
        much of its value . . . Some priority (the tradesmen
15      supplying the hotel prepetition] may be essential to
        preservation of the business during that period as it
16      is later.

17 *Id.* at 271.

18      The Court has the power to authorize the payment and

19 honoring of the requested employee-related prepetition claims,

20 under the circumstances, pursuant to the "necessity of payment"

21 doctrine under 11 U.S.C. § 363 and 11 U.S.C. § 105(a).  *See In*

22 *re Eagle-Picher Indus., Inc.*, 124 B.R. 1021 (Bankr. S.D. Ohio

23 1991); *In re Gulf Air, Inc.*, 112 B.R. 152 (Bankr. W.D.La.

24 1989); and *In re Ionosphere Clubs, Inc.*, 98 B.R. 174 (Bankr.

25 S.D.N.Y. 1989).  Approval of the Motion is essential in order

26 to maximize creditors' recovery and preserve jobs for the

27 Debtor's nonmanagement level employees – paramount policies

28 underlying and goal of this Chapter 11 case.  *See NLRB v.*

-17-

1  *Bildisco & Bildisco*, 465 U.S. 513, 527-28, 1045 S.Ct. 1188,

2  1197, 79 L.Ed.2d (1984).

3      Courts have recognized that the need to pay employee

4  priority wage claims "in an ordinary course of business time

5  frame is simple common sense." *In re Equalnet Communications*

6  *Corp.*, 258 B.R. 368, 370 (Bankr. S.D. Tex. 2001)("Employees are

7  more likely to stay in place and to refrain from actions that

8  could be detrimental to the case and/or the estate if their pay

9  and benefits remain intact and uninterrupted.")  These priority

10 wage claims are typically "payable out of necessity as well as

11 by virtue of their priority."  *In re CoServ LLC*, 273 B.R. 487,

12 493 n.10 (Bankr. N.D. Tex. 2002).  Moreover, the analysis

13 regarding payment of prepetition general unsecured claims in a

14 chapter 11 case prior to confirmation of a plan of

15 reorganization is not the same for priority claims.  One court

16 explained this distinction, stating:

17     While certain conditions must be present for the
       court to approve the payment of prepetition unsecured
18     claims, the analysis is not the same for priority
       claims . . . [T]he payment of prepetition wage claims
19     of employees that qualify as priority claims under
       § 507(a)(3) does not trigger the same concerns (i.e.,
20     upsetting priorities under the Code and unfair
       discrimination among general unsecured claims) . . .
21     [T]he Court . . . has the authority pursuant to § 105
       and §507(a)(3) and (4) to authorize the payment of
22     priority wage claims and employee benefits prior to
       the confirmation of a plan.

23

24 *In re CEI Roofing, Inc.*, 315 B.R. at 60.

25     There will be no prejudice to creditors resulting from the

26 Court's authorization for the Debtor to honor prepetition

27 employee-related obligations as requested herein.

28 Authorization to make such payments is necessary so that the

-18-

1  Company's continued operations and the pending reorganization

2  process designed to maximize creditor recovery are not

3  jeopardized.

4                              **VIII.**

5                          **CONCLUSION**

6       In order to ensure the continuity and quality of the

7  Company's business operations and to avoid jeopardizing the

8  Company's efforts to maximize the value of the estate, the

9  Court should authorize the Company to pay and/or honor the

10  above-discussed prepetition employee-related obligations and,

11  thus, enable the Company to successfully proceed, without

12  unnecessary disruption, with the administration of this Chapter

13  11 case.  Such authorization will not prejudice creditors, but

14  rather will protect their interests.

15       WHEREFORE, the Company respectfully requests that the

16  Court authorize it to pay and honor prepetition obligations

17  owing to or for the benefit of employees and authorize and

18  direct the Company's bank to honor prepetition checks in

19  payment of such obligations, and that the Court grant such

20  other and further relief as is just.

21

22  DATED: *February 10*, 2015.

23                       HOLLISTER & BRACE
                         A Professional Corporation
24

25                       By _____

26                          JONATHAN GURA, Attorneys for
                            Debtor and Debtor-in-
27                          Possession

28

                             - 19 -

DECLARATION OF JOHN E. DJAFROODI

John E. Djafroodi declares:

1.    I am the President of Clearwater Nursery, Inc. (the "Debtor" or the "Company").

2.    I personally participated in the day to day operations of the Debtor.  As such, I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called upon to do so.

3.    The Company, a California corporation located at 887 Mesa Road in Nipomo, California, is a wholesale grower of premium quality blooming plants, foliage plants, and seasonal living favorites.

4.    Mahmood Jafroodi is the Company's Chairman of the Board of Directors and owns 99 percent of the Company's stock.

5.    I am the President of the Company and own the remaining 1 percent of the Company's stock.

6.    The Company leases the land, improvements and greenhouse facilities upon which it operates (the "Mesa Road Property") from Jafroodi Properties, L.P. ("Jafroodi Properties").  Mahmood Jafroodi is the general partner of Jafroodi Properties.

7.    The Company's secured lender is Farm Credit West ("FCW").  As of February 1, 2015, the outstanding balance owed by the Company to FCW was approximately $5,275,000 in principal and approximately $116,000 in unpaid interest for February 2015, for a total of approximately $5,391,000 (the "CWN Debt").  Jafroodi Properties and a Mahmood Jafroodi family trust (the "Family Trust") are also indebted to FCW.

- 20 -

8.   The Company, Jafroodi Properties, the Family Trust and Mahmood Jafroodi are collectively referred to herein as the "Jafroodi Borrowers."  The total debt owed to FCW by the Jafroodi Borrowers is, as of February 1, 2015, approximately $14,949,500 in principal and approximately $595,000 in unpaid interest for February 2015, for a total of approximately $15,554,500 (the "Jafroodi Debt").  The Jafroodi Debt is secured and cross-collateralized by all of the Company's personal property and real and personal property owned by Jafroodi Properties and the Family Trust, and personally guaranteed by Mahmood Jafroodi.

9.   The Company's facilities on Mesa Road include approximately one million square feet of modern greenhouses, each outfitted with highly sophisticated computerized climate controls to ensure the production of consistent, high quality products.  The products grown by the Company include potted chrysanthemums, hydrangeas, calla lilies, cyclamen, kalanchoes, poinsettias, Easter lilies, tulips, azaleas, and ivy in several configurations and are primarily sold to grocery store chains and big box retail stores.

10.   The Company built a brand based on high quality products, and has historically obtained premium pricing as a result.  However, year after year, increases in the costs of inputs such as raw materials and labor have outpaced increases in the sale prices of the Company's products.  In fact, the purchasing power of large box retail stores and consolidated grocery chains have forced the Company to reduce the prices of many of its premium items.

- 21 -

1    11.   Through the first half of 2014, the Company produced

2  a large variety and volume of plants on speculation in an

3  effort to reduce costs on a per unit basis.  However, the

4  market did not support the Company's output, and many grocery

5  chains either did not place orders as anticipated or cancelled

6  orders.  As a result, the Company was forced to sell premium

7  products at discounts, further eroding already negative

8  margins.

9    12.   The Company's cash flow had deteriorated to the point

10  where, in January 2015, it determined that it would be unable

11  to make its February 2015 debt service payment to FCW.

12  Moreover, the Company has been sued by a group of former

13  employees who allege that the Company violated labor laws and

14  health and safety regulations (the "Wage & Hour Litigation").

15  CWN denies the allegations, but no longer has the resources to

16  defend the litigation.  The Company has sought protection under

17  Chapter 11 of the Bankruptcy Code in order to stay the Wage &

18  Hour Litigation, restructure its debts and remain a viable

19  going concern.

20    13.   The Company has two categories of employees:  (a)

21  administrative and managerial employees (the "Office

22  Employees") and (b) employees who work in the greenhouses and

23  tend directly to the crops (the "Field Employees").  The

24  Company employs approximately 17 Office Employees and

25  approximately 144 Field Employees.

26    14.   The Office Employees are paid through a related

27  company, 906 Eucalyptus Nursery, Inc. ("906 Eucalyptus").  906

28  Eucalyptus is essentially a shell company indirectly owned by

1  Mahmood Jafroodi.  Its sole purpose is to facilitate payroll

2  benefits for CWN's administrative and managerial employees.

3  906 Eucalyptus has no assets or liabilities, and its only bank

4  account is a zero balance account used to fund the Office

5  Employees' payroll and benefits.  The Company pays its Field

6  Employees directly.

7      15.  All of the Company's employees are paid biweekly, and

8  have been paid for work performed during the pay period ended

9  January 31, 2015.  The pay period during which this bankruptcy

10  case was filed began on Sunday, February 1, 2015 and ends on

11  Saturday, February 14, 2015.  The Company wishes to fund

12  payroll for this pay period on Thursday, February 19 and

13  distribute paychecks on Friday, February 20.

14      16.  Until January 31, 2015, the Company utilized Custom

15  Labor Services for seasonal and contract labor.  However, Farm

16  Labor Services did not pay the Company's Field Employees for

17  work done on Saturday, January 31, 2015.  This prompted the

18  Company to quickly convert these employees to direct employees

19  of the Company.  As of February 1, 2015, all employees are paid

20  directly by the Company.  However, payroll for this one day

21  remains outstanding.  There are 74 employees owed wages for

22  January 31, and the total amount of the wages owed for that day

23  is $6,702.71.

24      17.  Each of the employees for whom the Company requests

25  the relief in this Motion is currently employed by the Company.

26  The Company will not pay prepetition wages or claims to any

27  employee who is no longer employed, or to any employee that has

28  provided notice that they will be leaving.

18.  The Company believes that paying and/or honoring employee claims and benefits will allow the Company to retain necessary employees, maximize the value of the Company's business and assets, and leave the Company in a position where it can restructure its business operations and debt on a viable basis.  The Company's business is seasonal, and the Company has secured the funding necessary to operate through the low season (February, March, April) and will generate sufficient cash in the high season (May, June, July, August, and September) to continue its operations and meet all obligations incurred in connection with this reorganization.

19.  The Company is in the process of restructuring its business model by discontinuing inefficient and unprofitable items and reducing the supply of profitable items.  Reducing the supply of profitable items has enabled the Company to keep its price on these items at a level that enables the Company to operate at a profit.  The Company has also entered into new partnerships with other brands that have enabled the Company to enter new markets such as produce.  In 2015, the Company will produce and sell blueberries and peppers under other brand names and will continue to look for new opportunities to leverage the Clearwater Nursery brand.

20.  In conjunction with operational changes, the Company will, through this chapter 11 bankruptcy case, restructure its debts so that it will emerge from bankruptcy as a viable going concern.  These restructuring strategies provide the Company a reasonable prospect for a successful reorganization.

- 24 -

21.   The following is a list of employees of the Company who are "insiders" as that term is defined in the Bankruptcy Code:

- Mahmood Jafroodi, Chairman of the Board of Directors and 99 percent owner.

- John E. Djafroodi, President and 1 percent owner.

