1    Peter Susi, State Bar No. 62957
     Email: psusi@hbsb.com

(SPACE BELOW FOR FILING STAMP ONLY)

2    Jonathan G. Gura, State Bar No. 214240
     Email: jgura@hbsb.com

3    **HOLLISTER & BRACE**, A Professional Corporation
     1126 Santa Barbara Street

4    Santa Barbara, CA 93101
     Telephone: (805) 963-6711

5    Facsimile: (805) 965-0329

6    Attorneys for Debtor and Debtor-in-Possession

7

8                 **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

10

11    In re                    )    BK No. 9:15-bk-10251-DS
                        )

12    CLEARWATER NURSERY, INC.,   )    Chapter 11
                        )

13          Debtors.        )    **DEBTOR'S CHAPTER 11 STATUS**
                        )    **REPORT**

14                         )
                        )    Date:    March 26, 2015

15                         )    Time:    10:30 a.m.
                        )    Place:    1415 State Street

16                         )            Courtroom 202
                        )            Santa Barbara, CA

17                         )
                        )

18                         )

19

20

21

22

23

24

25

26

27

28

1    Debtor and Debtor-in-Possession, Clearwater Nursery, Inc.

2  ("Debtor"), hereby submits this Status Report as follows:

3    A.    Description of Debtor's business and operations and

4  the principal assets and liabilities of the estate:

5    The Company, a California corporation located at 887 Mesa

6  Road in Nipomo, California, is a wholesale grower of premium

7  quality blooming plants, foliage plants, and seasonal living

8  favorites.  Mahmood Jafroodi is the Company's Chairman of the

9  Board of Directors and owns 99 percent of the Company's stock.

10  John E. Djafroodi is the President of the Company and owns the

11  remaining 1 percent of the Company's stock.  The Company leases

12  the land, improvements and greenhouse facilities upon which it

13  operates (the "Mesa Road Property") from Jafroodi Properties,

14  L.P. ("Jafroodi Properties").  Mahmood Jafroodi is the general

15  partner of Jafroodi Properties.

16    The Company's secured lender is Farm Credit West ("FCW").

17  As of February 1, 2015, the outstanding balance owed by the

18  Company to FCW was approximately $5,275,000 in principal and

19  approximately $116,000 in unpaid interest for February 2015,

20  for a total of approximately $5,391,000 (the "CWN Debt").

21  Jafroodi Properties and a Mahmood Jafroodi family trust (the

22  "Family Trust") are also indebted to FCW.  The Company,

23  Jafroodi Properties, the Family Trust and Mahmood Jafroodi are

24  collectively referred to herein as the "Jafroodi Borrowers."

25  The total debt owed to FCW by the Jafroodi Borrowers is, as of

26  February 1, 2015, approximately $14,949,500 in principal and

27  approximately $595,000 in unpaid interest for February 2015,

28  for a total of approximately $15,554,500 (the "Jafroodi Debt").

-2-

1  The Jafroodi Debt is secured and cross-collateralized by all of

2  the Company's personal property and real and personal property

3  owned by Jafroodi Properties and the Family Trust, and

4  personally guaranteed by Mahmood Jafroodi.

5       The Company's facilities on Mesa Road include

6  approximately one million square feet of modern greenhouses,

7  each outfitted with highly sophisticated computerized climate

8  controls to ensure the production of consistent, high quality

9  products.  The products grown by the Company include potted

10 chrysanthemums, hydrangeas, calla lilies, cyclamen, kalanchoes,

11 poinsettias, Easter lilies, tulips, azaleas, and ivy in several

12 configurations and are primarily sold to grocery store chains

13 and big box stores.

14      The Company built a brand based on high quality products,

15 and has historically obtained premium pricing as a result.

16 However, year after year, increases in the costs of inputs such

17 as raw materials and labor have outpaced increases in the sale

18 prices of the Company's products.  In fact, the purchasing

19 power of large box retail stores and consolidated grocery

20 chains have forced the Company to reduce the prices of many of

21 its premium items.

22      Through the first half of 2014, the Company produced a

23 large variety and volume of plants on speculation in an effort

24 to reduce costs on a per unit basis.  However, the market did

25 not support the Company's output, and many grocery chains

26 either did not place orders as anticipated or cancelled orders.

27 As a result, the Company was forced to sell premium products at

28 discounts, further eroding already negative margins.  The

1   Company's cash flow had deteriorated to the point where, in

2   January 2015, it determined that it would be unable to make its

3   February 2015 debt service payment to FCW.  Moreover, the

4   Company has been sued by a group of former employees who allege

5   that the Company violated labor laws and health and safety

6   regulations (the "Wage & Hour Litigation").  CWN denies the

7   allegations, but no longer has the resources to defend the

8   litigation.  The Company has sought protection under Chapter 11

9   of the Bankruptcy Code in order to stay the Wage & Hour

10  Litigation, restructure its debts and remain a viable going

11  concern.

12       B.   Brief answers to the following:

13       1.   What precipitated the filing of this case? The pending

14  FCW foreclosure and the Wage and Hour Litigation.

15       2.   What does the Debtor hope to accomplish in this case?

16  Resolve Wage and Hour claims and develop the basis for a

17  consensual plan acceptable to FCW and unsecured creditors via a

18  sale of underlying land and/or acquiring new investor partners

19  while improving operations and profitability.

20       3.   What are the principal business and financial

21  problems facing the Debtor and how does the Debtor intend to

22  address these problems? Business unprofitable in recent periods

23  and debt to FCW and other creditors now unmanageable.

24       4.   What are the main legal disputes facing the Debtor

25  and likely to be encountered during this case, and how does the

26  Debtor recommend that these disputes be resolved? Principal

27  legal challenge is resolving Wage and Hour claims.

28  ///

5.   What is Debtor's estimate regarding timing for confirmation of a plan? Expect to have developed basis for a plan within 6-8 months.

