| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter Susi, State Bar No. 62957<br>Jonathan Gura, State Bar No. 214240<br>Hollister & Brace, APC<br>1126 Santa Barbara Street<br>Santa Barbara, CA  93101<br>Telephone:  (805) 963-6711<br>Fax:  (805) 965-0329<br>jgura@hbsb.com<br><br>☐ Individual appearing without an attorney<br>☒ Attorney for: Clearwater Nursery, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re: CLEARWATER NURSERY, INC. | CASE NO.: 9:15-bk-10251-DS |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>EMERGENCY MOTION FOR ORDER ON A FINAL BASIS |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER ON A FINAL BASIS: (1) AUTHORIZING USE OF CASH COLLATERAL; (2) AUTHORIZING POSTPETITION FINANCING; AND (3) GRANTING SUPERPRIORITY EXPENSE CLAIMS
was lodged on (*date*) 3/12/15        and is attached.  This order relates to the motion which is docket number 9   .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1                       **F 9021-1.2.BK.NOTICE.LODGMENT**
                                                                                F902112B

Peter Susi, State Bar No. 62957
Email: psusi@hbsb.com
Jonathan G. Gura, State Bar No. 214240
Email: jgura@hbsb.com
**HOLLISTER & BRACE**, A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Debtors and Debtors-in-Possession

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CLEARWATER NURSERY, INC.,<br><br>Debtors. | BK No. 9:15-bk-10251-DS<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER ON A FINAL BASIS:<br><br>(1) AUTHORIZING USE OF CASH COLLATERAL;<br><br>(2) AUTHORIZING POSTPETITION FINANCING; AND<br><br>(3) GRANTING SUPERPRIORITY EXPENSE CLAIMS<br><br>DATE: March 5, 2015<br>TIME: 10:30 am<br>CTRM: 202<br>      1415 State Street<br>      Santa Barbara, CA |

The Court, having considered the relief sought in the *"Debtor's Emergency Motion For Order Authorizing Use of Cash Collateral; Authorizing Postpetition Financing; and Granting Superpriority Expense Claims"* (the "Motion") filed by Clearwater Nursery, Inc. (the "Debtor"), at the emergency hearing on February 18, 2015, at 1:30 p.m. in Courtroom 202 of the above-titled Court, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge presiding, and having granted the Motion on an interim basis, and finding that notice is adequate, and other good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion and the appended *"Stipulation For Interim Use of Cash Collateral and Grant of Adequate Protection,"* (the "Stipulation") and the Debtor-in-Possession Financing Letter Agreement dated February 13, 2015 (the "Agreement") are approved in their entirety on a final basis.

2. The Budget, and otherwise known as the 13-week Cash Flow Projection, referenced in the Motion, the Stipulation, and the Agreement is replaced and superseded by the budget attached hereto as **Exhibit 1** to reflect the minor modifications announced in open court on March 5, 2015.

///
///
///
///
///
///
///

3. All of the terms and conditions of the interim order approving the Motion entered in this case on February 19, 2015 [ECF No. 38] continue in full force and effect.

APPROVED AS TO FORM:

