Peter Susi, State Bar No. 62957
Email: psusi@hbsb.com
Jonathan G. Gura, State Bar No. 214240
Email: jgura@hbsb.com
**HOLLISTER & BRACE**, A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA  93101
Telephone:  (805) 963-6711
Facsimile:   (805) 965-0329

Attorneys for Debtor and Debtor-in-Possession

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

In re

CLEARWATER NURSERY, INC.,

Debtors.

) BK No. 9:15-bk-10251-DS
)
) Chapter 11
)
) **DEBTOR'S AMENDED CHAPTER 11**
) **STATUS REPORT**
)
) Date:   March 26, 2015
) Time:   10:30 a.m.
) Place:  1415 State Street
)         Courtroom 202
)         Santa Barbara, CA

Debtor hereby amends its Status Report previously filed on March 12, 2015 to substitute the corrected "Exhibit 1" for the "Exhibit 1" attached to the original report.

Dated: March 16, 2015

HOLLISTER & BRACE,

A Professional Corporation

By _____
PETER SUSI, Attorneys for
Debtor and Debtor-in-
Possession

- 1 -

| TOTAL BUDGET 2015 I<br>3/12/2015 15:58 | | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|---|
| # of Racks | | - | - | - | - | - | - | - | |
| # of Cases | | 16,321 | 32,351 | 37,705 | 24,984 | 11,765 | 9,015 | 132,141 | |
| REVENUES | | | | | | | | | |
| Plant Sales | $ | 552,009 | 1,051,693 | 972,524 | 1,304,116 | 737,702 | 301,224 | 4,919,267 | 17.7% |
| Upgrade Revenue | $ | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 | 0.0% |
| Freight Revenue | $ | 19,320 | 36,809 | 34,038 | 45,994 | 25,820 | 10,543 | 172,524 | 1.5% |
| Backhaul Revenue | $ | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,000 | 1.1% |
| Fresh Flower Sales | $ | - | - | - | - | - | - | - | 8.2% |
| Cuttings Sales | $ | - | - | - | - | - | - | - | 1.9% |
| Other Sales (Produce) | $ | (0) | 10,055 | 49,866 | 121,044 | 81,671 | 73,710 | 336,345 | 6.0% |
| Production R&D Revenue | $ | - | - | - | - | - | - | - | 4.3% |
| Royalty Income | $ | - | - | - | - | - | - | - | 1.5% |
| Adjustments & Allowances (Plants) | $ | (5,040) | (10,037) | (9,125) | (12,661) | (6,897) | (2,412) | (46,173) | 2.7% |
| Total Revenues | 648,680 | 578,289 | 1,100,521 | 1,059,303 | 1,470,492 | 850,295 | 395,065 | 5,453,964 | 100.0% |
| PRODUCTION & DISTRIBUTION EXPENSE | | | | | | | | | |
| Production Labor | $ | 202,191 | 159,605 | 145,312 | 167,634 | 130,281 | 157,609 | 962,632 | 17.7% |
| Production Labor - Cuttings | | | | | | | | | 0.0% |
