**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, CA SBN: 130932
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
**UNITED STATES TRUSTEE**
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile:  (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| **In re** | **Case No. 9:15-bk-10251-DS** |
| **CLEARWATER NURSERY, INC.,** | **Chapter 11** |
| **Debtor.** | **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | **(No Hearing Required )** |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

(5) five creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED


Dated: 3/20/2015                    UNITED STATES TRUSTEE

                                   By: */s/Jennifer L. Braun*
                                       Jennifer L. Braun
                                       Assistant U.S. Trustee

**In re: Clearwater Nursery, Inc., Exhibit A**

(1) Decowraps
c/o Mendez Law Offices
P.O. Box 228630
Miami, Florida 33172
Phone: 305-264-9090
Fax:    1-305-809-8474
E-mail: info@mendezlawoffices.com

(2) The Arbory, Ltd.
c/o Alex Pijl
4079 Thirteenth Street
Jordan Station, ON
L0R 1S0, Canada
Phone: 905-933-1011
Fax:  905-562-8062
E-mail: alex_pijl@me.com

(3) Fred C. Gloeckner & Co.
c/o Yves Grebert
550 Mamaroneck Avenue
Harrison, New York 10528
Phone: 914-698-2300
Fax:  914-698-0848
E-mail: ygrebert@fredgloeckner.com

(4) Custom Labor Services, Inc.
125 W. Mill Street
Santa Maria, CA 93458
Phone: 805-310-5970
Fax:  805-310-5986
E-mail: jesus@gogo/denstak.com

(5) Robert Mann Packaging, Inc.
c/o Allen York
340 El Camino Real South
Building 36
Salinas, California 93901
Phone: 831-789-8336
Fax:  831-783-3144
E-mail: alleny@rmp.com

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/20/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

•Michael J Gomez    mjg@lrplaw.net, tara@lrplaw.net
•Jonathan Gura    jgura@hbsb.com, tina@hbsb.com
•Cassie K Jones    jones@gleaveslaw.com, kristy@gleaveslaw.com
•Rene Lastreto    rl2@lrplaw.net, tara@lrplaw.net;rebecca@lrplaw.net
•Sandra McBeth    donna@mcbethlegal.com

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
•Ashley M Naporlee    ashley@grantlawyers.com,
donna@grantlawyers.com
•Peter Susi    psusi@hbsb.com,
tina@hbsb.com;jgura@hbsb.com
•United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On **3/20/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Clearwater Nursery, Inc.
P.O. Box 1170
Nipomo, CA 93444

Decowraps
8900 NW 33rd Street
Suite 100
Doral, Floria 33172

Sandra McBeth, Esq.
2236 So. Broadway, Ste. J
Santa Maria, CA 93454

Peter Susi, Esq.
Hollister & Brace
1126 Santa Barbara St.
Santa Barbara, CA 93101

Custom Labor Services, Inc.
125 W. Mill Street
Santa Maria, CA 93458

U.S. Bankruptcy Court—Northern Division
The Honorable Deborah Saltzman
1415 State Street
Santa Barbara, CA 93101

Decowraps
c/o Mendez Law Offices
P.O. Box 228630
Miami, Florida 33172

The Arbory, Ltd.
c/o Alex Pijl
4079 Thirteenth Street
Jordan Station, ON
L0R 1S0, Canada

Fred C. Gloeckner & Co.
c/o Yves Grebert
550 Mamaroneck Avenue
Harrison, New York 10528

Robert Mann Packaging, Inc.
c/o Allen York
340 El Camino Real South
Building 36
Salinas, California 93901

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *N/A*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2015 | Veronica Hernandez | */s/ Veronica Hernandez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |