| Attorney Name, Address, Telephone and FAX<br>Peter Susi, State Bar No. 62957<br>Hollister & Brace, APC<br>1126 Santa Barbara Street, Santa Barbara, CA 93101<br>Telephone: (805) 963-6711<br>Fax: (805) 965-0329 | File with U.S. TRUSTEE Only |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: CLEARWATER NURSERY, INC.<br><br>Debtor(s) | Chapter 11 Case Number<br>9:15-bk-10251-DS |
| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |

| 1. Name of Insider: | Omead Jafroodi |
|---|---|
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer |
| 3. Date when relationship with Debtor commenced: | February 2, 2015 |
| 4. Position title: | Chief Operating Officer |
| 5. Position Description: | Responsible for all internal and external communications and control functions |
| 6. Assigned Duties: | Cash accounting, operating budget, sales forecast and receivable allocation |
| 7. Date employed in current position: | February 2, 2015 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | |
| 9. Number of hours worked per week: | 40 hours / week |
| 10. Total amount of compensation and payment interval: | $2,076.92 bi-weekly |
| 11. Breakdown of compensation (specify amount and payment interval. | $2,076.92 bi-weekly |
| Salary: | $54,000.00 annually |

| | |
|---|---|
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | Approximately $1,000 per month in reimbursements for travel and accomodations. |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Cash flow from operations |
| 13. Date and amount of last increase in compensation: | |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Farm Credit West |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | $0 |
| Compensation: | $54,000 annually |
| Loans: | |
| Perquisites (Specify): | $1,000 monthly |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: February 6, 2015

JOHN E. DJAFROODI, PRESIDENT

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors Committee or the Twenty Largest Creditors if no committee has been formed and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1126 Santa Barbara Street
Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF SETTING/INCREASING INSIDER COMPENSATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 18, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 18, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 18, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 18, 2015 | Tina Vanderhook | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST
Clearwater Nursery, Inc.
Chapter 11 Case No.: 9:15-bk-10251-DS

**SERVED BY U.S. MAIL**

SECURED CREDITORS
SLO County Tax Collector
1055 Monterey Street Room D290
San Luis Obispo, CA  93408

Farm Credit West
Attn  Chris Brumfield
1478 Stone Point Dr Suite 450
Roseville, CA  95661

TOP 20 UNSECURED CREDITORS
Custom Labor Services Inc
125 W Mill Street
Santa Maria, CA  93458

Sheppard West Inc
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR  97405

Ball Seed Co
Attn  Kate Walsh
622 Town Road
West Chicago, IL  60185

American Horticultural Supply Inc
2901 Sturgis Road
Oxnard, CA  93030

Aris Horticulture Inc
PO Box 76096
Cleveland, OH  44101-4755

Jafroodi Properties LP
2901 Surgis Road
Oxnard, CA  93030

1

The Arbory Ltd
4079 Thirteenth Street
Jordan Station
Ontario L0R 1S0 CANADA

Sun Gro Horticulture
36212 Treasury Center
Chicago, IL 60694-6200

ASA Flower Bulbs
Hameyasdim 1st
Moshav Bitzaron
60946 ISRAEL

Gloeckner and Co Inc
600 Mamaroneck Ave
Harrison, NY 10528

Robert Mann Packaging Inc
Department 39000
PO Box 39000
San Francisco, CA 94139-4379

DecoWraps
8900 NW 33rd St Suite 100
Doral, FL 33172

Helena Chemical Company
PO Box 742558
Los Angeles, CA 90074-2558

CJ Ruigrok & Sons
Zilkerbinnenweg 58
2191 AD De Silk HOLLAND

Southern California Gas Co
PO Box C
Montery Park, CA 91756

AGRx
751 South Rose Avenue
Oxnard, CA 93030

4 Elements Inc
6665 Cote De Liesse
Montreal, Quebec
CANADA H4T 1Z5

Pindstrup Mosebrug A/S
Attn Kim Groberski
1200 Arlington Hts Rd Suite 410
Itasca, IL  60143

Griffin Greenhouse Supplies
PO Box 842937
Boston, MA  02884-2937

Seaside Packaging
1450 E Wooly Road
Oxnard, CA  93030

U.S. TRUSTEE

Brian D Fittipaldi
Office of the U.S. Trustee
128 East Carrillo Street
Santa Barbara, CA  93111

ATTORNEYS FOR SECURED CREDITOR, FARM CREDIT WEST

Rene Lastreto II
Michael J Gomez
Lang, Richert & Patch
PO Box 40012
Fresno, CA  93755-0012