1  Peter Susi, State Bar No. 62957
   Email: psusi@hbsb.com
2  Jonathan G. Gura, State Bar No. 214240
   Email: jgura@hbsb.com
3  **HOLLISTER & BRACE**, A Professional Corporation
   1126 Santa Barbara Street
4  Santa Barbara, CA 93101
   Telephone: (805) 963-6711
5  Facsimile: (805) 965-0329

6  Attorneys for Debtor and Debtor-in-Possession

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED & ENTERED**

**JUL 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** chackel  **DEPUTY CLERK**

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Clearwater Nursery, Inc.,<br><br>Debtor. | Case No. 9:-15-bk-10251-DS<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECOND STIPULATION WITH FARM CREDIT WEST, FLCA AND FARM CREDIT WEST, PCA**<br><br>DATE: July 6, 2015<br>TIME: 10:30 a.m.<br>CTRM: 202<br>       1415 State Street,<br>       Second Floor<br>       Santa Barbara, CA 93101 |

The "Debtor's Motion For Order Authorizing Use of Cash Collateral Pursuant to Second Stipulation with Farm Credit West, FLCA and Farm Credit West, PCA" (the "Motion," Docket No. 73) filed by Clearwater Nursery, Inc. (the "Debtor") came for hearing pursuant to the Official Committee of Unsecured Creditor's "Objection . . [to] Motion for Order Authorizing Use of Cash Collateral Pursuant to Second Stipulation with Farm

- 1 -

Credit West FLCA and Farm Credit West PCA" (the "Objection," Docket No. 79) on July 6, 2015, at 10:30 a.m. in Courtroom 202 of the above-titled Court, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge presiding.  Appearances were as set forth in the record for the hearing.

Based on the Motion, the, the "Reply to Objection of Official Committee of Unsecured Creditors to Motion For Order Authorizing Use of Cash Collateral" (the "Reply," Docket No. 89) filed by the Debtor, and the "Statement in Support of Motion For Order to Use Cash Collateral Pursuant to Second Stipulation with Farm Credit West, FLCA and Farm Credit West, PCA" (the "Statement in Support," Docket No. 90) filed by Farm Credit West, PCA and Farm Credit West, FLCA (together, "FCW"), the supporting papers, the files and records of this case, and the arguments and statements of counsel at the time of the hearing,

**THE COURT FINDS AS FOLLOWS:**

A.    Notice of the Motion was appropriate pursuant to Federal Rules of Bankruptcy Procedure 2002 and 4001(d) and Local Bankruptcy Rule 9013-1(o);

B.    The Debtor has established the business and operational needs of the estate for use of the cash collateral of FCW in the ordinary and necessary course of the estate's business on a weekly basis, including, without limitation, to prevent the immediate and irreparable harm to the estate;

C.    The provisions of the "Second Stipulation For Interim Use of Cash Collateral and Grant of Adequate Protection," (the

"Stipulation") and the Budget appended to the Motion are reasonable, as modified by the court's ruling and this Order;

    D.    The Debtor has established the prima facie need of FCW for and rights to the grant of adequate protection for the Debtor's use of FCW's cash collateral for post-petition operations during the period of time covered by the Budget; and

    E.    Other good cause supports granting the Motion.

**WHEREFORE, THE COURT ORDERS AS FOLLOWS:**

    1.    The Motion is granted.

    2.    Except as otherwise provided in Paragraph 5 and 6 of this Order, the Stipulation and the Debtor's use of FCW's cash collateral pursuant to the terms of the Stipulation are approved in all respects as set forth in the Stipulation, which Stipulation incorporates by reference the terms of the "*Stipulation for Interim Use of Cash Collateral and Grant of Adequate Protection*" (the "First Stipulation") approved by this court on a final basis pursuant to an Order of this Court entered on March 27, 2015 (Docket No. 62). All of the terms, covenants, conditions, protections, and grants set forth in the First Stipulation for use of cash collateral are ordered as set forth in the First Stipulation, as modified by the Stipulation, including the replacement liens and the administrative expense status for adequate protection payments pursuant to 11 U.S.C. §§ 105, 361, 363, 503(b), and 507(b).

    3.    The Debtor shall operate in conformity with the Budget pursuant to the terms of the Stipulation.

    4.    FCW is entitled to the grants of adequate protection as set forth in the Stipulation.

5. The $25,000.00 line item for "Estate Professional Fees" in the Budget appended to the Motion extends to both the Debtor's and the Committee's professionals as fees may be allowed by this Court after notice and a hearing.

6. The 60 day challenge period set forth in paragraph 16b of the "Stipulation For Interim Use of Cash Collateral and Grant of Adequate Protection" attached as Exhibit 1 to the "Debtor's Emergency Motion For Order Authorizing Use of Cash Collateral; Authorizing Postpetition Financing; and Granting Superpriority Expense Claims" (Docket No. 9) approved as part of the "Order Granting Debtor's Emergency Motion For Order: (1) Authorizing Use of Cash Collateral; (2) Authorizing Postpetition Financing; and (3) Granting Superpriority Expense Claims" (Docket No. 38) is hereby extended for the Committee for thirty (30) calendar days from the entry of this Order.

###

Date: July 22, 2015

Deborah J. Saltzman
United States Bankruptcy Judge

-4-