Mette H. Kurth (SBN 187100)
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    310.598.4150
Facsimile:    310.556.9828
E-mail: mkurth@foxrothschild.com

*Proposed* Counsel for the Official Committee of Unsecured Creditors

**FILED & ENTERED**

**JUL 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** chackel **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**CLEARWATER NURSERY, INC,**<br><br>Debtor and Debtor in Possession. | Case No. 9:15-bk-10251-DS<br><br>Chapter 11<br><br>**ORDER APPROVING THE EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES, LLC AS BUSINESS AND FINANCIAL ADVISOR FOR THE COMMITTEE EFFECTIVE AS OF MAY 19, 2015**<br><br>[No Hearing Required] |

**IN THIS DISTRICT, AT SANTA BARBARA, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court having reviewed and considered the "Application of Official Committee of Unsecured Creditors for Order Approving the Employment of Corporate Recovery Associates, LLC as Business and Financial Advisor for the Committee Effective as of May 19, 2015" (the "Application," Docket No. 85) filed by the Committee of Creditors holding unsecured claims (the "Committee"); the supporting declarations of Alexander Pijl and Richard Feferman and the accompanying exhibits, the "Notice of Application of Official Committee of Unsecured Creditors for Order Approving the Employment of Corporate Recovery Associates LLC as Business and

Financial Advisor for the Committee Effective as of May 19, 2015 (Docket No. 83); the Limited Objection to the Application of Official Committee of Unsecured Creditors for Order Approving the Employment of Corporate Recovery Associates LLC as Business and Financial Advisor for the Committee Effective as of May 19, 2015 and Request for Hearing" (Docket No. 95); and the "Declaration re: Entry of an Order Without a Hearing Pursuant to LBR 9013-1(o)" (the "9013-1(o) Declaration"), and finding that notice of this matter is appropriate under the circumstances and good cause appears therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED, except with respect to the request for approval of hourly rates under 11 U.S.C. § 328, which was withdrawn in the 9013-1(o) Declaration and is not granted.

2. The Committee is authorized, pursuant to Bankruptcy Code section 1103(a) and 330, to retain Corporate Recovery Associates as its Business and Financial Advisor effective as of May 19, 2015 at the expense of the debtor's estate on the terms and conditions set forth in the Application.

IT IS SO ORDERED.

###

Date: July 22, 2015

Deborah J. Saltzman
United States Bankruptcy Judge

ACTIVE 30739992v1 07/22/2015