22.   Exhibit A includes four reports setting forth the payroll information for the Field Employees for the week ending January 31, 2015.  The total payroll obligation set forth in the four reports is $65,823.70.  The Company anticipates that the payroll obligation for the two-week period ending February 14, 2015 will be approximately double this amount, or $131,647.40

23.   Exhibit B includes a chart setting forth the payroll information for the Office Employees for the two week period ending January 31, 2015.  The total obligation set forth in the report is $32,650.90.22.  The Company anticipates that the payroll obligation for the pay period ending February 14, 2015 will be about the same amount.  The sum of the anticipated payroll for the pay period ending February 14, 2015 is approximately $164,298.30.

22.   The pay period for the Company runs bi-weekly.  The current pay period began on Sunday, February 1, 2015 and ends on Saturday, February 14, 2015.  Payroll is funded on Thursday, February 19 and paid to the employees on Friday, February 20.

24.   Exhibit C is a list of those employees who are owed wages for work performed on January 31, 2015.  The total amount of wages owed for work done on that day is $6,702.71, and the

- 25 -

1 | total amount of all prepetition wages due is estimated to equal

2 | $171,000.

3 |     25.  The Company is not seeking to pay out the vacation

4 | pay to the employees, but only honor accrued vacation days in

5 | the ordinary course of business.  The Company submits that it

6 | is appropriate to honor such claims, provided, however, that

7 | the vacation pay is not actually paid out.  Moreover, the

8 | Company will not pay any employee any amount for prepetition

9 | claims in excess of the $12,475 priority limit.

10 |     26.  The Company has sufficient funds to make the payments

11 | pursuant to this Motion, and the ability to continue to operate

12 | its business without threatening the administrative solvency of

13 | the estate.  The Company's business is seasonal, and February

14 | through April is the low season.  The Company has received a

15 | commitment from FCW to loan the Company $500,000 to finance the

16 | Company's operations through the low season.

17 |     27.  The Company will be seeking Bankruptcy Court approval

18 | for the loan pursuant to Bankruptcy Code Section 364.  The

19 | Company anticipates that it will generate sufficient cash in

20 | the high season (May through September) to continue its

21 | operations and meet all obligations in connection with this

22 | reorganization.

23 |     28.  In large part, the Company's ongoing operations, the

24 | Company's ability to maximize the value of the estate, and the

25 | Company's ability to meet its obligations is dependent upon a

26 | stable and productive workforce.  In order to maintain employee

27 | stability, morale, and loyalty and to sustain the work effort

28 | and ethic being demonstrated by its employees, the Company

believes that it is imperative that payment to all employees
and honoring of all employee benefits remains current.  Many of
the Company's employees simply cannot afford to miss a pay
period or be deprived of benefits they receive in the ordinary
course of their employment.

29.  The stability of the Company's employee pool is
tenuous.  The labor pool is mobile.  If there is a delay in
meeting payroll obligations, the Company's employees may shift
to a work environment where there is perceived to be less risk
to wage and employment stability.  At the same time, it may be
difficult for the Company to find qualified replacement
employees in an environment with the unfavorable publicity of
disrupted pay or benefits.  Even if replacements could be
hired, it could take significant time before they could be
fully trained and qualified for the jobs, resulting in further
disruption and harm to the Company's business operations and
opportunity and ability to maximize the value of the estate.
Any interruption in the Company's business or downturn in
productivity would likely detrimentally impact the value of the
estate to the detriment of all creditors of the Company.

30.  If prepetition compensation, reimbursements amounts
and customary benefits are not received and honored in the
ordinary course, some of the employees will suffer extreme
personal hardship and in many cases may be unable to pay basic
living expenses.  Such a result would obviously devastate
employee morale.  At this time, any serious deterioration in
employee morale would substantially and adversely impact the

1  Company and its ability to move forward in a manner that

2  maximizes the value of the estate.

3      31.   In my opinion, the total amount to be paid to or for

4  the benefit of its employees if the requested relief is granted

5  is substantially outweighed by the importance and necessity of

6  the employees and the magnitude of loss of business value the

7  Company would suffer if those amounts are not paid.

8      32.   The Company customarily reimburses employees who

9  incur business expenses in the ordinary course of the Company's

10  business, which includes expenses relating to travel advances,

11  airline tickets, automobile travel, meals on business trips,

12  and travel accommodations for business trips.

13      33.   It is estimated that some of the Company's employees

14  will not have timely submitted receipts and/or other

15  documentation for a minimal amount of reimbursement of business

16  expenses as of the Petition Date.   Further some checks that

17  were issued prior to the Petition Date will likely not have

18  been cased before the bankruptcy was filed.

19      34.   I estimate that the total of both the unpaid expenses

20  and outstanding checks for expenses already paid will total

21  less than $5,000.

22

23      I declare under penalty of perjury that the foregoing is

24  true and correct.

25      Dated this 9th day of February, 2015 at

26  San Luis Obispo_____, California.

27                                    JOHN E. DJAFROODI

28

- 28 -

# CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Maintenance

**CLEARWATER NURSERY**
Report Date: 02/04/2015
Report Time: 15:17:51

Company: 1 - 1
Department: 1 - 400

*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

01/25/2015 - 01/31/2015

Page 1

Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 7505 [GUZMAN, MARTIN LUNA] | 1 | 2.00 | | | 2.00 | $ 18.00 | | | | | $ 18.00 |
| 7515 [GONZALES, LUIS] | 1 | 7.75 | | | 7.75 | $ 69.75 | | | | | $ 69.75 |
| 7517 [ANGELES, FRANCISCO] | 1 | 2.00 | | | 2.00 | $ 18.00 | | | | | $ 18.00 |
| 7523 [ROJAS, JOSE] | 1 | 2.00 | | | 2.00 | $ 18.00 | | | | | $ 18.00 |
| **Department: 100 [PRODUCTION] Totals:** | 4 | 13.75 | | | 13.75 | $ 123.75 | | | | | $ 123.75 |
| **Department: 200 [MAINTENANCE]** | | | | | | | | | | | |
| 7228 [SPORER, MARK] | 1 | 40.75 | | | 40.75 | $ 468.63 | | | | | $ 468.63 |
| 7552 [MARTINEZ, LUIS ABLERTO] | 1 | 47.50 | | | 47.50 | $ 427.50 | | | | | $ 427.50 |
| 7553 [VERA, FRANCISCO] | 1 | 37.00 | | | 37.00 | $ 333.00 | | | | | $ 333.00 |
| **Department: 200 [MAINTENANCE] Totals:** | 3 | 125.25 | | | 125.25 | $ 1,229.13 | | | | | $ 1,229.13 |
| **Company: 1 [CLEARWATER NURS. TEMPS]** | 7 | 139.00 | | | 139.00 | $ 1,352.88 | | | | | $ 1,352.88 |
| **Grand Totals:** | 7 | 139.00 | 0.00 | 0.00 | 139.00 | $ 1,352.88 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,352.88 |

**E N D   O F   R E P O R T   ( Page 1 )**

CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Maintenance

## EXHIBIT A

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 16:17:03

Page 1

Employee: 10 - 20663

## CLEARWATER NURSERY Reports - Labor Cost Sum - CW Production

*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

Company: 1 - 18442
Department: 1 - 400

01/25/2015 - 01/31/2015

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 400 [SHIPPING]** | | | | | | | | | | | |
| 1500 [MEDINA, SILVINO] | 1 | 40.00 | 24.25 | 1.75 | 66.00 | $ 440.00 | $ 400.13 | $ 38.50 | | | $ 878.63 |
| **Department: 400 [SHIPPING] Totals:** | 1 | 40.00 | 24.25 | 1.75 | 66.00 | $ 440.00 | $ 400.13 | $ 38.50 | | | $ 878.63 |
| **Company: 1 [CLEARWATER NURS. TEMPS]** | 1 | 40.00 | 24.25 | 1.75 | 66.00 | $ 440.00 | $ 400.13 | $ 38.50 | | | $ 878.63 |
| **Company: 10413 [906 EUCALYPTUS NURSERY]** | | | | | | | | | | | |
| **Department: 1 [OFFICE]** | | | | | | | | | | | |
| 2508 [CHAVEZ, CYNTHIA I] | 1 | 13.75 | | | 13.75 | $ 171.88 | | | | | $ 171.88 |
| 2526 [RAMOS, DANIELLE R] | 1 | 39.75 | 0.25 | | 40.00 | $ 496.88 | $ 4.69 | | | | $ 501.56 |
| **Department: 1 [OFFICE] Totals:** | 2 | 53.50 | 0.25 | | 53.75 | $ 668.75 | $ 4.69 | | | | $ 673.44 |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 2522 [DAUM, STEPHANIE J] | 1 | 30.50 | | | 30.50 | $ 646.30 | | | | | $ 646.30 |
| 2556 [LEGASPI, JUAN CARLOS] | 1 | 40.00 | 3.25 | | 43.25 | $ 520.00 | $ 63.38 | | | | $ 583.38 |
| **Department: 100 [PRODUCTION] Totals:** | 2 | 70.50 | 3.25 | | 73.75 | $ 1,166.30 | $ 63.38 | | | | $ 1,229.68 |
| **Company: 10413 [906 EUCALYPTUS** | 4 | 124.00 | 3.50 | | 127.50 | $ 1,835.05 | $ 68.06 | | | | $ 1,903.12 |
| **Company: 18442 [CLEARWATER NURSERY]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 450 [AYALA, MARGARITA CA] | 1 | 57.50 | | | 57.50 | $ 546.25 | | | | | $ 546.25 |
| 530 [SAUCEDO, TERESA] | 1 | 56.25 | | | 56.25 | $ 534.38 | | | | | $ 534.38 |
| 1151 [RODRIGUEZ, ROSALINA] | 1 | 57.50 | | | 57.50 | $ 560.63 | | | | | $ 560.63 |
| 1198 [BEJARANO, ESTANSILAO] | 1 | 58.00 | | | 58.00 | $ 652.50 | | | | | $ 652.50 |
| 1205 [GARCIA, LUIS] | 1 | 60.00 | 3.00 | | 63.00 | $ 750.00 | $ 56.25 | | | | $ 806.25 |
| 1406 [CARDONA, MAXIMINO] | 1 | 37.50 | | | 37.50 | $ 369.38 | | | | | $ 369.38 |
| 1917 [DIAZ, NORBERTA] | 1 | 60.00 | 1.75 | | 61.75 | $ 720.00 | $ 31.50 | | | | $ 751.50 |
| 2090 [GARIBAY, ARMINDA] | 1 | 56.00 | | | 56.00 | $ 532.00 | | | | | $ 532.00 |
| 2109 [DE RAMIREZ, MARINA ESTEVEZ] | 1 | 50.00 | | | 50.00 | $ 475.00 | | | | | $ 475.00 |
| 2116 [ESTEVEZ DE SOLANO, CARMELINA] | 1 | 56.50 | | | 56.50 | $ 536.75 | | | | | $ 536.75 |
| 2328 [RODRIGUEZ, ROBERT H.] | 1 | 66.50 | | | 66.50 | $ 648.38 | | | | | $ 648.38 |
| 2523 [ZARATE, MARIA] | 1 | 32.50 | | | 32.50 | $ 316.88 | | | | | $ 316.88 |

30

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 16:17:03
Company: 1 - 18442
Department: 1 - 400