6.   Is the Debtor a small business?  No.  Debtor is not a small business Debtor, and this is not a small business case.

7.   Is this case a single asset real estate case? No.

8.   Has Debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106, 1107, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States Trustee? Yes. Debtor is currently in full compliance with the requirements of U.S.C. §§ 521, 1106, 1107, F.R.B.P. 1007, and the Office of the United States.

9.   Do any parties claim an interest in cash collateral of the Debtor?  Is the Debtor using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of the party? Yes. FCW and Debtor have reached a cash collateral agreement through May 15, 2015, which was approved by the court at a hearing on March 5, 2015.

C.   The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any), a general description of the services to be rendered by each professional, and an estimate of the expected amount of compensation for each professional. Hollister & Brace, Prof. Corp, is Debtor's general counsel and an application was filed on February 20,

-5-

2015. No order yet entered (objection period expired and order submitted). Initial retainer $50,000, of which 1/3 to 1/2 used prepetition. Amount of additional fees will depend upon length of case and a number of other factors which make any estimate difficult.

  D. In operating cases, evidence regarding projected income, expenses and cash flow for the first six months of the case and a comparison to actual results for the 12 months preceding the filing of the case. See attached Exhibit "1".

  E. Proposed deadlines for the filing of claims and objections to claims. Would suggest addressing this question at a continued status hearing in approximately 90 days.

  F. A discussion of the unexpired leases and executor contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts. Debtor is party to two leases. The principal lease of Debtor's business premises is with Debtor affiliate Jafroodi Properties. Debtor was delinquent several months rent at filing, but is paying current rent per the cash collateral budget. No decision yet as to whether or when to assume the lease. Debtor also leases approximately 7 acres of growing ground from Luz Properties and was delinquent approximately $16,000 in rent obligations. Debtor wants to retain the lease and has suggested curing back rent over the next five months, which landlord is considering. Other executory contracts are for growing crops and Debtor continues to perform on these contracts.

///

1    G.    Whether the Debtor anticipates the sale of any estate

2  assets by motion or in connection with a plan. Not at this

3  time, but possible.

4    H.    A proposed deadline for the filing of a disclosure

5  Statement and plan. Suggest deferral of setting date till

6  continued status hearing in 90 days.

7

8

Dated: March 11, 2015          HOLLISTER & BRACE,

9                                A Professional Corporation

10

11

By                                                            
12                                PETER SUSI, Attorneys for
                                  Debtor and Debtor-in-
13                                Possession

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

**FINANCIAL STATEMENTS**
YTD 2014

(at December 2014)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan-Jun | Jul-Dec | Jan-Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**REVENUES**
Plant Sales
Plant Sales - Published
Freight Revenue
Freight Shipping Revenue
Plant Flower Sales
Fresh Flower Sales
Cutting Sales
Chili Sales
Blueberry Sales
Publication RD&E Revenue
Royalty Income

**Total Revenues**

**PRODUCTION & DISTRIBUTION EXP.**
Production Labor
Production Labor - Published
Maintenance Labor
Harvesting/Packing Labor
Raw Materials & Supplies
Consulting
Freight & Maintenance
Seeds & Plant Material
Trucks & CO Vehicles
Production - Consulting Expense
Production - Clearance Expense
Production - Blueberry Expense
Plants Purchased For Resale
Supplies & Fertilizers
Chemicals & Fertilizers
Herbicides & Fuel
Payroll Taxes
Electricity
Property Taxes
Taxes & Licenses
General & Administration
Depreciation & Amortization
Plant Samples
Plant Inventory Adjustment

**GROSS PROFIT**

**SELLING EXPENSE**
Sales Salaries
Sales PR Taxes
Floral Shows
Sales Expense
Advertising & Promotions

**Total Prod. & Dist. Expense**

EXHIBIT 1

8

**FINANCIAL STATEMENTS**
**YTD 2014**
(at December 2014)

| | Jan | Feb | Mar | Apr | May | Jul | Aug | Sep | Oct | Nov | Dec | Jan-Jun | Jul-Dec | Jan-Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Travel & Entertainment** | | | | | | | | | | | | | | | |
| Commissions (99 cent store) | 1,487 | 482 | 2,369 | 7,058 | 7,494 | 420 | 631 | 2,247 | 152 | 532 | | 19,340 | 5,218 | 24,558 | 24,558 |
| Plant Samples | 1,299 | 1,535 | 1,103 | 170 | 913 | 610 | 1,145 | 412 | 898 | 163 | 169 | 5,601 | 3,113 | 8,744 | 8,744 |
| Sales Travel | 3,320 | 571 | 1,691 | 1,636 | | | 394 | 1,602 | 1,093 | | 67 | 15,827 | 23,421 | | |
| Corporate Travel | 26 | 135 | 396 | 16 | 54 | 281 | 64 | 64 | 120 | 711 | 2,412 | 2,460 | | | |
| Sales Meals & Entertainment | 974 | 206 | 889 | 457 | 458 | 281 | 155 | 782 | | 15 | 6,200 | 6,200 | | | |
| Corporate Meals | 248 | 53 | | 213 | 164 | 81 | 112 | 37 | 138 | 89 | 701 | 373 | 1,074 | 1,074 | |
| **Total Sales Expense** | 4,768 | 1,055 | 3,851 | 3,311 | 1,717 | 7,568 | 2,355 | 630 | 3,006 | 3,472 | 288 | 22,227 | 10,864 | 33,235 | 33,235 |
| **GENERAL & ADMINISTRATION EXP.** | | | | | | | | | | | | | | | |
| Total G & A Expense | 35,681 | 26,338 | 30,958 | 37,425 | 31,055 | 29,139 | 25,042 | 20,070 | 22,043 | 20,043 | 19,668 | 180,608 | 122,348 | 312,954 | 312,954 |
| **TOTAL EXPENSE** | 73,140 | 55,441 | 72,428 | 95,114 | 61,362 | 130,711 | 71,436 | 102,412 | 62,551 | 62,558 | 66,899 | 463,166 | 386,049 | 849,246 | 849,246 |
| Interest Income | (207) | (160) | (698) | (330) | (1,573) | (254) | (881) | (1,214) | 40,292 | (2,650,524) | 1,509 | (207) | (405) | (405) | (405) |
| **INCOME FROM OPERATIONS** | 1,751,778 | 992,042 | 1,229,411 | 3,623,077 | 1,352,369 | 475,544 | 787,422 | (196,610) | 913,276 | 2,070,619 | 1,053,828 | 8,407,552 | 767,432 | 9,825,705 | 9,825,705 |
| **TOTAL NET INCOME** | (455,330) | 992,042 | (438,665) | (713,214) | (383,628) | (62,152) | (313,998) | 660,076 | (343,324) | (2,650,524) | (444,760) | (1,060,946) | (2,700,310) | (2,701,715) | (2,701,715) |