Lang, Richert & Patch

_____
Michael J. Gómez
Attorneys for Secured Creditors,
FARM CREDIT WEST, PCA, and
FARM CREDIT WEST, FLCA

###

| WEEKLY CASH FORECAST | Ending | Forecast Week 1 2/20/2015 | Forecast Week 2 2/27/2015 | Forecast Week 3 3/6/2015 | Forecast Week 4 3/13/2015 | Forecast Week 5 3/20/2015 | Forecast Week 6 3/27/2015 | Forecast Week 7 4/3/2015 | Forecast Week 8 4/10/2015 | Forecast Week 9 4/17/2015 | Forecast Week 10 4/24/2015 | Forecast Week 11 5/1/2015 | Forecast Week 12 5/8/2015 | Forecast Week 13 5/15/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING CASH BALANCE | | $ 0.01 | $ 62,154.15 | 54,462 | 5,990 | 120,316 | 4,780 | 76,198 | 21,536 | 4,266 | 6,331 | 150,438 | 144,670 | 273,350 |
| CASH RECEIPTS FROM A/R | | $ 141,846 | $ 202,780 | $ 270,706 | $ 321,462 | $ 178,360 | $ 221,261 | $ 284,214 | $ 224,214 | $ 224,214 | $ 224,214 | $ 224,214 | $ 380,074 | $ 380,074 |
| **PRODUCTION & DISTRIBUTION EXPENSE** | | | | | | | | | | | | | | |
| Production Labor | | | | | | | | | | | | | | |
| - Insiders | | 77,553 | | | | | | | | | | | | |
| - Non-insider | | 6,354 | | 68,156 | | 9,000 | | $ 2,250 | | $ 2,250 | | $ 2,250 | | $ 2,250 |
| Maintenance Labor | | 5,799 | | 6,354 | | 68,156 | | 54,378 | | 54,378 | | 54,378 | | 54,378 | 62,891 |
| Warehouse/Shipping Labor | | 46,235 | | 7,718 | | 6,354 | | 5,296 | | 5,296 | | 5,296 | | 5,296 | 6,517 |
| Harvesting/Packing Labor | | 17,785 | | 62,921 | | 7,718 | | 3,939 | | 3,939 | | 3,939 | | 3,939 | 3,245 |
| Harvesting/Shipping (Produce) | | | | 25,835 | | 62,921 | | 34,702 | | 34,702 | | 34,702 | | 34,702 | 18,245 |
| Repairs & Maintenance | | 4,202 | 4,202 | 11,428 | 11,428 | 25,835 | 4,095 | 25,662 | | 25,662 | | 25,662 | | 25,662 | 33,667 |
| Seed & Plant Material | | 35,662 | 35,662 | 11,899 | 11,899 | 11,428 | 11,899 | 3,356 | 3,356 | 3,356 | 3,356 | 3,356 | 4,003 | 4,003 |
| Production Material & Supply | | 19,052 | 19,052 | 9,174 | 9,174 | 11,899 | 9,174 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 5,187 | 5,187 |
| Soil Materials | | 8,859 | 8,859 | 4,341 | 4,341 | 9,174 | 4,341 | 6,809 | 6,809 | 6,809 | 6,809 | 6,809 | 6,168 | 6,168 |
| Chemicals & Fertilizers | | 9,519 | 9,519 | 7,409 | 7,409 | 4,341 | 7,409 | 3,623 | 3,623 | 3,623 | 3,623 | 3,623 | 4,718 | 4,718 |
| Shipping Materials & Supplies | | 29,803 | 29,803 | 25,553 | 50,553 | 7,409 | 75,553 | 7,013 | 7,013 | 7,013 | 7,013 | 7,013 | 10,774 | 10,774 |
| Upgrade material costs | | 3,850 | 3,850 | 1,925 | 1,925 | 25,553 | 1,925 | 31,022 | 31,022 | 31,022 | 31,022 | 31,022 | 16,837 | 16,837 |