| Maintenance Labor | $ | 16,211 | 12,709 | 12,709 | 15,887 | 13,033 | 12,709 | 83,257 | 1.5% |
| Warehouse/Shipping Labor | $ | 8,789 | 11,598 | 15,435 | 11,817 | 6,489 | 5,708 | 59,836 | 1.1% |
| Harvesting/Packing Labor | $ | 55,826 | 92,469 | 125,841 | 104,105 | 36,489 | 30,049 | 444,779 | 8.2% |
| Harvesting/Shipping (Produce) | $ | 34,988 | 35,570 | 51,670 | 76,986 | 67,335 | 63,980 | 330,527 | 6.1% |
| Repairs & Maintenance | $ | 20,083 | 16,809 | 16,378 | 16,782 | 16,013 | 15,548 | 101,612 | 1.9% |
| Seed & Plant Material | $ | 55,858 | 142,649 | 47,595 | 41,344 | 20,746 | 19,589 | 327,781 | 6.0% |
| Production Material & Supply | $ | 52,050 | 68,901 | 33,179 | 30,782 | 22,307 | 29,268 | 236,487 | 4.3% |
| Soil Materials | $ | 11,948 | 20,358 | 9,975 | 10,406 | 10,841 | 18,817 | 82,344 | 1.5% |
| Chemicals & Fertilizers | $ | 21,211 | 26,347 | 20,508 | 24,266 | 29,822 | 26,265 | 148,418 | 2.7% |
| Shipping Materials & Supplies | $ | 40,578 | 81,484 | 138,217 | 106,021 | 46,033 | 35,110 | 447,443 | 11.2% |
| Upgrade material costs | $ | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 7,700 | 46,200 | 0.8% |
| Sales Tax | $ | 1,195 | 1,788 | 1,315 | 1,169 | 2,014 | 1,843 | 9,324 | 0.2% |
| Freight-Out | $ | 19,320 | 36,809 | 34,038 | 45,994 | 25,820 | 10,543 | 172,524 | 3.2% |
| Rent | $ | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 93,890 | 563,340 | 10.3% |
| Gas & Oil Vehicles | $ | 3,422 | 1,867 | 4,517 | 2,433 | 1,969 | 3,452 | 17,660 | 0.3% |
| Heating Gas | $ | 50,077 | 51,523 | 45,568 | 35,801 | 27,105 | 15,294 | 225,368 | 4.1% |
| Electricity | $ | 14,114 | 15,919 | 15,234 | 12,977 | 14,757 | 19,782 | 92,783 | 1.7% |
| Payroll Taxes - Excl Admin & Sales & Log | $ | 15,947 | 12,756 | 12,756 | 15,947 | 12,756 | 12,756 | 82,919 | 1.5% |
| Insurance - Includes Admin & Sales W Comp Not Logistics | $ | 21,097 | 19,580 | 19,630 | 20,896 | 19,723 | 19,645 | 120,572 | 2.2% |
| Taxes & Licenses | $ | 90 | 90 | 90 | 82,892 | 90 | 240 | 83,491 | 1.5% |
| Lease Payments | $ | | | | | | | - | 0.0% |
| Depreciation - Includes EUC | $ | 16,122 | 16,042 | 15,264 | 15,206 | 15,206 | 15,213 | 93,053 | 1.7% |
| Plant Samples | $ | (1,000) | (750) | (1,500) | (750) | (750) | (750) | (5,500) | -0.1% |
| Plant Inventory Adjustments | $ | - | - | - | - | - | - | - | 0.0% |
| Total Prod. & Dist. Expense | $ | 761,706 | 925,713 | 865,321 | 940,184 | 619,668 | 614,259 | 4,726,851 | 86.7% |