## CLEARWATER NURSERY Reports - Labor Cost Sum - CW Production

**Sorted by Company, Department & Employee**
Show Head Count Y, # Copies 1

01/25/2015 - 01/31/2015

Page 2

Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 18442 [CLEARWATER NURSERY]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 2538 [DE CHAVEZ, EVELIA ESTRADA] | 1 | 59.00 | | | 59.00 | $ 560.50 | | | | | $ 560.50 |
| 2542 [RODRIGUEZ, SARA A] | 1 | 60.00 | 0.75 | | 60.75 | $ 600.00 | $ 11.25 | | | | $ 611.25 |
| 2543 [FIGUEROA, JOSE LOPEZ] | 1 | 56.25 | | | 56.25 | $ 675.00 | | | | | $ 675.00 |
| 2549 [LOPEZ SANTIAGO, RODRIGO] | 1 | 53.75 | | | 53.75 | $ 537.50 | | | | | $ 537.50 |
| 2550 [VIEYRA, CECILIA] | 1 | 60.00 | | | 60.00 | $ 600.00 | | | | | $ 600.00 |
| 2554 [ROMAN LOPEZ, NANCY ARIANA] | 1 | 60.00 | | | 60.00 | $ 600.00 | | | | | $ 600.00 |
| 2566 [CORRAL, ALVARO] | 1 | 53.00 | | | 53.00 | $ 636.00 | | | | | $ 636.00 |
| **Department: 100 [PRODUCTION] Totals:** | 19 | 1050.25 | 5.50 | | 1055.75 | $ 10,851.13 | $ 99.00 | | | | $ 10,950.15 |
| **Department: 200 [MAINTENANCE]** | | | | | | | | | | | |
| 2386 [ABLES, RALPH WAYNE] | 1 | 24.75 | | | 24.75 | $ 243.79 | | | | | $ 243.79 |
| 2551 [CHAVEZ, SIGIFREDO] | 1 | 55.50 | | | 55.50 | $ 610.50 | | | | | $ 610.50 |
| 2553 [SOLORIO, JOSE ANTONIO] | 1 | 48.50 | | | 48.50 | $ 472.88 | | | | | $ 472.88 |
| 2555 [ECHEVERRIA, ALBERTO SOSA] | 1 | 59.50 | | | 59.50 | $ 595.00 | | | | | $ 595.00 |
| **Department: 200 [MAINTENANCE] Totals:** | 4 | 188.25 | | | 188.25 | $ 1,922.16 | | | | | $ 1,922.17 |
| **Department: 300 [PACKING/HARVESTING]** | | | | | | | | | | | |
| 1629 [UBIAS JR., JORGE C.] | 1 | 55.50 | 0.50 | | 56.00 | $ 555.00 | $ 7.50 | | | | $ 562.50 |
| 1768 [GUERRERO, ANA CHRISTINA] | 1 | 46.00 | 8.50 | 1.75 | 56.25 | $ 471.50 | $ 130.69 | $ 35.88 | | | $ 638.06 |
| 2312 [CHAVEZ MAGANA, ANTONIO] | 1 | 58.50 | 9.50 | 2.00 | 70.00 | $ 658.13 | $ 160.31 | $ 45.00 | | | $ 863.44 |
| 2541 [SAUCEDO, ROSA M] | 1 | 46.25 | 4.75 | | 51.00 | $ 439.38 | $ 67.69 | | | | $ 507.06 |
| 2545 [CASTANEDA RIOS, MA CARMEN] | 1 | 38.50 | | | 38.50 | $ 365.75 | | | | | $ 365.75 |
| 2567 [RODRIGUEZ, VERONICA CORTEZ] | 1 | 47.00 | | | 47.00 | $ 470.00 | | | | | $ 470.00 |
| 2569 [MENDOZA, SOCORRO INES] | 1 | 48.50 | 12.50 | 2.00 | 63.00 | $ 472.88 | $ 182.81 | $ 39.00 | | | $ 694.69 |
| **Department: 300 [PACKING/HARVESTING] Totals:** | 7 | 340.25 | 35.75 | 5.75 | 381.75 | $ 3,432.63 | $ 549.00 | $ 119.88 | | | $ 4,101.50 |
| **Department: 400 [SHIPPING]** | | | | | | | | | | | |
| 1138 [VENCES, JESUS] | 1 | 15.75 | 2.75 | | 18.50 | $ 236.25 | $ 61.88 | | | | $ 298.13 |
| 2440 [CUEVAS, VERONICA] | 1 | 40.00 | 12.50 | | 52.50 | $ 500.00 | $ 234.38 | | | | $ 734.38 |
| 2565 [CORONA, OSCAR E] | 1 | 40.00 | 21.00 | 1.75 | 62.75 | $ 420.00 | $ 330.75 | $ 36.75 | | | $ 787.50 |
| 2568 [TORRES, RUBEN ARROYO] | 1 | 40.00 | 24.50 | 1.50 | 66.00 | $ 380.00 | $ 349.13 | $ 28.50 | | | $ 757.63 |
| **Department: 400 [SHIPPING] Totals:** | 4 | 135.75 | 60.75 | 3.25 | 199.75 | $ 1,536.25 | $ 976.13 | $ 65.25 | | | $ 2,577.64 |

31

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 16:17:03
Company: 1 - 18442
Department: 1 - 400

# CLEARWATER NURSERY Reports - Labor Cost Sum - CW Production

*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

01/25/2015 - 01/31/2015

Page 3

Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 18442 [CLEARWATER NURSERY]** | | | | | | | | | | | |
| **Department: 400 [SHIPPING]** | | | | | | | | | | | |
| Company: 18442 [CLEARWATER NURSERY] | 34 | 1714.50 | 102.00 | 9.00 | 1825.50 | $17,742.16 | $1,624.13 | $185.13 | | | $19,551.46 |
| Grand Totals: | 39 | 1878.50 | 129.75 | 10.75 | 2019.00 | $20,017.21 | $2,092.31 | $223.63 | $0.00 | $0.00 | $22,333.21 |

**END OF REPORT** *(Page 3)*

CLEARWATER NURSERY Reports - Labor Cost Sum - CW Production

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 15:09:14

Company: 1 - 1
Department: 1 - 400

# CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production

**Sorted by Company, Department & Employee**
Show Head Count Y, # Copies 1

Page 1

Employee: 10 - 20663

01/25/2015 - 01/31/2015

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 422 [FIGUEROA, BERTHA T] | 1 | 57.50 | | | 57.50 | $ 546.25 | | | | | $ 546.25 |
| 436 [CRUZ, JOSE FLORES] | 1 | 57.00 | | | 57.00 | $ 555.75 | | | | | $ 555.75 |
| 588 [FLORES, DEYSI] | 1 | 53.75 | | | 53.75 | $ 524.06 | | | | | $ 524.06 |
| 815 [ALCANTAR, MIGUEL CORONA] | 1 | 57.50 | | | 57.50 | $ 575.00 | | | | | $ 575.00 |
| 1359 [HERNANDEZ, DANIEL] | 1 | 55.00 | | | 55.25 | $ 522.50 | $ 3.56 | | | | $ 526.06 |
| 1502 [SAUCEDO, KARLA] | 1 | 42.75 | | | 42.75 | $ 384.75 | | | | | $ 384.75 |
| 1633 [GUTIERREZ, DIOSILINA] | 1 | 58.75 | | | 58.75 | $ 558.13 | | | | | $ 558.13 |
| 1641 [ESTEVEZ, SILVIA] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 558.13 |
| 1765 [MARTINEZ, MARIA CONSEPCION] | 1 | 58.75 | | | 58.75 | $ 528.75 | | | | | $ 526.50 |
| 2750 [RODRIGUEZ, MIGUEL ANGEL] | 1 | 9.00 | | | 9.00 | $ 81.00 | | | | | $ 528.75 |
| 2861 [CARILLO, MARIA SILVIA] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 81.00 |
| 3566 [BESERRA PINA, ANA LUISA] | 1 | 48.00 | | | 48.00 | $ 463.20 | | | | | $ 526.50 |
| 3887 [LOPEZ, AGUSTIN] | 1 | 58.50 | | | 58.50 | $ 599.63 | | | | | $ 463.20 |
| 3903 [RAMOS, AMPARO] | 1 | 34.75 | | | 34.75 | $ 330.13 | | | | | $ 599.63 |
| 6003 [ESCABEDO, SERGIO RUIZ] | 1 | 56.50 | | | 56.50 | $ 536.75 | | | | | $ 330.13 |
| 6010 [TOVAR MOLINA, LILIA] | 1 | 38.50 | | | 38.50 | $ 365.75 | | | | | $ 536.75 |
| 6178 [SOSA, DELICIA] | 1 | 58.50 | | | 58.50 | $ 555.75 | | | | | $ 365.75 |
| 6786 [ORDAZ, RUPERTA] | 1 | 49.50 | | | 49.50 | $ 445.50 | | | | | $ 555.75 |
| 6802 [SALBADOR, ELISABET] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 445.50 |
| 6823 [RODRIGUEZ, CECILIA L] | 1 | 50.75 | | | 50.75 | $ 469.44 | | | | | $ 526.50 |
| 6933 [RAMIREZ, MARIO] | 1 | 47.00 | | | 47.00 | $ 458.25 | | | | | $ 469.44 |
| 7006 [ROBLES, TEODORA] | 1 | 48.50 | | | 48.50 | $ 436.50 | | | | | $ 458.25 |
| 7019 [MENDEZ, GUADALUPE] | 1 | 46.00 | | | 46.00 | $ 414.00 | | | | | $ 436.50 |
| 7049 [SANCHEZ, ELODIA] | 1 | 41.50 | | | 41.50 | $ 435.75 | | | | | $ 414.00 |
| 7080 [BERNABE, CRISTINA] | 1 | 47.75 | | | 47.75 | $ 429.75 | | | | | $ 435.75 |
| 7260 [TRUJILLO, REMEDIOS] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 429.75 |
| 7261 [YANEZ, MIGUEL ANGEL] | 1 | 53.00 | | | 53.00 | $ 503.50 | | | | | $ 526.50 |
| 7265 [RIVAS GONZALES, ENRIQUE JOSE] | 1 | 46.25 | | | 46.25 | $ 416.25 | | | | | $ 503.50 |
| 7267 [ALONSO, VALENTIN] | 1 | 20.00 | | | 20.00 | $ 160.00 | | | | | $ 416.25 |
| 7269 [RIVERA, MARVIN DEL CARMEN] | 1 | 54.50 | | | 54.50 | $ 490.50 | | | | | $ 160.00 |
| 7330 [HERRERA, GABIOLA] | 1 | 38.50 | | | 38.50 | $ 346.50 | | | | | $ 490.50 |
| 7331 [ALONSO, NORMA] | 1 | 48.50 | | | 48.50 | $ 436.50 | | | | | $ 346.50 |
| | | | | | | | | | | | $ 436.50 |

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 15:09:14

**CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production**
*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