TOTAL BUDGET
2015 1
3/11/2015 14:38

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| # of Racks | 167 | 167 | 167 | 571 | | | 904 | |
| # of Cases | 16,321 | 32,351 | 37,708 | 24,864 | 11,765 | 9,015 | 132,141 | |
| **REVENUES** | | | | | | | | |
| Plant Sales | 552,008 | 1,051,693 | 972,524 | 1,304,116 | 737,702 | 301,224 | 4,919,267 | 17.7% |
| Upgrade Revenue | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 | |
| Freight Revenue | 19,320 | 38,809 | 34,038 | 45,994 | 25,620 | 10,543 | 172,524 | |
| Backhaul Revenue | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,000 | |
| Fresh Flower Sales | | | | | | | | |
| Cuttings Sales | | | | | | | | |
| Other Sales (Produce) | (0) | 10,055 | 49,866 | 121,044 | 81,671 | 73,710 | 336,345 | |
| Production R&D Revenue | | | | | | | | |
| Royalty Income | | | | | | | | |
| Adjustments & Allowances (Plants) | (5,000) | (10,037) | (8,125) | (12,561) | (6,897) | (2,412) | (46,173) | |
| **Total Revenues** | 578,289 | 1,100,521 | 1,059,303 | 1,470,492 | 850,095 | 395,065 | 5,453,964 | 100.0% |
| **PRODUCTION & DISTRIBUTION EXPENSE** | | | | | | | | |
| Production Labor - Cuttings | 202,191 | 159,605 | 145,312 | 167,634 | 130,281 | 157,609 | 962,632 | 17.7% |
| Production Labor - Cuttings | | | | | | | | 0.0% |
| Maintenance Labor | 16,211 | 12,709 | 15,887 | 13,033 | | 5,708 | 83,357 | 1.5% |
| Warehouse/Shipping Labor | 8,769 | 11,598 | 15,435 | 11,817 | 6,489 | 5,708 | 59,836 | 1.1% |
| Harvesting/Packing Labor | 55,826 | 92,469 | 125,641 | 104,105 | 38,489 | 30,049 | 446,577 | 8.2% |
| Harvesting/Shipping (Produce) | 34,985 | 35,570 | 51,670 | 76,886 | 67,335 | 63,080 | 338,527 | 1.9% |
| Repairs & Maintenance | 20,083 | 16,809 | 16,378 | 16,782 | 16,015 | 15,546 | 101,612 | 1.9% |
| Seed & Plant Material | 55,858 | 142,649 | 47,595 | 41,344 | 20,746 | 19,589 | 327,781 | 6.0% |
| Production Material & Supply | 52,050 | 68,901 | 33,179 | 30,782 | 22,307 | 29,268 | 236,487 | 4.3% |
| Soil Materials | 11,948 | 20,359 | 9,975 | 10,406 | 10,841 | 18,817 | 82,344 | 1.5% |
| Chemicals & Fertilizers | 21,211 | 28,347 | 20,508 | 24,268 | 28,822 | 28,265 | 148,416 | 2.7% |
| Shipping Materials & Supplies | 40,578 | 81,484 | 138,217 | 106,021 | 46,033 | 35,110 | 447,443 | 11.2% |
| Upgrade material costs | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 46,200 | 0.8% |
| Sales Tax | 1,195 | 1,788 | 1,315 | 1,169 | 2,014 | 1,843 | 9,324 | 0.2% |
| Freight-Out | 19,320 | 38,809 | 34,038 | 45,994 | 25,620 | 10,543 | 172,524 | 3.2% |
| Rent | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 563,340 | 10.3% |
| Gas & Oil Vehicles | 3,622 | 1,667 | 4,517 | 2,403 | 1,869 | 3,462 | 17,660 | 0.3% |
| Heating Gas | 50,077 | 51,523 | 45,588 | 35,801 | 27,105 | 15,284 | 225,368 | 4.1% |
| Electricity | 14,114 | 15,919 | 15,234 | 12,977 | 14,757 | 9,782 | 82,783 | 1.7% |
| Payroll Taxes + Excl Admin & Sales & Log | 15,947 | 12,756 | 12,756 | 15,947 | 12,756 | 12,756 | 82,919 | 1.5% |
| Insurance - Includes Admin & Sales W/Comp Not Logistics | 21,097 | 19,580 | 19,630 | 20,886 | 19,723 | 19,645 | 120,572 | 2.2% |
| Taxes & Licenses | 90 | 90 | 90 | 90 | 90 | 240 | 690 | 1.5% |
| Lease Payments | | | | | | | | |
| Depreciation - Includes EUC | 16,122 | 16,042 | 16,264 | 15,206 | 15,206 | 15,213 | 93,053 | 1.7% |
| Plant Samples | (1,000) | (750) | (1,500) | (750) | (750) | (750) | (5,500) | -0.1% |
| Plant Inventory Adjustments | | | | | | | | 0.0% |
| **Total Prod. & Dist. Expense** | 761,706 | 925,713 | 865,321 | 940,184 | 619,668 | 614,259 | 4,726,851 | 85.7% |