| Sales Tax | | 894 | 894 | 329 | 329 | 1,925 | 329 | 1,540 | 1,540 | 1,540 | 1,540 | 1,540 | 1,925 | 1,925 |
| Freight-Out | | 18,405 | 18,405 | 8,510 | 8,510 | 329 | 8,510 | 234 | | 234 | | 234 | 503 | 503 |
| Rent | | | | | | 8,510 | | 9,199 | 9,199 | 9,199 | 9,199 | 9,199 | 6,455 | 6,455 |
| - Insider Jafroodi Properties LP | | 35,159 | | | 35,159 | | | | 35,159 | | | | 35,159 | |
| - Adequate Protection FCW | | 57,731 | | 57,731 | | | | 57,731 | | | | | 57,731 | |
| - Short-term land lease | | 2,833 | | 2,833 | | | | 2,833 | | | | 2,833 | | |
| Gas & Oil Vehicles | | 934 | $ 934 | 1,129 | $ 1,129 | | $ 1,129 | $ 487 | $ 487 | $ 487 | $ 487 | $ 487 | $ 492 | $ 492 |
| Heating Gas | | | 71,000 | | 45,568 | | | | 35,801 | | | | 27,105 | |
| Electricity | | 15,919 | | | 15,234 | | | | 12,977 | | | | 14,757 | |
| Payroll Taxes - Excl Admin & Sales & Log | | 6,378 | | 6,378 | | 6,378 | | $ 5,316 | | $ 5,316 | | $ 5,316 | | $ 6,378 |
| Insurance - Includes Admin & Sales W Comp Not Logistics | | 19,580 | | 19,630 | | | | 20,886 | | | | | 19,723 | |
| Taxes & Licenses | | 90 | | 90 | | | | | | | | | 90 | |
| **TOTAL PROD & DIST EXPENSE** | | $ 422,594 | $ 202,179 | $ 339,342 | $ 202,658 | $ 268,058 | $ 124,363 | $ 284,554 | $ 238,380 | $ 203,093 | $ 71,552 | $ 205,926 | $ 211,627 | $ 190,253 |
| **SALES EXPENSE** | | | | | | | | | | | | | | |
| Sales Salaries | | 8,637 | | 8,737 | | 8,737 | | $ 7,198 | | $ 7,198 | | $ 7,198 | | $ 8,737 |
| Sales PR Taxes | | 959 | | 959 | | 959 | | 799 | | 799 | | 799 | | 959 |
| Floral Shows | | | | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | - | - |
| Advertising & Promotions | | 2,250 | 2,250 | 1,050 | 1,050 | 1,050 | 1,050 | 550 | 550 | 550 | 550 | 550 | 713 | 713 |
| Commissions (Albertson's) | | 750 | 750 | 250 | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 1,750 | 1,750 |
| | | $ 12,596 | $ 3,000 | $ 11,396 | $ 1,700 | $ 11,396 | $ 1,700 | $ 9,447 | $ 1,450 | $ 9,447 | $ 1,450 | $ 9,447 | $ 2,463 | $ 12,159 |
| Travel & Entertainment | | | | | | | | | | | | | | |
| Sales Travel | | 3,098 | 3,098 | 1,319 | 1,319 | 1,319 | 1,319 | 635 | 635 | 635 | 635 | 635 | 367 | 367 |
| Corporate Travel | | 500 | 500 | 500 | 500 | 500 | 500 | 400 | 400 | 400 | 400 | 400 | 125 | 125 |
| Sales Meals & Entertainment | | 1,495 | 1,495 | 576 | 576 | 576 | 576 | 407 | 407 | 407 | 407 | 407 | 265 | 265 |
| Corporate Meals | | 200 | 200 | 200 | 200 | 200 | 200 | 160 | 160 | 160 | 160 | 160 | 75 | 75 |
| | | $ 5,293 | $ 5,293 | $ 2,596 | $ 2,596 | $ 2,596 | $ 2,596 | $ 1,602 | $ 1,602 | $ 1,602 | $ 1,602 | $ 1,602 | $ 832 | $ 832 |