3/12/2015 4:01 PM K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 - I - Proforma 10-19-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

# EXHIBIT I

TOTAL BUDGET 2015 I
3/12/2015 15:58

| | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| **SALES EXPENSE** | | | | | | | | |
| Sales Salaries | $ 21,793 | $ 17,274 | $ 17,474 | $ 21,593 | $ 17,474 | $ 19,044 | $ 114,653 | 2.1% |
| Sales PR Taxes | $ 2,397 | $ 1,918 | $ 1,918 | $ 2,397 | $ 1,918 | $ 1,918 | $ 12,467 | 0.2% |
| Floral Shows | $ 1,000 | $ - | $ 1,600 | $ 2,000 | $ - | $ 15,000 | $ 19,600 | 0.4% |
| Sales Recruitment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| Advertising & Promotions | $ 1,900 | $ 4,500 | $ 4,200 | $ 2,750 | $ 2,850 | $ 4,200 | $ 20,400 | 0.4% |
| Commissions (Albertson's) | $ 1,000 | $ 1,500 | $ 1,000 | $ 2,500 | $ 7,000 | $ 1,000 | $ 14,000 | 0.3% |
| Plant Samples | $ 1,000 | $ 750 | $ 1,500 | $ 750 | $ 750 | $ 750 | $ 5,500 | 0.1% |
| | $ 29,090 | $ 25,942 | $ 27,692 | $ 31,990 | $ 29,992 | $ 41,912 | $ 186,620 | 3.4% |
| Travel & Entertainment | | | | | | | | |
| Sales Travel | $ 3,570 | $ 6,195 | $ 5,277 | $ 3,173 | $ 1,467 | $ 5,950 | $ 25,632 | 0.5% |
| Corporate Travel | $ 2,000 | $ 250 | $ 250 | $ 250 | $ 500 | $ 2,500 | $ 5,750 | 0.1% |
| Sales Meals & Entertainment | $ 2,695 | $ 2,990 | $ 2,305 | $ 2,035 | $ 1,060 | $ 2,215 | $ 13,300 | 0.2% |
| Corporate Meals | $ 1,200 | $ 150 | $ 150 | $ 150 | $ 300 | $ 1,500 | $ 3,450 | 0.1% |
| | $ 9,465 | $ 9,585 | $ 7,982 | $ 5,608 | $ 3,327 | $ 12,165 | $ 48,132 | 0.9% |
| **TOTAL SALES EXPENSE** | $ 38,555 | $ 35,527 | $ 35,674 | $ 37,598 | $ 33,319 | $ 54,077 | $ 234,752 | 4.3% |
| **GENERAL & ADMINISTRATION EXPENSE** | | | | | | | | |
| Bonuses (*including p/r taxes and w/c ins) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| Administrative Salaries | $ 26,592 | $ 21,178 | $ 21,178 | $ 26,472 | $ 21,298 | $ 21,178 | $ 137,895 | 2.5% |
| Payroll Taxes - Admin | $ 2,687 | $ 2,150 | $ 2,150 | $ 2,687 | $ 2,150 | $ 2,150 | $ 13,972 | 0.3% |
| Professional Fees | $ 2,580 | $ 2,580 | $ 2,995 | $ 13,230 | $ 2,580 | $ 2,995 | $ 26,960 | 0.5% |
| Dues, Subscriptions & Education | $ 359 | $ 314 | $ 734 | $ 264 | $ 404 | $ 264 | $ 2,341 | 0.0% |
| Telephone | $ 2,216 | $ 2,216 | $ 2,216 | $ 2,216 | $ 2,216 | $ 2,216 | $ 13,298 | 0.2% |
| Office Expenses | $ 2,100 | $ 1,750 | $ 1,550 | $ 1,650 | $ 1,800 | $ 1,700 | $ 10,550 | 0.2% |
| Employee Programs | $ 65 | $ 25 | $ 465 | $ 25 | $ 65 | $ 925 | $ 1,570 | 0.0% |
| Computer Expense | $ 4,826 | $ 3,801 | $ 4,341 | $ 3,801 | $ 4,566 | $ 3,801 | $ 25,134 | 0.5% |
| Medical Expenses | $ 1,560 | $ 60 | $ 60 | $ 60 | $ 60 | $ 60 | $ 1,860 | 0.0% |
| Bank Service Charges | $ 1,450 | $ 700 | $ 700 | $ 700 | $ 950 | $ 700 | $ 5,200 | 0.1% |
| Interest Expense | $ 24,231 | $ 24,215 | $ 24,217 | $ 24,207 | $ 24,203 | $ 24,194 | $ 145,267 | 2.7% |
| Bad Debt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| Royalty Expense | $ - | $ - | $ 21,000 | $ - | $ - | $ 20,000 | $ 41,000 | 0.8% |
| Disposal of Assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| Contributions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| **TOTAL G&A EXPENSE** | $ 68,666 | $ 58,989 | $ 81,605 | $ 75,313 | $ 60,291 | $ 80,182 | $ 425,047 | 7.8% |

| TOTAL BUDGET 2015 I  3/12/2015 15:58 | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|
| OTHER (INCOME)/EXPENSE | | | | | | | | |
| Discounts Earned | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Interest Income | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Miscellaneous Income | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| Income Taxes | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| TOTAL OTHER INCOME/EXPENSE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| TOTAL EXPENSE | $ 868,928 | $ 1,020,229 | $ 982,601 | $ 1,053,095 | $ 713,279 | $ 748,518 | $ 5,386,650 | 98.8% |
| NET INCOME FROM OPERATIONS | (290,639) | 80,292 | 76,702 | 417,397 | 137,016 | (353,453) | 67,315 | 1.2% |
| Misc Inc/Exp - Non Operating | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.0% |
| TOTAL NET INCOME | (290,639) | 80,292 | 76,702 | 417,397 | 137,016 | (353,453) | $ 67,315 | 1.2% |
| % OF TOTAL REVENUE | | | | | | | 1.2% | |
| % OF EXPENSE RECOVERED | | | | | | | 1.2% | |