Page 2

Company: 1 - 1
Department: 1 - 400

01/25/2015 - 01/31/2015

Employee: 10 - 20663

**Company: 1   Department: 100 [PRODUCTION]   [CLEARWATER NURS. TEMPS]**

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7332 [ALONSO, LUCIDELIA] | 1 | 48.50 | | | 48.50 | $ 436.50 | | | | | $ 436.50 |
| 7344 [MONTES, GABRIELA] | 1 | 46.00 | | | 46.00 | $ 414.00 | | | | | $ 414.00 |
| 7369 [VALENZUELA, ROSY] | 1 | 48.50 | | | 48.50 | $ 436.50 | | | | | $ 436.50 |
| 7407 [JIMENEZ, ANGEL] | 1 | 58.25 | | | 58.25 | $ 582.50 | | | | | $ 582.50 |
| 7411 [ZARATE, FRANCISCO ALEJANDRO] | 1 | 30.00 | | | 30.00 | $ 270.00 | | | | | $ 270.00 |
| 7412 [ANGULO, MARIA] | 1 | 47.50 | | | 47.50 | $ 427.50 | | | | | $ 427.50 |
| 7417 [CRUZ, JOVITA] | 1 | 56.50 | | | 56.50 | $ 536.75 | | | | | $ 536.75 |
| 7471 [RAIGOSA, JORGUE] | 1 | 58.50 | | | 58.75 | $ 526.50 | | | | | $ 529.88 |
| 7475 [ECHAVARRIA, PATRICIA GARCIA] | 1 | 57.75 | | | 57.75 | $ 519.75 | | | | | $ 519.75 |
| 7494 [CARRANSA, SOCORRO] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 526.50 |
| 7501 [ANTONIO, ROSA] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 526.50 |
| 7505 [GUZMAN, MARTIN LUNA] | 1 | 46.50 | | | 46.50 | $ 418.50 | | | | | $ 418.50 |
| 7506 [ATILANO, SANTOS] | 1 | 57.00 | | | 57.00 | $ 513.00 | | | | | $ 513.00 |
| 7514 [HERNANDEZ, SILVINO] | 1 | 56.00 | | | 56.00 | $ 504.00 | | | | | $ 504.00 |
| 7515 [GONZALES, LUIS] | 1 | 30.25 | 0.25 | | 30.25 | $ 272.25 | $ 3.38 | | | | $ 272.25 |
| 7517 [ANGELES, FRANCISCO] | 1 | 56.50 | | | 56.50 | $ 508.50 | | | | | $ 508.50 |
| 7518 [BASURTO, SANTIAGO ESPINOZA] | 1 | 36.00 | | | 36.00 | $ 324.00 | | | | | $ 324.00 |
| 7523 [ROJAS, JOSE] | 1 | 45.50 | | | 45.50 | $ 409.50 | | | | | $ 409.50 |
| 7526 [PACHECO, REYNA JIMENES] | 1 | 60.00 | | | 60.00 | $ 540.00 | | | | | $ 540.00 |
| 7536 [PALACIOS, MARIA G] | 1 | 58.75 | | | 58.75 | $ 528.75 | | | | | $ 528.75 |
| 7538 [GONZALES, ADULFO MORALES] | 1 | 56.50 | | | 56.50 | $ 508.50 | | | | | $ 508.50 |
| 7539 [ZAMORA, FAUSTO] | 1 | 57.50 | | | 57.50 | $ 517.50 | | | | | $ 517.50 |
| 7555 [LOPEZ M, MAGDALENA] | 1 | 56.00 | | | 56.00 | $ 504.00 | | | | | $ 504.00 |
| 7556 [ACOSTA, MARICELA] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 526.50 |
| 7558 [REYES JAIQUIN, CONSTANTINA] | 1 | 60.00 | | | 60.00 | $ 540.00 | | | | | $ 540.00 |
| 7559 [LEON, ANTONIO] | 1 | 47.50 | | | 47.50 | $ 427.50 | | | | | $ 427.50 |
| 7562 [DIAZ, EMILIANO] | 1 | 44.75 | | | 44.75 | $ 402.75 | | | | | $ 402.75 |
| 7563 [NIETO, MARIA I] | 1 | 8.50 | | | 8.50 | $ 76.50 | | | | | $ 76.50 |
| 7564 [COLORES, ISABEL] | 1 | 48.50 | | | 48.50 | $ 436.50 | | | | | $ 436.50 |
| 7565 [PLAZAS, JULIA] | 1 | 47.00 | | | 47.00 | $ 423.00 | | | | | $ 423.00 |
| 7566 [OSORIO A, FLORA] | 1 | 58.50 | | | 58.50 | $ 526.50 | | | | | $ 526.50 |
| 7567 [ZURITA, FLORINA GUZMAN] | 1 | 38.50 | | | 38.50 | $ 346.50 | | | | | $ 346.50 |

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 15:09:14

Company: 1 - 1
Department: 1 - 400

**CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production**

*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

01/25/2015 - 01/31/2015

Page 3

Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 7568 [VELAZQUEZ, ELDA D] | 1 | 38.50 | | | 38.50 | $346.50 | | | | | $346.50 |
| 7569 [FLORES, ADRIANA] | 1 | 22.00 | | | 22.00 | $198.00 | | | | | $198.00 |
| 7570 [ALVAREZ, ANA MARIA] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7574 [PALACIOS, FELIPE] | 1 | 34.00 | | | 34.00 | $306.00 | | | | | $306.00 |
| 7575 [PALACIOS, ROMAN] | 1 | 44.00 | | | 44.00 | $396.00 | | | | | $396.00 |
| 7576 [MATA, FELICIANO] | 1 | 28.50 | | | 28.50 | $256.50 | | | | | $256.50 |
| 7577 [FIGUEROA, CARLOS] | 1 | 36.50 | | | 36.50 | $328.50 | | | | | $328.50 |
| **Department: 100 [PRODUCTION] Totals:** | 71 | 3380.75 | 0.50 | 0.00 | 3381.25 | $31,054.58 | $6.94 | | | | $31,061.53 |
| **Company: 1 [CLEARWATER NURS. TEMPS]** | 71 | 3380.75 | 0.50 | | 3381.25 | $31,054.58 | $6.94 | | | | $31,061.53 |
| **Grand Totals:** | 71 | 3380.75 | 0.50 | 0.00 | 3381.25 | $31,054.58 | $6.94 | $0.00 | $0.00 | $0.00 | $31,061.53 |

**E N D   O F   R E P O R T   *(Page 3)***

**CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production**

35

CLEARWATER NURSERY
Report Date: 02/04/2015
Report Time: 15:17:05

Company: 1 - 1
Department: 1 - 400

# CLEARWATER NURSERY Reports - Labor Cost Cost Sum - C/L Packing

*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

01/25/2015 - 01/31/2015

Page 1
Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 7568 [VELAZQUEZ, ELDA D] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7570 [ALVAREZ, ANA MARIA] | 1 | 34.25 | | | 34.25 | $308.25 | | | | | $308.25 |
| **Department: 100 [PRODUCTION] Totals:** | 2 | 44.25 | | | 44.25 | $398.25 | | | | | $398.25 |
| **Department: 300 [PACKING/HARVESTING]** | | | | | | | | | | | |
| 443 [GUTIERREZ, ALEJANDRA] | 1 | 40.00 | 4.25 | | 44.25 | $440.00 | $70.13 | | | | $510.13 |
| 468 [TAPIA, JUANA VAZQUE] | 1 | 40.00 | 12.75 | | 52.75 | $390.00 | $186.47 | | | | $576.47 |
| 470 [CASTILLO, BLANCA] | 1 | 46.50 | 12.50 | 2.00 | 61.00 | $465.00 | $187.50 | $40.00 | | | $692.50 |
| 1307 [ROJAS, PAULINA] | 1 | 40.00 | 9.50 | | 49.50 | $360.00 | $128.25 | | | | $488.25 |
| 1570 [HERNANDEZ, GUILLERMO] | 1 | 54.75 | 9.00 | 2.00 | 65.75 | $492.75 | $121.50 | $36.00 | | | $650.25 |
| 1604 [ALCANTAR, JOSE ANTONIO] | 1 | 39.75 | 6.00 | | 45.75 | $357.75 | $81.00 | | | | $438.75 |
| 3914 [SAUCEDO, ALEJANDRO ] | 1 | 36.75 | | | 36.75 | $321.56 | | | | | $321.56 |
| 4661 [C MAGANA, RIGOBERTO] | 1 | 49.50 | 14.00 | 1.50 | 65.00 | $457.88 | $194.25 | $27.75 | | | $679.87 |
| 6028 [SAUCEDO, ROSA VASQUEZ] | 1 | 26.75 | 1.50 | | 28.25 | $240.75 | $20.25 | | | | $261.00 |
| 6088 [PENA, ELIZABETH] | 1 | 15.25 | 3.25 | | 18.50 | $144.88 | $46.31 | | | | $191.19 |
| 6132 [PEREZ, JUANA] | 1 | 40.00 | 9.00 | | 49.00 | $370.00 | $124.88 | | | | $494.88 |
| 6137 [CORONEL, ESPERANZA] | 1 | 46.50 | 4.50 | | 51.00 | $418.50 | $60.75 | | | | $479.25 |
| 6961 [REYES, OLIVIA] | 1 | 40.00 | 9.25 | | 49.25 | $370.00 | $128.34 | | | | $498.34 |
| 7032 [LOPEZ, CRISTINA] | 1 | 38.00 | 3.00 | | 41.00 | $342.00 | $40.50 | | | | $382.50 |
| 7291 [ORDAZ, ERNESTO HERNANDEZ] | 1 | 15.75 | 1.50 | | 17.25 | $141.75 | $20.25 | | | | $162.00 |
| 7350 [LOPEZ, ANGEL] | 1 | 51.50 | 8.00 | 1.50 | 61.00 | $463.50 | $108.00 | $27.00 | | | $598.50 |
| 7497 [VILLALBA, JORGE LUIS] | 1 | 43.50 | 8.25 | | 51.75 | $391.50 | $111.38 | | | | $502.88 |
| 7530 [LOPEZ M, VICENTA] | 1 | 46.00 | 4.00 | | 50.00 | $414.00 | $54.00 | | | | $468.00 |
| 7545 [CERVANTES, SANTIAGO] | 1 | 42.25 | 9.25 | | 51.50 | $380.25 | $124.88 | | | | $505.13 |
| 7572 [PRIMENTIEL, IGNACIA] | 1 | 40.00 | 10.00 | | 50.00 | $360.00 | $135.00 | | | | $495.00 |
| 7573 [AGUILERA, MARIA] | 1 | 40.00 | 4.25 | | 44.25 | $360.00 | $57.38 | | | | $417.38 |
| 7578 [MARRAVILLA, MARIA] | 1 | 31.75 | 4.50 | | 36.25 | $285.75 | $60.75 | | | | $346.50 |
| 7579 [SOLIS, CECILIA] | 1 | 8.00 | 1.00 | | 9.00 | $72.00 | $13.50 | | | | $85.50 |
| 7580 [MANZO, VIRGINIA] | 1 | 31.75 | 4.50 | | 36.25 | $285.75 | $60.75 | | | | $346.50 |
| 7581 [HERNANDEZ, JOSE ***] | 1 | 8.00 | 1.00 | | 9.00 | $72.00 | $13.50 | | | | $85.50 |
| **Department: 300 [PACKING/HARVESTING]** | 25 | 912.25 | 154.75 | 7.00 | 1074.00 | $8,397.56 | $2,149.50 | $130.75 | | | $10,677.83 |
| **Company: 1 [CLEARWATER NURS. TEMPS]** | 27 | 956.50 | 154.75 | 7.00 | 1118.25 | $8,795.81 | $2,149.50 | $130.75 | | | $11,076.08 |