3/11/2015 2:37 PM   K:\Accounting\Accounting Shared Files\Budget\Budget 2015 - I - Proforma 10-15-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

10

**TOTAL BUDGET**
2015-1
3/11/2015 14:35

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **SALES EXPENSE** | | | | | | | | |
| Sales Salaries | 21,783 | 17,274 | 17,474 | 21,593 | 17,474 | 19,044 | 114,653 | 2.1% |
| Sales Taxes | 2,397 | 1,916 | 1,916 | 2,397 | 1,918 | 1,918 | 12,467 | 0.2% |
| Sales PR Taxes | 1,000 | | 1,600 | 2,000 | | 15,000 | 18,600 | 0.4% |
| Floral Shows | | | | | | | | 0.0% |
| Sales Recruitment | | | | | | | | 0.0% |
| Advertising & Promotions | 1,900 | 4,500 | 4,200 | 2,750 | 2,850 | 4,200 | 20,400 | 0.4% |
| Commissions (Albertson's) | 1,000 | 1,500 | 1,000 | 2,500 | 7,000 | -1,000 | 14,000 | 0.3% |
| Plant Samples | 1,000 | 750 | 1,500 | 750 | 750 | 750 | 5,500 | 0.1% |
| | 29,080 | 25,942 | 27,692 | 31,990 | 29,992 | 41,912 | 186,620 | 3.4% |
| **Travel & Entertainment** | | | | | | | | |
| Sales Travel | 3,570 | 6,195 | 5,277 | 3,173 | 1,467 | 5,990 | 25,602 | 0.5% |
| Corporate Travel | 2,000 | 2,150 | 250 | 500 | 500 | 2,500 | 5,750 | 0.1% |
| Sales Meals & Entertainment | 2,695 | 2,990 | 2,305 | 2,035 | 1,080 | 2,215 | 13,300 | 0.2% |
| Corporate Meals | 1,200 | 150 | 150 | 150 | 300 | 1,500 | 3,450 | 0.1% |
| | 9,465 | 9,585 | 7,982 | 5,608 | 3,327 | 12,165 | 48,132 | 0.9% |
| **TOTAL SALES EXPENSE** | 38,555 | 35,527 | 35,674 | 37,598 | 33,319 | 54,077 | 234,752 | 4.3% |
| **GENERAL & ADMINISTRATION EXPENSE** | | | | | | | | |
| Bonuses ('including p/r taxes and w/c ins) | | | | | | | | 0.0% |
| Administrative Salaries | 26,592 | 21,178 | 21,178 | 26,472 | 21,298 | 21,178 | 137,895 | 2.5% |
| Payroll Taxes - Admin | 2,687 | 2,150 | 2,150 | 2,687 | 2,150 | 2,150 | 13,972 | 0.3% |
| Professional Fees | 2,580 | 2,580 | 2,995 | 13,220 | 2,580 | 2,995 | 26,950 | 0.5% |
| Dues, Subscriptions & Education | 359 | 314 | 734 | 284 | 404 | 284 | 2,341 | 0.0% |
| Telephone | 2,216 | 2,216 | 2,216 | 2,216 | 2,216 | 2,216 | 13,298 | 0.2% |
| Office Expenses | 2,100 | 1,750 | 1,550 | 1,650 | 1,800 | 1,700 | 10,550 | 0.2% |
| Employee Programs | 65 | 25 | 465 | 25 | 65 | 625 | 1,570 | 0.0% |
| Computer Expense | 4,626 | 3,801 | 4,341 | 3,801 | 4,586 | 3,801 | 25,134 | 0.5% |
| Medical Expenses | 1,550 | 60 | 60 | 60 | 60 | 60 | 1,860 | 0.0% |
| Bank Service Charges | 1,450 | 700 | 700 | 950 | 700 | 700 | 5,200 | 0.1% |
| Interest Expense | 24,231 | 24,215 | 24,217 | 24,207 | 24,203 | 24,194 | 145,267 | 2.7% |
| Bad Debt | | | | | | | | 0.0% |
| Royalty Expense | | | 21,000 | | | 20,000 | 41,000 | 0.8% |
| Disposal of Assets | | | | | | | | 0.0% |
| Contributions | | | | | | | | 0.0% |
| **TOTAL G&A EXPENSE** | 68,666 | 58,989 | 81,605 | 75,313 | 60,261 | 80,182 | 425,047 | 7.8% |

3/11/2015 2:37 PM   K:\Accounting\Accounting Shared Files\Budgets\Budget 2015-1\Proforma 10-19-14\Budget Summary 2015-1 - Ver 3-11-15 (Bank Version)

11

**TOTAL BUDGET 2015 1**
3/11/2015 14:36

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **OTHER (INCOME)/EXPENSE** | | | | | | | | |
| Discounts Earned | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| Interest Income | - | - | - | - | - | - | - | 0.0% |
| Miscellaneous Income | - | - | - | - | - | - | - | 0.0% |
| Income Taxes | - | - | - | - | - | - | - | 0.0% |
| **TOTAL OTHER INCOME/EXPENSE** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| **TOTAL EXPENSE** | $ 868,928 | $ 1,020,229 | $ 982,601 | $ 1,053,095 | $ 713,279 | $ 748,518 | $ 5,386,650 | 98.8% |
| **NET INCOME FROM OPERATIONS** | (290,639) | 80,282 | 76,702 | 417,397 | 137,016 | (353,453) | 67,315 | 1.2% |
| Misc Inc/Exp - Non Operating | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| **TOTAL NET INCOME** | $ (290,639) | $ 80,282 | $ 76,702 | $ 417,397 | $ 137,016 | $ (353,453) | $ 67,315 | 1.2% |
| % OF TOTAL REVENUE | | | | | | | 1.2% | 1.2% |
| % OF EXPENSE RECOVERED | | | | | | | 1.2% | 1.2% |