# EXHIBIT 1

# WEEKLY CASH FORECAST

| Ending | Forecast Week 1 2/20/2015 | Forecast Week 2 2/27/2015 | Forecast Week 3 3/6/2015 | Forecast Week 4 3/13/2015 | Forecast Week 5 3/20/2015 | Forecast Week 6 3/27/2015 | Forecast Week 7 4/3/2015 | Forecast Week 8 4/10/2015 | Forecast Week 9 4/17/2015 | Forecast Week 10 4/24/2015 | Forecast Week 11 5/1/2015 | Forecast Week 12 5/8/2015 | Forecast Week 13 5/15/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES EXPENSE | $ 17,889 | $ 8,293 | $ 13,992 | $ 4,296 | $ 13,992 | $ 4,296 | $ 11,048 | $ 3,052 | $ 11,048 | $ 3,052 | $ 11,048 | $ 3,294 | $ 12,990 |
| **GENERAL & ADMINISTRATION EXPENSE** | | | | | | | | | | | | | |
| Administrative Salaries | | | | | | | | | | | | | |
| - Insiders | $ 3,053 | | $ 15,071 | | $ 7,536 | | $ 5,024 | | $ 5,024 | | $ 5,024 | | $ 7,536 |
| - Non-insiders | $ 1,075 | | $ 3,053 | | $ 3,053 | | $ 2,035 | | $ 2,035 | | $ 2,035 | | $ 3,053 |
| Payroll Taxes - Admin | | | $ 1,075 | | $ 1,075 | | $ 896 | | $ 896 | | $ 896 | | $ 1,075 |
| Estate Professional Fees | | | | | | | $ 5,000 | | | | $ 5,000 | | |
| US Trustee, Court & Related Costs | $ 2,000 | | $ 10,000 | | | | | | | | | | |
| 401K Administration | | | | | | | $ 550 | | | | | | |
| Met Life Quarterly | | | $ 415 | | | | | | | | | | |
| Dues, Subscriptions & Education | $ 314 | | $ 184 | $ 184 | $ 184 | $ 184 | $ 53 | $ 53 | $ 53 | $ 53 | $ 53 | $ 101 | $ 101 |
| Telephone | $ 2,216 | | $ 2,216 | | | | $ 2,216 | | | | | $ 2,216 | |
| Office Expenses | $ 1,750 | | $ 1,550 | | | | | | | $ 1,650 | | $ 1,800 | |
| Employee Programs | $ 25 | | $ 465 | | | | $ 25 | | | | | $ 65 | |
| Computer Expense | $ 3,801 | | $ 4,341 | | | | | | | $ 3,801 | | $ 4,566 | |
| Medical Expenses | $ 60 | | $ 60 | | | | $ 60 | | | | | $ 60 | |
| Bank Service Charges | $ 700 | | $ 700 | | | | $ 700 | | | | | $ 950 | |
| Interest Expense | $ 6,634 | | $ 6,634 | | | | $ 6,634 | | | | | $ 6,634 | |
| - Adequate Protection FCW | $ 17,581 | | $ 17,581 | | | | $ 17,581 | | | | | $ 17,581 | |
| - Post petition interest | | | $ 2,500 | | | | $ 2,500 | | | | | $ 2,500 | |
| Royalty Expense | | | | | | $ 21,000 | $ - | | | | | | |
| TOTAL G&A EXPENSE | $ 39,209 | $ - | $ 65,844 | $ 184 | $ 11,847 | $ 21,184 | $ 43,274 | $ 53 | $ 8,007 | $ 5,504 | $ 13,007 | $ 36,473 | $ 11,764 |
| TOTAL EXPENSE | $ 479,692 | $ 210,472 | $ 419,178 | $ 207,137 | $ 293,896 | $ 149,842 | $ 338,876 | $ 241,484 | $ 222,149 | $ 80,107 | $ 229,982 | $ 251,394 | $ 215,008 |
| CASH FROM OPERATIONS | (337,846) | (7,692) | (148,472) | 114,325 | (115,536) | 71,419 | (54,662) | (17,270) | 2,065 | 144,107 | (5,768) | 128,680 | 165,066 |
| BORROWED FUNDS | 400,000 | | 100,000 | | | | | | | | | | |
| ENDING CASH BALANCE | 62,154 | 54,462 | 5,990 | 120,316 | 4,780 | 76,198 | 21,536 | 4,266 | 6,331 | 150,438 | 144,670 | 273,350 | 438,416 |
| INVENTORY | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 | 6,332,779 |
| OPEN ACCOUNTS RECEIVABLE | 1,229,552 | 1,289,695 | 1,299,256 | 1,258,062 | 1,359,969 | 1,418,976 | 1,438,821 | 1,518,666 | 1,598,512 | 1,678,357 | 1,758,202 | 1,605,806 | 1,453,409 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1126 Santa Barbara Street
Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 12, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 12, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 12, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Ontrac Overnight Mail:
The Honorable Deborah Saltzman
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1334
Courtroom 1339
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2015 | Tina Vanderhook | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