TOTAL BUDGET 2015 I
3/12/2015 15:58

3997546.
4534771

| BALANCE SHEET | Beg Bal | 15 Budget Jan | 15 Budget Feb | 15 Budget Mar | 15 Budget Apr | 15 Budget May | 15 Budget Jun | Jan-Jun | % of Total Rev |
|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | Jan | Feb | Mar | Apr | May | Jun | | |
| Petty Cash | $ 750 | 750 | 750 | 750 | 750 | 750 | 750 | | |
| Cash | 89,419 | 89,419 | 89,419 | 89,419 | 89,419 | 89,419 | 89,419 | | |
| Accounts Receivable | 704,291 | 740,459 | 1,245,093 | 1,334,433 | 1,735,318 | 1,217,918 | 607,639 | | |
| A/R - Other | 58,600 | 58,600 | 58,600 | 58,600 | 58,600 | 58,600 | 58,600 | | |
| Plant Inventory | 7,048,622 | 7,048,622 | 7,048,622 | 7,048,622 | 7,048,622 | 7,048,622 | 7,048,622 | | |
| Materials Inventory | 475,281 | 508,574 | 530,489 | 508,098 | 547,699 | 554,017 | 560,943 | | |
| Prepaid Ins Expenses/Deposits | 21,159 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | |
| Total Current Assets | 8,398,122 | 8,481,424 | 9,007,973 | 9,074,922 | 9,515,408 | 9,004,327 | 8,400,973 | | |
| Leasehold Improvements | $ 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | 1,482,252 | | |
| Office Trailer | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | 23,186 | | |
| Furniture & Equipment | 247,523 | 247,523 | 247,523 | 247,523 | 247,523 | 247,523 | 247,523 | | |
| Machinery & Equipment | 1,924,388 | 1,924,388 | 1,924,388 | 1,924,388 | 1,924,388 | 1,924,388 | 1,924,388 | | |
| Auto & Trucks | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | 335,919 | | |
| Construction in Progress | 33,970 | 33,970 | 33,970 | 33,970 | 33,970 | 33,970 | 33,970 | | |
| Organizational Costs | - | - | - | - | - | - | - | | |
| Total Prop, Plant & Eqmt | 4,047,238 | 4,047,238 | 4,047,238 | 4,047,238 | 4,047,238 | 4,047,238 | 4,047,238 | | |
| Accumulated Depr | $ (3,481,047) | (3,497,169) | (3,513,211) | (3,528,475) | (3,543,681) | (3,558,887) | (3,574,100) | | |
| Net Property, Plant & Eqmt | 566,191 | 550,069 | 534,027 | 518,763 | 503,557 | 488,351 | 473,138 | | |
| Prepaid Income Taxes | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | | |
| Investment in Partnership-Euc | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | (17,125) | | |
| Total Other Assets | (15,525) | (15,525) | (15,525) | (15,525) | (15,525) | (15,525) | (15,525) | | |
| Total Assets | 8,948,788 | 9,015,967 | 9,526,475 | 9,578,160 | 10,003,440 | 9,477,152 | 8,858,586 | | |
| # of wks/accrual | | 2 | 2 | 2 | 2 | 2 | 1 | | |
| # of weeks | | 5 | 4 | 4 | 4 | 5 | 4 | | |
| LIABILITIES | | | | | | | | | |
| Line of Credit (Bank Note) | 5,274,293 | 5,274,293 | 5,674,293 | 5,774,293 | 5,774,293 | 5,774,293 | 5,774,293 | | |
| Accounts Payable | 3,244,229 | 3,535,537 | 3,565,752 | 3,440,735 | 3,448,618 | 2,835,314 | 2,570,201 | | |
| Accrued Payroll | 26,467 | 100,000 | 100,000 | 100,000 | 100,000 | 50,000 | 50,000 | | |
| Accrued Expenses | 55,116 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | 51,000 | | |
| Accrued Interest | 17,920 | 17,920 | 17,920 | 17,920 | 17,920 | 17,920 | 17,920 | | |
| Deferred Income - Peppers | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | | |
| Distribution Declared | - | - | - | - | - | - | - | | |
| Total Current Liabilities | 8,773,025 | 9,133,750 | 9,563,965 | 9,538,948 | 9,546,831 | 8,883,527 | 8,618,414 | | |
| Installment Contracts | 2,906 | - | - | - | - | - | - | | |
| Notes Payable | 231,107 | 231,107 | 231,107 | 231,107 | 231,107 | 231,107 | 231,107 | | |
| Cash Values Life Insurance | - | - | - | - | - | - | - | | |
| Total Long-Term Liabilities | 234,013 | 231,107 | 231,107 | 231,107 | 231,107 | 231,107 | 231,107 | | |
| Total Liabilities | 9,007,038 | 9,364,857 | 9,795,072 | 9,770,055 | 9,777,938 | 9,114,634 | 8,849,521 | | |