**Grand Totals:** 27 956.50 154.75 7.00 1118.25 $8,795.81 $2,149.50 $130.75 $0.00 $0.00 $11,076.08

**END OF REPORT** *(Page 2)*

**CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Packing**

**Payroll Register (FG**

Page 1

**906 Eucalyptus Nursery LLC**

Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

## Department: (00040) Sales

**Araujo, Francine P**
Emp Id 2503
Salary 1480.55

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | | | 1480.55 | CA | California SITW | M-2 | 1173.89 | E_7A | 125 Medical | 23.37 | Chk Date | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 1173.89 | E_7B | 125 Medical Rei | 10.57 | Batch | B |
| | | | | | FITW | Federal Income T | M-2 | 1173.89 | | | 83.54 | Net | 966.61 |
| | | | | | MED | Medicare | | 1173.89 | | | 17.02 | Dir Dep | 966.61 |
| | | | | | SS | OASDI | | 1173.89 | | | 72.78 | Chk Amt | 0.00 |
| Total Earnings | | 0.00 | | 1480.55 | Total Taxes | | | | 207.28 | Total Deductions | | 306.66 | Chk/Vcr # 3928 |

**Nelson, James A**
Emp Id 2489
Rate 0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | | | 1153.85 | CA | California SITW | M-2 | 783.23 | E_7A | 125 Medical | 7.05 | Chk Date | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 783.23 | | | 14.48 | Batch | B |
| | | | | | FITW | Federal Income T | M-2 | 783.23 | | | 11.35 | Net | 701.79 |
| | | | | | MED | Medicare | | 783.23 | | | 48.56 | Dir Dep | 701.79 |
| | | | | | SS | OASDI | | 783.23 | | | | | Chk Amt | 0.00 |
| Total Earnings | | 0.00 | | 1153.85 | Total Taxes | | | | 81.44 | Total Deductions | | | Chk/Vcr # 3927 |

**Ramos, Danielle R**
Emp Id 2526
Rate 12.5000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Code | Deduction | Amount | Type | Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1B | Vacation | 34.40 | 12.5000 | 430.00 | CA | California SITW | M-0 | 430.00 | | | 3.87 | Chk Date | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 430.00 | | | 9.92 | Batch | VM |
| | | | | | FITW | Federal Income T | M-0 | 430.00 | | | 6.24 | Net | 383.31 |
| | | | | | MED | Medicare | | 430.00 | | | 26.66 | Dir Dep | 0.00 |
| | | | | | SS | OASDI | | 430.00 | | | | | Chk Amt | 383.31 |
| Total Earnings | | 34.40 | | 430.00 | Total Taxes | | | | 46.69 | Total Deductions | | 0.00 | Chk/Vcr # 50114 |

**Ramos, Danielle R**
Emp Id 2526
Rate 12.5000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | 77.00 | 12.5000 | 962.50 | CA | California SITW | M-0 | 887.13 | E_7A | 125 Medical | 9.58 | Chk Date | 02/06/2015 |
| 12 | Overtime 1 | 0.25 | 18.7500 | 4.69 | CASDI-E | CA SDI - Emplo | | 887.13 | E_7B | 125 Medical Rei | 7.99 | Batch | B |
| | | | | | FITW | Federal Income T | M-0 | 887.13 | E_7E | 125 Accident | 55.64 | Net | 746.05 |
| | | | | | MED | Medicare | | 887.13 | | | 12.86 | Dir Dep | 746.05 |
| | | | | | SS | OASDI | | 887.13 | | | 55.01 | Chk Amt | 0.00 |
| Total Earnings | | 77.25 | | 967.19 | Total Taxes | | | | 141.08 | Total Deductions | | 80.06 | Chk/Vcr # 3926 |

**Spitler, Arianne**
Emp Id 2490
Salary 2038.77

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | | | 2038.77 | CA | California SITW | S-1 | 2026.86 | E_7A | 125 Medical | 82.87 | Chk Date | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 2026.86 | | | 18.25 | Batch | B |
| | | | | | FITW | Federal Income T | S-1 | 2026.86 | | | 284.36 | Net | 1486.32 |
| | | | | | MED | Medicare | | 2026.86 | | | 29.39 | Dir Dep | 1486.32 |
| | | | | | SS | OASDI | | 2026.86 | | | 125.67 | Chk Amt | 0.00 |
| Total Earnings | | 0.00 | | 2038.77 | Total Taxes | | | | 540.54 | Total Deductions | | 11.91 | Chk/Vcr # 3925 |

...atus and exemptions display current data, not data at the time of the payroll.

Run Date: 02/04/15
Run Time: 11:56 AM

Department    (00040) Sales
Employee      Araujo to Spitler

**EXHIBIT B**

38

**Payroll Register (FG)**  **906 Eucalyptus Nursery LLC** — Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

## Department: (00040) Sales Total

| Employees | | Code | Earning | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Female | 4 | 11 | Regular | 77.00 | | 5635.67 |
| Male | 3 | 12 | Overtime 1 | 0.25 | | 4.69 |
| Chks & Vchrs | 1 | 1B | Vacation | 34.40 | | 430.00 |
| Female | 5 | | | | | |
| Male | 4 | | | | | |
| | | **Total Earnings** | | **111.65** | | **6070.36** |

| Code | Tax | Taxable | Amount |
|---|---|---|---|
| CA | California SITW | 5301.11 | 115.82 |
| CASD-E | CA SDI - Emplo | 5301.11 | 47.73 |
| FITW | Federal Income T | 5301.11 | 447.94 |
| MED | Medicare | 5301.11 | 76.86 |
| SS | OASDI | 5301.11 | 328.68 |
| **Total Taxes** | | | **1017.03** |

| Code | Deduction | Amount |
|---|---|---|
| E_7A | 125 Medical | 720.82 |
| E_7B | 125 Medical Rei | 26.54 |
| E_7E | 125 Accident | 21.89 |
| **Total Deductions** | | **769.25** |

| Checks | | Type | Reg |
|---|---|---|---|
| Vouchers | 1 | Reg | 4 |
| Net | | Chk Date | 02/06/2015 |
| Dir Dep | | Batch | B |
| Chk Amt | | Net | 4284.08 |
| | | Dir Dep | 3900.77 |
| | | Chk Amt | 383.31 |
| | | Chk/Vcr # | 0.00 |

## Department: (00050) Admin

### Chavez, Cynthia I — Emp Id 2508, Rate 12.5000

| Code | Earning | Hours | Rate | Amount |
|---|---|---|---|---|
| 11 | Regular | 41.75 | 12.5000 | 521.88 |
| 11 | Regular | 31.00 | 12.5000 | 387.50 |
| 12 | Overtime 1 | 3.00 | 18.7500 | 56.25 |
| **Total Earnings** | | **75.75** | | **965.63** |

| Code | Tax | Status | Taxable | Amount |
|---|---|---|---|---|
| CA | California SITW | M-1 | 924.40 | 10.83 |
| CASD-E | CA SDI - Emplo | M-1 | 924.40 | 8.32 |
| FITW | Federal Income T | M-1 | 924.40 | 48.98 |
| MED | Medicare | | 924.40 | 13.41 |
| SS | OASDI | | 924.40 | 57.31 |
| **Total Taxes** | | | | **138.85** |

| Code | Deduction | Amount |
|---|---|---|
| E_7A | 125 Medical | 21.23 |
| E_7B | 125 Medical Rei | 20.00 |
| **Total Deductions** | | **41.23** |

| Type | Reg |
|---|---|
| Reg | 3924 |
| Chk Date | 02/06/2015 |
| Batch | B |
| Net | 785.55 |
| Dir Dep | 785.55 |
| Chk Amt | 0.00 |
| Chk/Vcr # | 3924 |

### Djafroodi, John E. — Emp Id 2434, Salary 3411.94

| Code | Earning | Hours | Rate | Amount |
|---|---|---|---|---|
| 11 | Regular | | | 3411.94 |
| **Total Earnings** | | **0.00** | | **3411.94** |

| Code | Tax | Status | Taxable | Amount |
|---|---|---|---|---|
| CA | California SITW | M-3 | 3277.21 | 95.61 |
| CASD-E | CA SDI - Emplo | M-3 | 3277.21 | 29.49 |
| FITW | Federal Income T | M-3 | 3277.21 | 337.25 |
| MED | Medicare | | 3277.21 | 47.52 |
| SS | OASDI | | 3277.21 | 203.19 |
| **Total Taxes** | | | | **713.06** |

| Code | Deduction | Amount |
|---|---|---|
| E_7A | 125 Medical Rei | 96.15 |
| E_7G | Short Term Disa | 38.58 |
| Term | Term Life | 10.29 |
| **Total Deductions** | | **145.02** |

| Type | Reg |
|---|---|
| Reg | 3923 |
| Chk Date | 02/06/2015 |
| Batch | B |
| Net | 2553.86 |
| Dir Dep | 2553.86 |
| Chk Amt | 0.00 |
| Chk/Vcr # | 3923 |

### Fabela, Elena — Emp Id 2496, Salary 1553.21

| Code | Earning | Hours | Rate | Amount |
|---|---|---|---|---|
| 11 | Regular | | | 1553.21 |
| **Total Earnings** | | **0.00** | | **1553.21** |

| Code | Tax | Status | Taxable | Amount |
|---|---|---|---|---|
| CA | California SITW | M-2 | 1507.30 | 15.71 |
| CASD-E | CA SDI - Emplo | M-2 | 1507.30 | 13.57 |
| FITW | Federal Income T | M-2 | 1507.30 | 99.84 |
| MED | Medicare | | 1507.30 | 21.86 |
| SS | OASDI | | 1507.30 | 93.45 |
| **Total Taxes** | | | | **244.43** |

| Code | Deduction | Amount |
|---|---|---|
| E_7A | 125 Medical | 15.14 |
| E_7B | 125 Medical Rei | 30.77 |
| GARN | Garnishment | 76.50 |
| **Total Deductions** | | **122.41** |

| Type | Reg |
|---|---|
| Reg | 3922 |
| Chk Date | 02/06/2015 |
| Batch | B |
| Net | 1186.37 |
| Dir Dep | 1186.37 |
| Chk Amt | 0.00 |
| Chk/Vcr # | 20648 |

### Jafroodi, Mahmood — Emp Id 2557, Salary 4123.69

| Code | Earning | Hours | Rate | Amount |
|---|---|---|---|---|
| 11 | Regular | | | 4123.69 |
| **Total Earnings** | | **0.00** | | **4123.69** |

| Code | Tax | Status | Taxable | Amount |
|---|---|---|---|---|
| CA | California SITW | M-2 | 4123.69 | 171.89 |
| CASD-E | CA SDI - Emplo | M-2 | 4123.69 | 37.11 |
| FITW | Federal Income T | M-2 | 4123.69 | 547.75 |
| MED | Medicare | | 4123.69 | 59.79 |
| SS | OASDI | | 4123.69 | 255.67 |
| **Total Taxes** | | | | **1072.21** |

| Code | Deduction | Amount |
|---|---|---|
| **Total Deductions** | | **0.00** |

| Type | Reg |
|---|---|
| Reg | 3922 |
| Chk Date | 02/06/2015 |
| Batch | B |
| Net | 3051.48 |
| Dir Dep | 3051.48 |
| Chk Amt | 0.00 |
| Chk/Vcr # | 3922 |