3/11/2015 2:37 PM   K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 - I - Proforma 10-15k-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

12

TOTAL BUDGET
2015 I
3/11/2015 14:36

3997546.
4534771

| BALANCE SHEET | | Beg Bal | 15 Budget Jan | Jan | 15 Budget Feb | Feb | 15 Budget Mar | Mar | 15 Budget Apr | Apr | 15 Budget May | May | 15 Budget Jun | Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | | | | | | |
| Petty Cash | $ | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | | |
| Cash | $ | 71,857 | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | | |
| Accounts Receivable | $ | 903,479 | 740,469 | 1,246,093 | 1,334,433 | 1,735,318 | 1,217,918 | 607,639 | | | | | | | | |
| A/R - Chrysler | $ | 98,381 | 98,381 | 98,381 | 98,381 | 98,381 | 98,381 | 98,381 | | | | | | | | |
| Plant Inventory | $ | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | | | | | | | | |
| Materials Inventory | $ | 1,412,228 | 1,445,531 | 1,445,055 | 1,484,656 | 1,490,974 | 1,497,500 | | | | | | | | | |
| Prepaid Ins Expense/Deposits | $ | 80,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | | | | | | | |
| Total Current Assets | | 8,867,554 | 8,310,879 | 8,837,429 | 8,904,377 | 9,344,863 | 8,833,762 | 8,230,428 | | | | | | | | |
| Leasehold Improvements | $ | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | | | | | | | | |
| Office Trailer | $ | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | | | | | | | | |
| Furniture & Equipment | $ | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | | | | | | | | |
| Machinery & Equipment | $ | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | | | | | | | | |
| Auto & Trucks | $ | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | | | | | | | | |
| Construction in Progress | $ | | | | | | | | | | | | | | | |
| Organizational Costs | $ | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | | | | | | | | |
| Total Prop, Plant & Eqmt | $ | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | | | | | | | | |
| Accumulated Depr | $ | (3,542,028) | (3,558,150) | (3,574,192) | (3,589,458) | (3,604,662) | (3,619,888) | (3,635,081) | | | | | | | | |
| Net Property, Plant & Eqmt | $ | 577,851 | 561,729 | 545,687 | 530,423 | 515,217 | 500,011 | 484,798 | | | | | | | | |
| Cash Surrender Values | $ | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | | | | | | | | |
| Investment in Partnership-Euc | $ | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | | | | | | | | |
| Total Other Assets | | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | | | | | | | | |
| Total Assets | | 9,451,056 | 8,878,259 | 9,388,766 | 9,440,451 | 9,865,731 | 9,339,444 | 8,720,876 | | | | | | | | |
| | | # of Mtx/accrual | | | | | | | | | | | | | | |
| | | # of weeks | 2 | 2 | 2 | 1 | 1 | 1 | | | | | | | | |
| LIABILITIES | | | | | | | | | | | | | | | | |
| Line of Credit | $ | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | | | | | | | | |
| Accounts Payable | $ | 2,650,000 | 2,543,275 | 2,965,106 | 2,937,148 | 2,971,235 | 2,373,569 | 2,095,536 | | | | | | | | |
| Accrued Payroll | $ | 40,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 50,000 | | | | | | | | |
| Accrued Expenses | $ | 80,000 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | | | | | | | | |
| Deferred Compensation | $ | 54,022 | 54,022 | 54,022 | 54,022 | 54,022 | 54,022 | 54,022 | | | | | | | | |
| Deferred Income - Prepays | $ | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | | | | | | | | |
| Distribution Declared | $ | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | | | | | | | | |
| Total Current Liabilities | | 8,476,091 | 8,200,356 | 8,622,197 | 8,594,239 | 8,628,327 | 7,980,660 | 7,702,627 | | | | | | | | |
| Installment Contracts | $ | 27,873 | 25,837 | 23,788 | 21,724 | 19,662 | 17,590 | 15,513 | | | | | | | | |
| Notes Payable | $ | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | | | | | | | | |
| Cash Values Life Insurance | $ | | | | | | | | | | | | | | | |
| Total Long-Term Liabilities | | 314,348 | 312,312 | 310,263 | 308,199 | 306,137 | 304,065 | 301,988 | | | | | | | | |
| Total Liabilities | | 8,790,439 | 8,512,676 | 8,932,460 | 8,902,439 | 8,934,463 | 8,284,725 | 8,004,614 | | | | | | | | |

3/11/2015 2:37 PM K:\Accounting\Accounting Shared Files\Budget\Budget 2015 - I - Proforma 10x18-I 4\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

**TOTAL BUDGET 2015 I**
3/11/2015 14:36

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **EQUITY** | | | | | | | | |
| Capital | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | | |
| Paid-In-Capital | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | | |
| Retained Earnings | (9,320,655) | (7,820,655) | (7,820,655) | (7,820,655) | (7,820,655) | (7,820,655) | | |
| YTD Profit/(Loss) | (1,500,000) | (290,639) | (210,348) | (133,646) | 283,752 | 420,768 | 67,315 | |
| Total Equity | 660,627 | 369,988 | 459,279 | 526,981 | 944,379 | 1,081,395 | 727,942 | |
| Total Liabilities & Equity | 9,451,065 | 8,882,666 | 9,382,740 | 9,429,420 | 9,878,842 | 9,366,120 | 8,732,555 | |

3/11/2015 2:37 PM: K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 - I - Proforma 10-15-14\Budget Summary 2015 I - Ver 3-1-1-15 (Bank Version)