SERVICE LIST
Clearwater Nursery, Inc.
Chapter 11 Case No.: 9:15-bk-10251-DS

**SERVED ELECTRONICALLY**

Brian D Fittipaldi  brian.fittipaldi@usdoj.gov
Michael J Gomez  mjg@lrplaw.net, tara@lrplaw.net
Jonathan Gura  jgura@hbsb.com, tina@hbsb.com
Cassie K Jones  jones@gleaveslaw.com, kristy@gleaveslaw.com
Peter Susi  psusi@hbsb.com, tina@hbsb.com
Rene Lastreto  rl2@lrplaw.net, tara@lrplaw.net, rebecca@lrplaw.net
Sandra McBeth  donna@mcbethlegal.com
Ashley M Naporlee  Ashley@grantlawyers.com, donna@grantlawyers.com
United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov

**SERVED BY U.S. MAIL**

SECURED CREDITOR
Farm Credit West
Attn Chris Brumfield
1478 Stone Point Dr Suite 450
Roseville, CA 95661

TOP 20 UNSECURED CREDITORS
Custom Labor Services Inc
125 W Mill Street
Santa Maria, CA 93458

Sheppard West Inc
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR 97405

Ball Seed Co
Attn Kate Walsh
622 Town Road
West Chicago, IL 60185

American Horticultural Supply Inc
2901 Sturgis Road
Oxnard, CA 93030

1

Aris Horticulture Inc
PO Box 76096
Cleveland, OH 44101-4755

Jafroodi Properties LP
2901 Surgis Road
Oxnard, CA 93030

The Arbory Ltd
4079 Thirteenth Street
Jordan Station
Ontario L0R 1S0 CANADA

Sun Gro Horticulture
36212 Treasury Center
Chicago, IL 60694-6200

ASA Flower Bulbs
Hameyasdim 1st
Moshav Bitzaron
60946 ISRAEL

Gloeckner and Co Inc
600 Mamaroneck Ave
Harrison, NY 10528

Robert Mann Packaging Inc
Department 39000
PO Box 39000
San Francisco, CA 94139-4379

DecoWraps
8900 NW 33rd St Suite 100
Doral, FL 33172

Helena Chemical Company
PO Box 742558
Los Angeles, CA 90074-2558

CJ Ruigrok & Sons
Zilkerbinnenweg 58
2191 AD De Silk HOLLAND

Southern California Gas Co
PO Box C

2

Montery Park, CA 91756

AGRx
751 South Rose Avenue
Oxnard, CA 93030

4 Elements Inc
6665 Cote De Liesse
Montreal, Quebec
CANADA H4T 1Z5

Pindstrup Mosebrug A/S
Attn Kim Groberski
1200 Arlington Hts Rd Suite 410
Itasca, IL 60143

Griffin Greenhouse Supplies
PO Box 842937
Boston, MA 02884-2937

Seaside Packaging
1450 E Wooly Road
Oxnard, CA 93030


INTERESTED PARTIES

(In the Matter of *Ramirez v. Clearwater Nursery, Inc., et al*; SLO County Case No. CV 110083)
Allen K Hutkin, Esq.
Hutkin Law Firm
1229 Higuera St 1st Floor
San Luis Obispo, CA 93401

Kathryn Eppright, Esq.
Andre Morris & Buttery
1102 Laurel Lane
San Luis Obispo, CA 93401


DEBTOR
Clearwater Nursery Inc
John E. Djafroodi President
2901 Sturgis Road
Oxnard, CA 93030

3