| TOTAL BUDGET 2015 I<br>3/12/2015 15:58 | 15 Budget<br>Jan | 15 Budget<br>Feb | 15 Budget<br>Mar | 15 Budget<br>Apr | 15 Budget<br>May | 15 Budget<br>Jun | Jan-Jun | % of<br>Total Rev |
|---|---|---|---|---|---|---|---|---|
| EQUITY | | | | | | | | |
| Capital | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | 101,000 | | |
| Paid-In-Capital | 8,380,281 | 8,380,281 | 8,380,281 | 8,380,281 | 8,380,281 | 8,380,281 | | |
| Retained Earnings | (9,315,428) | (8,539,531) | (8,539,531) | (8,539,531) | (8,539,531) | (8,539,531) | | |
| YTD Profit/(Loss) | 775,897 | (210,348) | (133,646) | 283,752 | 420,768 | 67,315 | | |
| Total Equity | (58,250) | (268,598) | (191,896) | 225,502 | 362,518 | 9,065 | | |
| Total Liabilities & Equity | 8,948,788 | 9,526,474 | 9,578,159 | 10,003,440 | 9,477,152 | 8,858,586 | | |
| | 0 | (0) | (0) | 0 | (0) | (0) | | |

3/12/2015 4:01 PM  K:\Accounting\Accounting Shared Files\Budgets\Budget 2015 I - Proforma 10-19-14\Budget Summary 2015 I - Ver 3-11-15 (Bank Version)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1126 Santa Barbara Street
Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR'S AMENDED CHAPTER 11 STATUS REPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 16, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Ontrac Overnight Mail:
The Honorable Deborah Saltzman
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1334
Courtroom 1339
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2015 | Tina Vanderhook | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST
Clearwater Nursery, Inc.
Chapter 11 Case No.: 9:15-bk-10251-DS

**SERVED ELECTRONICALLY**

Brian D Fittipaldi  brian.fittipaldi@usdoj.gov
Michael J Gomez  mjg@lrplaw.net, tara@lrplaw.net
Jonathan Gura  jgura@hbsb.com, tina@hbsb.com
Cassie K Jones  jones@gleaveslaw.com, kristy@gleaveslaw.com
Peter Susi  psusi@hbsb.com, tina@hbsb.com
Rene Lastreto  rl2@lrplaw.net, tara@lrplaw.net, rebecca@lrplaw.net
Sandra McBeth  donna@mcbethlegal.com
Ashley M Naporlee  Ashley@grantlawyers.com, donna@grantlawyers.com
United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov

**SERVED BY U.S. MAIL**

INTERESTED PARTIES
(In the Matter of *Ramirez v. Clearwater Nursery, Inc., et al*; SLO County Case No. CV 110083)
Allen K Hutkin, Esq.
Hutkin Law Firm
1229 Higuera St 1st Floor
San Luis Obispo, CA 93401

Kathryn Eppright, Esq.
Andre Morris & Buttery
1102 Laurel Lane
San Luis Obispo, CA 93401

DEBTOR
Clearwater Nursery Inc
John E. Djafroodi President
2901 Sturgis Road
Oxnard, CA 93030

1