Filing status and exemptions display current data, not data at the time of the payroll.

| | |
|---|---|
| Run Date: | 02/04/15 |
| Run Time: | 11:56 AM |
| Department | (00040) Sales to (00050) Admin |
| Employee | Chavez to Jafroodi |

**Payroll Register (FG)**    Page 3

**906 Eucalyptus Nursery LLC**
Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

## Department: (00050) Admin Total

| Employee | Emp Id | Rate | Earning Code | Earning | Hours | Rate | Amount | Tax Code | Tax | Taxable | Status | Deduction Code | Deduction | Amount | Check info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zimmer, Barbara C | 2528 | 15.0000 | 11 | Regular | 80.00 | 15.0000 | 1200.00 | CA | California SITW | 1699.79 | S-2 | E_7A | 125 Medical | 49.56 | Reg 02/06/2015 |
| | | | 12 | Overtime 1 | 22.50 | 22.5000 | 506.25 | CASD-E | CA SDI - Emplo | 1699.79 | | | | 15.30 | B |
| | | | | | | | | FITW | Federal Income T | 1699.79 | S-2 | | | 177.81 | Chk Date 02/06/2015 |
| | | | | | | | | MED | Medicare | 1699.79 | | | | 24.64 | Amount 6.46 |
| | | | | | | | | SS | OASDI | 1699.79 | | | | 105.39 | Batch |
| Total Earnings | | | | | 102.50 | | 1706.25 | Total Taxes | | | 11760.72 | | Total Deductions | 372.70 | Net 1327.09 |

Zimmer to Cardona

**Department: (00050) Admin Total**

| | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Status | Code | Deduction | Amount | Checks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees 5 | 3 | Regular | 152.75 | | 1198.22 | CA | California SITW | 11532.39 | | E_7A | 125 Medical | 343.60 | Checks 1 |
| Female 3 | 11 | | | | | CASD-E | CA SDI - Emplo | 11532.39 | | E_7B | 125 Medical Rei | 103.79 | Vouchers 4 |
| Male 2 | 12 | Overtime 1 | 25.50 | | 562.50 | FITW | Federal Income T | 11532.39 | | E_7G | Short Term Disab | 1211.63 | Net 8904.35 |
| Chks & Vchrs 5 | | | | | | MED | Medicare | 11532.39 | | GARN | Garnishment | 167.22 | Net 7717.98 |
| Female 2 | | | | | | SS | OASDI | 11532.39 | | Term | Term Life | 715.01 | Chk Amt 1186.37 |
| Male | | | | | | Total Taxes | | | | Total Deductions | | | |
| Total Earnings | | | 178.25 | | 2767.63 | | | | 2541.25 | | | 1172.12 | 315.12 |

## Department: (00100) Production-foliage

| Employee | Emp Id | Salary | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Status | Code | Deduction | Amount | Check info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cape, Anthony J | 2534 | 2740.39 | 11 | Regular | 34.2500 | | 2740.39 | CA | California SITW | 2740.39 | M-0 | | | 84.02 | Manual 02/06/2015 |
| | | | | | | | | CASD-E | CA SDI - Emplo | 2740.39 | | | | 24.66 | VM |
| | | | | | | | | FITW | Federal Income T | 2740.39 | M-0 | | | 325.96 | Chk Date 02/06/2015 |
| | | | | | | | | MED | Medicare | 2740.39 | | | | 39.74 | Amount 0.00 |
| | | | | | | | | SS | OASDI | 2740.39 | | | | 169.90 | Batch |
| Total Earnings | | | | | 0.00 | | 2740.39 | Total Taxes | | | 2740.39 | | Total Deductions | 644.28 | Net 2096.11 |

| Cardona, Jose Luis | 2429 | 2767.63 | 11 | Regular | | | 2767.63 | CA | California SITW | 2506.15 | M-2 | 2A | 401k Loan 1 | 49.97 | Reg 02/06/2015 |
| | | | | | | | | CASD-E | CA SDI - Emplo | 2727.56 | | E_7A | 125 Medical | 24.54 | B |
| | | | | | | | | FITW | Federal Income T | 2506.15 | M-2 | E_8A | 401k | 244.67 | Chk Date 02/06/2015 |
| | | | | | | | | MED | Medicare | 2727.56 | | | | 39.55 | Amount 0.00 |
| | | | | | | | | SS | OASDI | 2727.56 | | | | 169.11 | Batch |
| Total Earnings | | | | | 0.00 | | 2767.63 | Total Taxes | | | 2767.63 | | Total Deductions | 527.84 | Net 1854.06 |

**Department: (00100) Production-foliage Total**

| | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Status | Code | Deduction | Amount | Checks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees 2 | 11 | Regular | | | 5508.02 | CA | California SITW | 5246.54 | | 2A | 401k Loan | 133.99 | Checks 1 |
| Female 0 | | | | | | CASD-E | CA SDI - Emplo | 5467.95 | | E_7A | 125 Medical | 49.20 | Vouchers 1 |
| Male 2 | | | | | | FITW | Federal Income T | 5246.54 | | E_8A | 401k | 570.63 | Net 124.25 |
| Chks & Vchrs 2 | | | | | | MED | Medicare | 5467.95 | | | | 79.29 | Net 40.07 |
| Female 0 | | | | | | SS | OASDI | 5467.95 | | | | 339.01 | Chk Amt 221.41 |
| Male 2 | | | | | | Total Taxes | | | | Total Deductions | | | |
| Total Earnings | | | 0.00 | | 5508.02 | | | | 5508.02 | | | 1172.12 | 385.73 |

Run Date: 02/04/15   Run Time: 11:56 AM

Filing status and exemptions display current data, not data at the time of the payroll.

**Payroll Register (FG**

**906 Eucalyptus Nursery LLC**
Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

Page 4

## Department: (00101) Production-Admin

**Daum, Kimberly A**   Emp Id 2530   Salary 1698.44

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Chk Date | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | | | 1698.44 | CA | California SITW | S-1 | 1563.85 | 45.15 | E_7A | 125 Medical | 32.68 | Chk Date | | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 1665.76 | 15.00 | E_7H | Universal Life | 12.12 | Batch | | B |
| | | | | | FITW | Federal Income T | S-1 | 1563.85 | 180.49 | E_8A | 401k | 101.91 | Net | | 1183.66 |
| | | | | | MED | Medicare | | 1665.76 | 24.15 | | | | Dir Dep | | 1183.66 |
| | | | | | SS | OASDI | | 1665.76 | 103.28 | | | | Chk Amt | | 0.00 |
| Total Earnings | | 0.00 | | 1698.44 | Total Taxes | | | | 368.07 | Total Deductions | | 146.71 | Chk/Vcr # | | 3919 |

**Daum, Stephanie J**   Emp Id 2522   Rate 21.1900

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Chk Date | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | 59.00 | 21.1900 | 1250.21 | CA | California SITW | M-0 | 1132.34 | 14.98 | E_8A | 401k | 125.82 | Chk Date | | 02/06/2015 |
| 12 | Overtime 1 | 0.25 | 31.7850 | 7.95 | CASDI-E | CA SDI - Emplo | | 1258.16 | 11.33 | | | | Batch | | B |
| | | | | | FITW | Federal Income T | M-0 | 1132.34 | 84.75 | | | | Net | | 925.03 |
| | | | | | MED | Medicare | | 1258.16 | 18.25 | | | | Dir Dep | | 925.03 |
| | | | | | SS | OASDI | | 1258.16 | 78.00 | | | | Chk Amt | | 0.00 |
| Total Earnings | | 59.25 | | 1258.16 | Total Taxes | | | | 207.31 | Total Deductions | | 125.82 | Chk/Vcr # | | 3918 |

**Legaspi, Juan C**   Emp Id 2556   Rate 13.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Chk Date | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | 80.00 | 13.0000 | 1040.00 | CA | California SITW | S-0 | 1106.90 | 23.12 | E_7A | 125 Medical | 45.23 | Chk Date | | 02/06/2015 |
| 12 | Overtime 1 | 5.75 | 19.5000 | 112.13 | CASDI-E | CA SDI - Emplo | | 1106.90 | 9.96 | | | | Batch | | B |
| | | | | | FITW | Federal Income T | S-0 | 1106.90 | 135.00 | | | | Net | | 854.12 |
| | | | | | MED | Medicare | | 1106.90 | 16.05 | | | | Dir Dep | | 854.12 |
| | | | | | SS | OASDI | | 1106.90 | 68.62 | | | | Chk Amt | | 0.00 |
| Total Earnings | | 85.75 | | 1152.13 | Total Taxes | | | | 252.78 | Total Deductions | | 45.23 | Chk/Vcr # | | 3917 |

### Department: (00101) Production-Admin Total

| Employees | | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Female | 3 | 11 | Regular | 139.00 | | 3988.65 | CA | California SITW | 3803.09 | 83.25 | E_7A | 125 Medical | 77.91 | Checks | 0 |
| Male | 2 | 12 | Overtime 1 | 6.00 | | 120.08 | CASDI-E | CA SDI - Emplo | 4030.82 | 36.29 | E_7H | Universal Life | 12.12 | Vouchers | 3 |
| Chks & Vchrs | 3 | | | | | | FITW | Federal Income T | 3803.09 | 400.27 | E_8A | 401k | 227.73 | Net | 2962.81 |
| Female | 2 | | | | | | MED | Medicare | 4030.82 | 58.45 | | | | Dir Dep | 2962.81 |
| Male | 1 | | | | | | SS | OASDI | 4030.82 | 249.90 | | | | Chk Amt | 0.00 |
| | | Total Earnings | | 145.00 | | 4108.73 | Total Taxes | | | 828.16 | Total Deductions | | 317.76 | | |

## Department: (00200) Maintenance

**Huitron, Alejandro**   Emp Id 1799   Salary 1453.01

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Chk Date | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Regular | | | 1453.01 | CA | California SITW | M-2 | 1366.48 | 7.61 | E_7A | 125 Medical | 55.76 | Chk Date | | 02/06/2015 |
| | | | | | CASDI-E | CA SDI - Emplo | | 1366.48 | 12.30 | E_7B | 125 Medical Rei | 30.77 | Batch | | B |
| | | | | | FITW | Federal Income T | M-2 | 1366.48 | 73.72 | | | | Net | | 1168.30 |
| | | | | | MED | Medicare | | 1366.48 | 19.82 | | | | Dir Dep | | 1168.30 |
| | | | | | SS | OASDI | | 1366.48 | 84.73 | | | | Chk Amt | | 0.00 |
| Total Earnings | | 0.00 | | 1453.01 | Total Taxes | | | | 198.18 | Total Deductions | | 86.53 | Chk/Vcr # | | 20647 |

Filing status and exemptions display current data, not data at the time of the payroll.