14

**TOTAL BUDGET 2015 I**
3/11/2015 14:36

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| # of Racks | 16,321 | 32,351 | 37,706 | 24,984 | 11,765 | 9,015 | 132,141 | 17.7% |
| # of Cases | | 167 | 571 | 567 | | 904 | | 0.0% |
| **REVENUES** | | | | | | | | |
| Plant Sales | 552,009 | 1,051,693 | 972,524 | 1,304,118 | 737,702 | 301,224 | 4,919,267 | |
| Upgrade Revenue | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 | |
| Freight Revenue | 19,320 | 36,809 | 34,038 | 45,994 | 25,820 | 10,543 | 172,524 | |
| Backhaul Revenue | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,000 | |
| Fresh Flower Sales | | | | | | | | |
| Cuttings Sales | | | | | | | | |
| Other Sales (Produce) | (0) | 10,055 | 49,866 | 121,044 | 81,971 | 73,710 | 336,345 | |
| Production R&D Revenue | | | | | | | | |
| Royalty Income | | | | | | | | |
| Adjustments & Allowances (Plants) | (5,040) | (10,037) | (9,125) | (12,661) | (8,697) | (2,412) | (48,173) | |
| **Total Revenues**   $648,640 | 578,289 | 1,100,521 | 1,093,303 | 1,470,492 | 850,295 | 395,065 | 5,453,966 | 100.0% |
| **PRODUCTION & DISTRIBUTION EXPENSE** | | | | | | | | |
| Production Labor | 202,191 | 159,605 | 145,312 | 167,634 | 130,281 | 157,609 | 962,632 | 17.7% |
| Production Labor - Cuttings | | | | | | | | 0.0% |
| Maintenance Labor | 16,211 | 12,709 | 12,709 | 15,887 | 13,033 | 12,709 | 83,257 | 1.5% |
| Warehouse/Shipping Labor | 8,789 | 11,598 | 15,435 | 11,817 | 6,489 | 5,708 | 59,836 | 1.1% |
| Harvesting/Packing Labor | 55,826 | 92,469 | 125,841 | 104,105 | 35,489 | 30,049 | 444,779 | 8.2% |
| Harvesting/Shipping (Produce) | 34,988 | 35,570 | 51,670 | 76,898 | 67,335 | 63,986 | 330,527 | 1.5% |
| Repairs & Maintenance | 20,083 | 15,809 | 16,378 | 16,782 | 16,013 | 15,548 | 101,612 | 1.9% |
| Seed & Plant Material | 55,859 | 142,649 | 47,595 | 41,344 | 20,746 | 19,569 | 327,761 | 6.0% |
| Production Material & Supply | 52,050 | 68,901 | 33,179 | 30,762 | 22,307 | 29,288 | 236,487 | 4.3% |
| Soil Materials | 11,948 | 20,358 | 9,975 | 10,406 | 10,841 | 18,817 | 82,344 | 1.5% |
| Chemicals & Fertilizers | 21,211 | 28,347 | 20,588 | 24,266 | 29,822 | 26,265 | 149,418 | 2.7% |
| Shipping Materials & Supplies | 40,578 | 81,484 | 132,217 | 108,021 | 46,033 | 35,110 | 447,443 | 11.2% |
| Upgrade material costs | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 46,200 | 0.8% |
| Sales Tax | 1,195 | 1,788 | 1,315 | 1,169 | 2,014 | 1,843 | 9,324 | 0.2% |
| Freight-Out | 19,320 | 36,809 | 34,038 | 45,994 | 25,820 | 10,543 | 172,524 | 3.2% |
| Rent | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 563,340 | 10.3% |
| Gas & Oil Vehicles | 3,422 | 1,667 | 4,517 | 2,433 | 1,969 | 3,452 | 17,660 | 0.3% |
| Heating Gas | 50,077 | 51,523 | 55,568 | 35,801 | 27,105 | 15,284 | 226,388 | 4.1% |
| Electricity | 14,114 | 15,919 | 15,224 | 12,977 | 14,757 | 19,782 | 92,783 | 1.7% |
| Payroll Taxes - Excl Admin & Sales & Log | 15,947 | 12,756 | 15,947 | 15,947 | 12,756 | 12,756 | 82,919 | 1.5% |
| Insurances - Includes Admin & Sales W/Comp Not Logistics | 21,097 | 19,580 | 19,630 | 20,896 | 19,723 | 19,645 | 120,572 | 2.2% |
| Taxes & Licenses | 90 | 90 | 90 | 82,892 | 90 | 240 | 83,491 | 1.5% |
| Lease Payments | | | | | | | | 1.5% |
| Depreciation - Includes EUC | 16,122 | 16,042 | 15,264 | 15,206 | 15,206 | 15,213 | 93,053 | 1.7% |
| Plant Samples | (1,000) | (750) | (1,500) | (750) | (750) | (750) | (5,500) | -0.1% |
| Plant Inventory Adjustments | 90 | | | | | | | 0.0% |
| **Total Prod. & Dist. Expense** | 761,706 | 925,713 | 865,321 | 940,184 | 619,668 | 614,259 | 4,726,851 | 66.7% |

3/11/2015 2:37 PM  K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 I - I - Proforma 10-19-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