Run Date: 02/04/15
Run Time: 11:56 AM

(00200) Production-Admin to (00200) Maintenance

Daum to Huitron

Employee

**Payroll Register (FG)** — Page 5

**906 Eucalyptus Nursery LLC**
Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

## Department: (00200) Maintenance Total

| Earning | Code | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 11 | | | 1453.01 | CA | California SITW | M-5 | 1366.48 | 7.61 | E_7A | 125 Medical | 55.76 | Checks | 1 |
| | | | | | CASD-E | CA SDI - Employ | | 1366.48 | 12.30 | E_7B | 125 Medical Reii | 30.77 | Vouchers | 0 |
| | | | | | FITW | Federal Income T | | 1366.48 | 73.72 | | | | Net | 1168.30 |
| | | | | | MED | Medicare | | 1366.48 | 19.82 | | | | Dir Dep | 0.00 |
| | | | | | SS | OASDI | | 1366.48 | 84.73 | | | | Chk Amt | 1168.30 |
| **Total Earnings** | | 0.00 | | 1453.01 | **Total Taxes** | | | | 198.18 | **Total Deductions** | | 86.53 | | 1 |

## Department: (00400) Shipping

**Vera, Hilario R**   Emp Id 2130   Salary 1738.73

| Earning | Code | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 11 | | | 1738.73 | CA | California SITW | M-5 | 1686.71 | 0.95 | E_7A | 125 Medical | 52.02 | Checks | 0 |
| | | | | | CASD-E | CA SDI - Employ | | 1686.71 | 15.18 | | | | Vouchers | 1 |
| | | | | | FITW | Federal Income T | | 1686.71 | 58.67 | | | | Net | 1482.87 |
| | | | | | MED | Medicare | | 1686.71 | 24.46 | | | | Dir Dep | 1482.87 |
| | | | | | SS | OASDI | | 1686.71 | 104.58 | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 1738.73 | **Total Taxes** | | | | 203.84 | **Total Deductions** | | 52.02 | Chk/Vcr # | 3916 |

## Department: (00400) Shipping Total

| Earning | Code | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 11 | | | 1738.73 | CA | California SITW | M-5 | 1686.71 | 0.95 | E_7A | 125 Medical | 52.02 | Checks | 0 |
| | | | | | CASD-E | CA SDI - Employ | | 1686.71 | 15.18 | | | | Vouchers | 1 |
| | | | | | FITW | Federal Income T | | 1686.71 | 58.67 | | | | Net | 1482.87 |
| | | | | | MED | Medicare | | 1686.71 | 24.46 | | | | Dir Dep | 1482.87 |
| | | | | | SS | OASDI | | 1686.71 | 104.58 | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 1738.73 | **Total Taxes** | | | | 203.84 | **Total Deductions** | | 52.02 | | |

## Department: (350) Logistics

**Hernandez, George**   Emp Id 2410   Salary 2011.33

| Earning | Code | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 11 | | | 1005.66 | CA | California SITW | S-0 | 1877.49 | 74.29 | E_7A | 125 Medical | 108.84 | Checks | 1 |
| Regular | 11 | | | 1005.67 | CASD-E | CA SDI - Employ | | 1902.49 | 17.13 | E_8A | 401k | 25.00 | Vouchers | 0 |
| | | | | | FITW | Federal Income T | S-0 | 1877.49 | 285.48 | | | | Net | 1355.05 |
| | | | | | MED | Medicare | | 1902.49 | 27.59 | | | | Dir Dep | 1355.05 |
| | | | | | SS | OASDI | | 1902.49 | 117.95 | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 2011.33 | **Total Taxes** | | | | 522.44 | **Total Deductions** | | 133.84 | Chk/Vcr # | 3915 |

**Employees (Maintenance Total):** Female 1, Code 0; Male 1; Chks & Vchrs; Female 0; Male 1

**Employees (Shipping Total):** Female 1, Code 0; Male 1; Chks & Vchrs; Female 0; Male 1

**Employees (Logistics):** Female 1, Code 0; Male 1; Chks & Vchrs; Female 1; Male 0

Vera, Hilario R

Vera to Hernandez

Department (00200) Maintenance to (350) Logistics

Employee

Filing status and exemptions display current data, not data at the time of the payroll.

Run Date: 02/04/15   11:56 AM
Run Time:

Payroll Register (PG

Page 6

**906 Eucalyptus Nursery LLC**
Company (10413)

Check Date: 02/06/2015
Process: 2015020601
Period: 01/18/2015 to 01/31/2015

## Department: (350) Logistics Total

| Employees | 1 | | | | |
| Female | 0 | | | | |
| Male | 1 | | | | |
| Chks & Vchrs | 1 | | | | |
| Female | 0 | | | | |
| Male | 1 | | | | |

| Code | Earning | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| I1 | Regular | | | 2011.33 |
| **Total Earnings** | | 0.00 | | 2011.33 |

| Code | Tax | Taxable | Amount |
| --- | --- | --- | --- |
| CA | California SITW | 1877.49 | 74.29 |
| CASD-E | CA SDI - Emplo | 1902.49 | 17.13 |
| FITW | Federal Income T | 1877.49 | 285.48 |
| MED | Medicare | 1902.49 | 27.59 |
| SS | OASDI | 1902.49 | 117.95 |
| **Total Taxes** | | | 522.44 |

| Code | Deduction | Amount |
| --- | --- | --- |
| E_7A | 125 Medical | 108.84 |
| E_8A | 401k | 25.00 |
| **Total Deductions** | | 133.84 |

| Checks | 0 |
| --- | --- |
| Vouchers | 1 |
| Net | 1355.05 |
| Dir Dep | 1355.05 |
| Chk Amt | 0.00 |

## Report Total

| Employees | 17 | | | | |
| Female | 8 | | | | |
| Male | 9 | | | | |
| Chks & Vchrs | 18 | | | | |
| Female | 9 | | | | |
| Male | 9 | | | | |

| Code | Earning | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| I1 | Regular | 368.75 | | 31533.63 |
| I2 | Overtime 1 | 31.75 | | 687.27 |
| IB | Vacation | 34.40 | | 430.00 |
| **Total Earnings** | | 434.90 | | 32650.90 |

| Code | Tax | Taxable | Amount |
| --- | --- | --- | --- |
| CA | California SITW | 30813.81 | 759.51 |
| CASD-E | CA SDI - Emplo | 31287.95 | 281.62 |
| FITW | Federal Income T | 30813.81 | 3048.34 |
| MED | Medicare | 31287.95 | 453.69 |
| SS | OASDI | 31287.95 | 1939.86 |
| **Total Taxes** | | | 6483.02 |

| Code | Deduction | Amount |
| --- | --- | --- |
| 2A | 401k Loan 1 | 124.25 |
| E_7A | 125 Medical | 1098.25 |
| E_7B | 125 Medical Reir | 204.23 |
| E_7B | 125 Accident | 21.89 |
| E_7G | Short Term Disat | 38.58 |
| E_7H | Universal Life | 12.12 |
| E_8A | 401k | 474.14 |
| GARN | Garnishment | 76.50 |
| Term | Term Life | 10.29 |
| **Total Deductions** | | 2060.25 |

| Checks | 4 |
| --- | --- |
| Vouchers | 14 |
| Net | 24107.63 |
| Dir Dep | 19273.54 |
| Chk Amt | 4834.09 |

Run Date: 02/04/15
Run Time: 11:56 AM

Department
Employee

(350) Logistics

Filing status and exemptions display current data, not data at the time of the payroll.

43

CLEARWATER NURSERY
Report Date: 02/09/2015
Report Time: 14:05:31
Company: 1 - 1
Department: 1 - 400

## CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production
### Sorted by Company, Department & Employee
Show Head Count Y, # Copies 1

Page 1

Employee: 10 - 20663

01/31/2015 - 01/31/2015

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | |
| | | | | | **Department: 100 [PRODUCTION]** | | | | | | |
| 422 [FIGUEROA, BERTHA T] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 436 [CRUZ, JOSE FLORES] | 1 | 10.00 | | | 10.00 | $ 97.50 | | | | | $ 97.50 |
| 588 [FLORES, DEYSI] | 1 | 10.00 | | | 10.00 | $ 97.50 | | | | | $ 97.50 |
| 815 [ALCANTAR, MIGUEL CORONA] | 1 | 10.00 | | | 10.00 | $ 100.00 | | | | | $ 100.00 |
| 1359 [HERNANDEZ, DANIEL] | 1 | 5.00 | | | 5.00 | $ 47.50 | | | | | $ 47.50 |
| 1502 [SAUCEDO, KARLA] | 1 | 5.75 | | | 5.75 | $ 51.75 | | | | | $ 51.75 |
| 1633 [GUTIERREZ, DIOSILINA] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 1641 [ESTEVEZ, SILVIA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 1765 [MARTINEZ, MARIA CONSEPCION] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 2861 [CARILLO, MARIA SILVIA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 3887 [LOPEZ, AGUSTIN] | 1 | 10.00 | | | 10.00 | $ 102.50 | | | | | $ 102.50 |
| 3903 [RAMOS, AMPARO] | 1 | 5.00 | | | 5.00 | $ 47.50 | | | | | $ 47.50 |
| 6003 [ESCABEDO, SERGIO RUIZ] | 1 | 9.00 | | | 9.00 | $ 85.50 | | | | | $ 85.50 |
| 6010 [TOVAR MOLINA, LILIA] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 6178 [SOSA, DELICIA] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 6786 [ORDAZ, RUPERTA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 6802 [SALBADOR, ELISABET] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 6823 [RODRIGUEZ, CECILIA L] | 1 | 9.00 | | | 9.00 | $ 83.25 | | | | | $ 83.25 |
| 6933 [RAMIREZ, MARIO] | 1 | 8.50 | | | 8.50 | $ 82.88 | | | | | $ 82.88 |
| 7019 [MENDEZ, GUADALUPE] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7080 [BERNABE, CRISTINA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7260 [TRUJILLO, REMEDIOS] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7261 [YANEZ, MIGUEL ANGEL] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 7265 [RIVAS GONZALES, ENRIQUE JOSE] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7269 [RIVERA, MARVIN DEL CARMEN] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7369 [VALENZUELA, ROSY] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7411 [ZARATE, FRANCISCO ALEJANDRO] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7417 [CRUZ, JOVITA] | 1 | 10.00 | | | 10.00 | $ 95.00 | | | | | $ 95.00 |
| 7471 [RAIGOSA, JORGUE] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7475 [ECHAVARRIA, PATRICIA GARCIA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7494 [CARRANSA, SOCORRO] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |
| 7501 [ANTONIO, ROSA] | 1 | 10.00 | | | 10.00 | $ 90.00 | | | | | $ 90.00 |

**EXHIBIT C**

44

CLEARWATER NURSERY
Report Date: 02/09/2015
Report Time: 14:05:31
Company: 1 - 1
Department: 1 - 400

**CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production**
*Sorted by Company, Department & Employee*
Show Head Count Y, # Copies 1