15

**TOTAL BUDGET**
2015 I
3/11/2015 14:36

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **SALES EXPENSE** | | | | | | | | |
| Sales Salaries | $ 21,793 | $ 17,274 | $ 17,474 | $ 21,593 | $ 17,474 | $ 18,044 | $ 114,653 | 2.1% |
| Sales PR Taxes | 2,397 | 1,918 | 1,918 | 2,397 | 1,918 | 1,918 | 12,467 | 0.2% |
| Floral Shows | 1,000 | - | 1,600 | 2,000 | - | 15,000 | 19,600 | 0.4% |
| Sales Recruitment | - | - | - | - | - | - | - | 0.0% |
| Advertising & Promotions | 1,900 | 4,500 | 4,400 | 2,750 | 2,850 | 4,200 | 20,600 | 0.4% |
| Commission (Albertson's) | 1,000 | 1,500 | 1,000 | 2,500 | 7,000 | 1,000 | 14,000 | 0.4% |
| Plant Samples | 1,000 | 750 | 1,500 | 750 | 750 | 750 | 5,500 | 0.1% |
| **TOTAL SALES EXPENSE** | $ 28,090 | $ 25,942 | $ 27,692 | $ 31,990 | $ 28,992 | $ 41,912 | $ 186,620 | 3.4% |
| **Travel & Entertainment** | | | | | | | | |
| Sales Travel | $ 3,570 | $ 6,195 | $ 5,277 | $ 3,173 | $ 1,467 | $ 5,650 | $ 25,832 | 0.5% |
| Corporate Travel | 2,000 | 250 | 250 | 250 | 500 | 2,500 | 5,750 | 0.1% |
| Sales Meals & Entertainment | 2,695 | 2,990 | 2,305 | 2,035 | 1,060 | 2,215 | 13,300 | 0.2% |
| Corporate Meals | 1,200 | 150 | 150 | 150 | 300 | 1,500 | 3,300 | 0.1% |
| **TOTAL** | $ 9,465 | $ 9,585 | $ 7,982 | $ 5,608 | $ 3,327 | $ 12,165 | $ 48,132 | 0.9% |
| **GENERAL & ADMINISTRATION EXPENSE** | | | | | | | | |
| Bonuses (*including p/r taxes and w/c inc) | $ 26,592 | $ 21,178 | $ 21,178 | $ 26,472 | $ 21,298 | $ 21,178 | $ 137,885 | 0.0% |
| Administrative Salaries | 2,687 | 2,150 | 2,150 | 2,687 | 2,150 | 2,150 | 13,972 | 2.5% |
| Payroll Taxes - Admin | 2,580 | 2,580 | 2,595 | 2,995 | 2,580 | 2,695 | 28,960 | 0.3% |
| Professional Fees | 359 | 314 | 734 | 264 | 404 | 284 | 2,341 | 0.0% |
| Dues, Subscriptions & Education | 2,216 | 2,216 | 2,216 | 2,216 | 2,216 | 2,216 | 13,298 | 0.2% |
| Telephone | 2,100 | 1,750 | 1,550 | 1,650 | 1,660 | 1,700 | 10,550 | 0.2% |
| Office Expenses | 65 | 25 | 465 | 25 | 65 | 925 | 1,570 | 0.0% |
| Employee Programs | 4,826 | 3,801 | 4,341 | 3,801 | 4,556 | 3,801 | 25,134 | 0.5% |
| Computer Expense | 65 | 60 | 60 | 60 | 60 | 60 | 1,880 | 0.0% |
| Medical Expenses | 1,560 | 700 | 700 | 950 | 950 | 700 | 1,880 | 0.0% |
| Bank Service Charges | 1,450 | 700 | 700 | 700 | 700 | 24,194 | 145,207 | 0.1% |
| Interest Expense | 24,231 | 24,215 | 24,217 | 24,203 | 24,203 | 24,194 | 145,207 | 2.7% |
| Bad Debt | - | - | - | - | - | - | - | 0.0% |
| Royalty Expense | - | - | 21,000 | - | - | 20,000 | 41,000 | 0.8% |
| Disposal of Assets | - | - | - | - | - | - | - | 0.0% |
| Contributions | - | - | - | - | - | - | - | 0.0% |
| **TOTAL G&A EXPENSE** | $ 68,666 | $ 58,989 | $ 81,605 | $ 75,313 | $ 60,291 | $ 80,182 | $ 425,047 | 7.8% |

3/11/2015 2:37 PM  K:\Accounting\Accounting Shared Files\Budget\Budget 2015 - I - Proforma 10-15r14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

16

TOTAL BUDGET
2015 i
3/11/2015 14:36

| | 15 Budget Jun | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **OTHER (INCOME)/EXPENSE** | | | | | | | | |
| Discounts Earned | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Interest Income | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Miscellaneous Income | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Income Taxes | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| **TOTAL OTHER INCOME/EXPENSE** | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| **TOTAL EXPENSE** | $ 868,928 | $ 1,020,229 | $ 982,601 | $ 1,053,095 | $ 713,279 | $ 748,518 | 5,386,650 | 98.8% |
| **NET INCOME FROM OPERATIONS** | $ (290,639) | $ 80,292 | $ 76,702 | $ 417,397 | $ 137,016 | $ (353,453) | 67,315 | 1.2% |
| Misc Inc/Exp - Non Operating | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| **TOTAL NET INCOME** | $ (290,639) | $ 80,292 | $ 76,702 | $ 417,397 | $ 137,016 | $ (353,453) | $ 67,315 | 1.2% |
| **% OF TOTAL REVENUE** | | | | | | | | 1.2% |
| **% OF EXPENSE RECOVERED** | | | | | | | | 1.2% |

3/11/2015 2:37 PM  K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 i - j - Proforma 10-16-14\Budget Summary 2015 i - Ver 3-11-15 (Bank Version)