Page 2
Employee: 10 - 20663

01/31/2015 - 01/31/2015

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 100 [PRODUCTION]** | | | | | | | | | | | |
| 7506 [ATILANO, SANTOS] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7514 [HERNANDEZ, SILVINO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7515 [GONZALES, LUIS] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7517 [ANGELES, FRANCISCO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7526 [PACHECO, REYNA JIMENES] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7536 [PALACIOS, MARIA G] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7538 [GONZALES, ADULFO MORALES] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7539 [ZAMORA, FAUSTO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7555 [LOPEZ M, MAGDALENA] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7556 [ACOSTA, MARICELA] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7558 [REYES JAIQUIN, CONSTANTINA] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7559 [LEON, ANTONIO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7562 [DIAZ, EMILIANO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7564 [COLORES, ISABEL] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7566 [OSORIO A, FLORA] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7568 [VELAZQUEZ, ELDA D] | 1 | 8.00 | 2.00 | | 10.00 | $72.00 | $27.00 | | | | $99.00 |
| 7575 [PALACIOS, ROMAN] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 7577 [FIGUEROA, CARLOS] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| **Department: 100 [PRODUCTION] Totals:** | 50 | 480.25 | 2.00 | | 482.25 | $4,407.88 | $27.00 | | | | $4,434.88 |
| **Department: 200 [MAINTENANCE]** | | | | | | | | | | | |
| 7552 [MARTINEZ, LUIS ALBERTO] | 1 | 8.00 | 2.00 | | 10.00 | $72.00 | $27.00 | | | | $99.00 |
| 7553 [VERA, FRANCISCO] | 1 | 8.00 | 2.00 | | 10.00 | $72.00 | $27.00 | | | | $99.00 |
| **Department: 200 [MAINTENANCE] Totals:** | 2 | 16.00 | 4.00 | | 20.00 | $144.00 | $54.00 | | | | $198.00 |
| **Department: 300 [PACKING/HARVESTING]** | | | | | | | | | | | |
| 468 [TAPIA, JUANA VAZQUE] | 1 | 8.00 | 2.00 | | 10.00 | $78.00 | $29.25 | | | | $107.25 |
| 470 [CASTILLO, BLANCA] | 1 | 8.00 | 2.00 | | 10.00 | $80.00 | $30.00 | | | | $110.00 |
| 1307 [ROJAS, PAULINA] | 1 | 8.00 | 1.50 | | 9.50 | $72.00 | $20.25 | | | | $92.25 |
| 1570 [HERNANDEZ, GUILLERMO] | 1 | 10.00 | | | 10.00 | $90.00 | | | | | $90.00 |
| 1604 [ALCANTAR, JOSE ANTONIO] | 1 | 8.00 | 1.50 | | 9.50 | $72.00 | $20.25 | | | | $92.25 |
| 3914 [SAUCEDO, ALEJANDRO J] | 1 | 9.50 | | | 9.50 | $83.13 | | | | | $83.13 |

45

CLEARWATER NURSERY
Report Date: 02/09/2015
Report Time: 14:05:32
Company: 1 - 1
Department: 1 - 400

# CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production
### Sorted by Company, Department & Employee
Show Head Count Y, # Copies 1

01/31/2015 - 01/31/2015

Page 3

Employee: 10 - 20663

| Employee | Head Count | Reg Hours | OT-1 | OT-2 | Total Hours | Regular Pay | OT-1 Pay | OT-2 Pay | Earnings | Deductions | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 1 [CLEARWATER NURS. TEMPS]** | | | | | | | | | | | |
| **Department: 300 [PACKING/HARVESTING]** | | | | | | | | | | | |
| 4661 [C MAGANA, RIGOBERTO] | 1 | 9.50 | | | 9.50 | $ 87.88 | | | | | $ 87.88 |
| 6028 [SAUCEDO, ROSA VASQUEZ] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 6088 [PENA, ELIZABETH] | 1 | 8.00 | 0.75 | | 8.75 | $ 76.00 | $ 10.69 | | | | $ 86.69 |
| 6137 [CORONEL, ESPERANZA] | 1 | 8.00 | 1.25 | | 9.25 | $ 72.00 | $ 16.88 | | | | $ 88.88 |
| 7291 [ORDAZ, ERNESTO HERNANDEZ] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 7350 [LOPEZ, ANGEL] | 1 | 9.50 | | | 9.50 | $ 85.50 | | | | | $ 85.50 |
| 7497 [VILLALBA, JORGE LUIS] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 7530 [LOPEZ M, VICENTA] | 1 | 8.00 | 1.00 | | 9.00 | $ 72.00 | $ 13.50 | | | | $ 85.50 |
| 7545 [CERVANTES, SANTIAGO] | 1 | 8.00 | 1.00 | | 9.00 | $ 72.00 | $ 13.50 | | | | $ 85.50 |
| 7572 [PRIMENTIEL, IGNACIA] | 1 | 8.00 | 1.00 | | 9.00 | $ 72.00 | $ 13.50 | | | | $ 85.50 |
| 7573 [AGUILERA, MARIA] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 7578 [MARRAVILLA, MARIA] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 7579 [SOLIS, CECILIA] | 1 | 8.00 | 1.00 | | 9.00 | $ 72.00 | $ 13.50 | | | | $ 85.50 |
| 7580 [MANZO, VIRGINIA] | 1 | 8.00 | 1.50 | | 9.50 | $ 72.00 | $ 20.25 | | | | $ 92.25 |
| 7581 [HERNANDEZ, JOSE ""] | 1 | 8.00 | 1.00 | | 9.00 | $ 72.00 | $ 13.50 | | | | $ 85.50 |
| **Department: 300 [PACKING/HARVESTING]** | 21 | 174.50 | 23.00 | | 197.50 | $ 1,588.50 | $ 316.31 | | | | $ 1,904.83 |
| **Department: 400 [SHIPPING]** | | | | | | | | | | | |
| 1500 [MEDINA, SILVINO] | 1 | | 8.00 | 1.50 | 9.50 | | $ 132.00 | $ 33.00 | | | $ 165.00 |
| **Department: 400 [SHIPPING] Totals:** | 1 | | 8.00 | 1.50 | 9.50 | | $ 132.00 | $ 33.00 | | | $ 165.00 |
| **Company: 1 [CLEARWATER NURS. TEMPS]** | 74 | 670.75 | 37.00 | 1.50 | 709.25 | $ 6,140.38 | $ 529.31 | $ 33.00 | | | $ 6,702.71 |
| **Grand Totals:** | 74 | 670.75 | 37.00 | 1.50 | 709.25 | $ 6,140.38 | $ 529.31 | $ 33.00 | $ 0.00 | $ 0.00 | $ 6,702.71 |

END OF REPORT (Page 3)

CLEARWATER NURSERY Reports - Labor Cost Sum - C/L Production

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1126 Santa Barbara Street
Santa Barbara, CA  93101

A true and correct copy of the foregoing document entitled (*specify*):  <u>DEBTOR'S EMERGENCY MOTION FOR ORDER</u>
<u>AUTHORIZING PAYMENT AND/OR HONORING OF PREPETITION EMPLOYEE COMPENSATION, BENEFITS,</u>
<u>REIMBURSEMENTS, WITHHOLDING TAXES, ACCRUED VACATION, AND RELATED EMPLOYEE CLAIMS;</u>
<u>DECLARATION OF JOHN E. DJAFROODI</u>  will be served or was served **(a)** on the judge in chambers in the form and
manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*)
<u>February 12, 2015</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) <u>February 12, 2015</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>February 12, 2015</u>, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

The Hon Deborah Saltzman
U.S. Bankruptcy Court
255 E. Temple St., Suite 1334
Courtroom 1339
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2015 | Tina Vanderhook | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

SERVICE LIST
Clearwater Nursery, Inc.
Chapter 11 Case No.:  9:15-bk-10251-PC

### SERVED BY U.S. MAIL

SECURED CREDITORS
SLO County Tax Collector
1055 Monterey Street Room D290
San Luis Obispo, CA  93408

Farm Credit West
Attn  Chris Brumfield
1478 Stone Point Dr Suite 450
Roseville, CA  95661

TOP 20 UNSECURED CREDITORS
Custom Labor Services Inc
125 W Mill Street
Santa Maria, CA  93458

Sheppard West Inc
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR  97405

Ball Seed Co
Attn  Kate Walsh
622 Town Road
West Chicago, IL  60185

American Horticultural Supply Inc
2901 Sturgis Road
Oxnard, CA  93030

Aris Horticulture Inc
PO Box 76096
Cleveland, OH  44101-4755

Jafroodi Properties LP
2901 Surgis Road
Oxnard, CA  93030

1

The Arbory Ltd
4079 Thirteenth Street
Jordan Station
Ontario L0R 1S0 CANADA

Sun Gro Horticulture
36212 Treasury Center
Chicago, IL  60694-6200
ASA Flower Bulbs
Hameyasdim 1st
Moshav Bitzaron
60946 ISRAEL

Gloeckner and Co Inc
600 Mamaroneck Ave
Harrison, NY  10528

Robert Mann Packaging Inc
Department 39000
PO Box 39000
San Francisco, CA  94139-4379

DecoWraps
8900 NW 33rd St Suite 100
Doral, FL  33172

Helena Chemical Company
PO Box 742558
Los Angeles, CA 90074-2558

CJ Ruigrok & Sons
Zilkerbinnenweg 58
2191 AD De Silk HOLLAND

Southern California Gas Co
PO Box C
Montery Park, CA  91756

AGRx
751 South Rose Avenue
Oxnard, CA  93030

4 Elements Inc
6665 Cote De Liesse
Montreal, Quebec
CANADA H4T 1Z5

Pindstrup Mosebrug A/S
Attn  Kim Groberski
1200 Arlington Hts Rd Suite 410
Itasca, IL  60143

Griffin Greenhouse Supplies
PO Box 842937
Boston, MA  02884-2937

Seaside Packaging
1450 E Wooly Road
Oxnard, CA  93030

PRIOR ATTORNEY
Kathryn Eppright, Esq.
Andre Morris & Buttery
1102 Laurel Lane
San Luis Obispo, CA 93401

DEBTOR
Clearwater Nursery Inc
John E. Djafroodi President
2901 Sturgis Road
Oxnard, CA  93030

ATTORNEYS FOR CAROLINA RAMIREZ, ET AL.
(In the Matter of *Ramirez v. Clearwater Nursery, Inc., et al*; SLO County Case No. CV 110083)
Allen K Hutkin, Esq.
Hutkin Law Firm
1229 Higuera St 1st Floor
San Luis Obispo, CA  93401

BANK:
Rabobank, N.A.
*Attn:*  DIRECTOR/CHIEF EXECUTIVE OFFICER
2739 Santa Maria Way
Santa Maria, CA  93455

UTILITY COMPANIES
PG&E
*Attn:* DIRECTOR/CHIEF EXECUTIVE OFFICER
PO Box 997300
Sacramento, CA  95899-7300

PG&E
*Attn:* DIRECTOR/CHIEF EXECUTIVE OFFICER
406 Higuera Street
San Luis Obispo, CA 93401

PG&E Corporation
*Attn:* DIRECTOR/CHIEF EXECUTIVE OFFICER
Linda Cheng, Agent for Service of Process
77 Beale Street 24th Floor
San Francisoco, CA  94105

Southern California Gas Company
*Attn:* DIRECTOR/CHIEF EXECUTIVE OFFICER
Corporation Service Company which will do business in
California as CSC – Lawyers Incorporating Service, Agent for Service of Process
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA  95833

So. Cal Gas/The Gas Co.
*Attn:* DIRECTOR/CHIEF EXECUTIVE OFFICER
PO Box C
Monterey Park, CA  91756

## SERVED ELECTRONICALLY

Brian D Fittipaldi  brian.fittipadi@usdoj.gov
Peter Susi  psusi@hbsb.com, tina@hbsb.com
Jonathan Gura  jgura@hbsb.com, tina@hbsb.com
United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov

4