17

TOTAL BUDGET
2015 l
3/11/2015 14:36

3897548.
4534771

| | | Beg Bal | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | May | Jun | | |
| **BALANCE SHEET** | | | | | | | | | | |
| **ASSETS** | | | | | | | | | | |
| Petty Cash | $ | 750 | 750 | 750 | 750 | 750 | 750 | 750 | | |
| Cash | | 71,957 | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | | |
| Accounts Receivable | | 903,479 | 1,245,093 | 1,334,433 | 1,735,318 | 1,217,018 | 1,217,918 | | | |
| A/R - Other | | 740,459 | 56,361 | 56,361 | 56,361 | 56,361 | 56,361 | 56,361 | | |
| Plant Inventory | | 56,361 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | | |
| Materials Inventory | | 6,332,779 | 1,445,531 | 1,464,656 | 1,484,055 | 1,490,974 | 1,497,900 | | | |
| Prepaid Ins Expenses/Deposits | | 1,412,238 | | | | | | | | |
| | $ | 80,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | |
| **Total Current Assets** | | 8,867,564 | 8,310,879 | 8,837,429 | 8,904,377 | 8,344,863 | 8,230,429 | | | |
| | | | | | | | | | | |
| Leasehold Improvements | $ | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | | |
| Office Trailer | | 23,188 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | | |
| Furniture & Equipment | | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | 301,013 | | |
| Machinery & Equipment | | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | 1,952,509 | | |
| Auto & Trucks | | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | | |
| Construction in Progress | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | | |
| Organizational Costs | | | | | | | | | | |
| **Total Prop, Plant & Eqmt** | $ | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | 4,119,879 | | |
| Accumulated Depr | | (3,542,028) | (3,558,150) | (3,574,192) | (3,589,456) | (3,604,662) | (3,619,868) | (3,635,081) | | |
| | | | | | | | | | | |
| **Net Property, Plant & Eqmt** | | 577,851 | 561,729 | 545,687 | 530,423 | 515,217 | 500,011 | 484,798 | | |
| | | | | | | | | | | |
| Cash Surrender Values | $ | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | | |
| Investment in Partnership-Etc. | $ | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | | |
| | | | | | | | | | | |
| **Total Other Assets** | | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | 5,651 | | |
| | | | | | | | | | | |
| **Total Assets** | | 9,451,066 | 8,878,259 | 9,388,766 | 9,440,451 | 8,865,731 | 9,359,444 | 8,720,878 | | |
| | | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | | |
| # of Wks/accrual | | | 2 | 2 | 2 | 2 | 2 | 1 | | |
| # of weeks | | | 4 | 4 | 4 | 4 | 5 | 5 | | |
| Line of Credit | $ | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | 5,274,283 | | |
| Accounts Payable | | 2,650,000 | 2,543,275 | 2,985,109 | 2,937,146 | 2,971,236 | 2,373,569 | 2,095,536 | | |
| Accrued Payroll | | 40,000 | 100,000 | 100,000 | 100,000 | 100,000 | 50,000 | 50,000 | | |
| Accrued Expenses | | 80,000 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | | |
| Deferred Compensation | | 51,000 | 54,022 | 54,022 | 54,022 | 54,022 | 54,022 | 54,022 | | |
| Deferred Income - Peppers | | 54,022 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | | |
| Distribution Declared | | 155,000 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | 22,776 | | |
| | | 22,776 | | | | | | | | |
| **Total Current Liabilities** | | 8,476,081 | 8,200,366 | 8,622,197 | 8,594,239 | 8,628,327 | 7,980,660 | 7,702,627 | | |
| | | | | | | | | | | |
| Installment Contracts | $ | 27,673 | 25,637 | 23,788 | 21,724 | 19,662 | 17,590 | 15,513 | | |
| Notes Payable | $ | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | 286,475 | | |
| Cash Values Life Insurance | $ | - | - | - | - | - | - | - | | |
| | | | | | | | | | | |
| **Total Long-Term Liabilities** | | 314,348 | 312,312 | 310,263 | 308,199 | 306,137 | 304,065 | 301,988 | | |
| | | | | | | | | | | |
| **Total Liabilities** | | 8,790,439 | 8,512,678 | 8,932,460 | 8,902,439 | 8,934,463 | 8,284,725 | 8,004,614 | | |

3/11/2015 2:37 PM  K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 \ - I - Proforma 10-15-14\Budget Summary 2015 \ - Ver 3-11-15 (Bank Version)

**TOTAL BUDGET**
**2015 I**
**3/11/2015 14:35**

| | 15 Budget Jan | 15 Budget Jun | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITY** | | | | | | | | | |
| Capital | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | | |
| Paid-In-Capital | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | 8,380,282 | | |
| Retained Earnings | (9,320,655) | (7,820,655) | (7,820,655) | (7,820,655) | (7,820,655) | (7,820,655) | (7,820,655) | | |
| YTD Profit(Loss) | (1,500,000) | (290,639) | (210,348) | (133,646) | 283,752 | 420,768 | 67,315 | | |
| Total Equity | 660,627 | 369,988 | 450,279 | 526,981 | 944,379 | 1,081,395 | 727,942 | | |
| Total Liabilities & Equity | 9,451,065 | 8,882,666 | 9,382,740 | 9,429,420 | 9,878,842 | 9,366,720 | 8,725,556 | | |

3/11/2015 2:37 PM, K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 I - Proforma 10-l6-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1126 Santa Barbara Street
Santa Barbara, CA  93101

A true and correct copy of the foregoing document entitled (*specify*):   DEBTOR'S CHAPTER 11 STATUS REPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 12, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 12, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 12, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Ontrac Overnight Mail:
The Honorable Deborah Saltzman
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1334
Courtroom 1339
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2015 | Tina Vanderhook | |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST
Clearwater Nursery, Inc.
Chapter 11 Case No.:  9:15-bk-10251-DS


**SERVED ELECTRONICALLY**


Brian D Fittipaldi  brian.fittipaldi@usdoj.gov
Michael J Gomez  mjg@lrplaw.net, tara@lrplaw.net
Jonathan Gura  jgura@hbsb.com, tina@hbsb.com
Cassie K Jones  jones@gleaveslaw.com, kristy@gleaveslaw.com
Peter Susi  psusi@hbsb.com, tina@hbsb.com
Rene Lastreto  rl2@lrplaw.net, tara@lrplaw.net, rebecca@lrplaw.net
Sandra McBeth  donna@mcbethlegal.com
Ashley M Naporlee  Ashley@grantlawyers.com, donna@grantlawyers.com
United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov


**SERVED BY U.S. MAIL**


INTERESTED PARTIES
(In the Matter of *Ramirez v. Clearwater Nursery, Inc., et al*; SLO County Case No. CV 110083)
Allen K Hutkin, Esq.
Hutkin Law Firm
1229 Higuera St 1st Floor
San Luis Obispo, CA  93401

Kathryn Eppright, Esq.
Andre Morris & Buttery
1102 Laurel Lane
San Luis Obispo, CA 93401


DEBTOR
Clearwater Nursery Inc
John E. Djafroodi President
2901 Sturgis Road
Oxnard, CA  93030


1